# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA ASSIFF<br><br>PLAINTIFF(S)<br><br>v.<br><br>COUNTY OF LOS ANGELES , et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:22–cv–05367–RAO<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

\_\_\_\_        \_\_\_\_        \_\_\_\_

Date Filed        Doc. No.      Title of Doc.

**ERROR(S) WITH DOCUMENT:**

No Notice of Interested Parties has been filed. A Notice of Interested Parties must be filed with every party's first appearance. See Local Rule 7.1–1. Counsel must file a Notice of Interested Parties immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83–7.

*Other Error(s):*

Clerk, U.S. District Court

Dated: August 3, 2022        By: /s/ *Shaunte M Hunter  shaunte_hunter@cacd.uscourts.gov*
                                    Deputy Clerk