NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER

Thomas M. Ferlauto, SBN 155503
Law Office of Thomas M. Ferlauto, APC
25201 Paseo de Alicia, Suite 270
Laguna Hills, CA 92653
949-334-8650

ATTORNEY(S) FOR: Plaintiff, Jashua Assiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JOSHUA ASSIFF | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:22-cv-05367-RAO |
| v. | |
| COUNTY OF LOS ANGELES; SHERIFF DEPUTY BADGE NUMBER 404532; And DOES 1 through 10, | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  JOSHUA ASSIFF  or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| JOSHUA ASSIFF | Plaintiff |
| COUNTY OF LOS ANGELES; | Defendant |
| SHERIFF DEPUTY BADGE NUMBER 404532; | Defendant |
| And DOES 1 through 10, | Defendants |

August 3, 2022
Date

Signature *[signature]*

Attorney of record for (or name of party appearing in pro per):

Thomas M. Ferlauto, Attorney For JOSHUA ASSIFF

CV-30 (05/13)                          NOTICE OF INTERESTED PARTIES