PATRICK E. STOCKALPER, SBN 156954
MOLSHREE GUPTA, SBN 275101
KJAR, MCKENNA & STOCKALPER, LLP
841 Apollo Street, Suite 100
El Segundo, California 90245
Telephone (424) 217-3026
Facsimile (424) 367-0400
pstockalper@kmslegal.com
mgupta@kmslegal.com

Attorneys for Defendants,
**COUNTY OF LOS ANGELES and TRAVIS KELLY**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA ASSIFF,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES; SHERIFF DEPUTY BADGE NUMBER 404532; And DOES 1 through 10,<br><br>　　　　Defendants. | Case No.: 2:22-CV-05367-RAO<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS COUNTY OF LOS ANGELES AND DEPUTY TRAVIS KELLY TO RESPOND TO PLAINTIFF'S COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Action Filed: August 3, 2022<br>Pretrial Conference: TBD<br>Trial Date: TBD<br><br>Assigned to:<br>Hon. Rozella A. Oliver, District Judge<br>Courtroom 590 |

　　　　Plaintiff Joshua Assiff ("Plaintiff") and Defendants County of Los Angeles and Deputy Travis Kelly (jointly "Defendants"), through their respective attorneys of record herein and without waiving any rights, claims, or defenses they may have in this action, enter into this Stipulation pursuant to Local Rule 8-3, with reference to the following circumstances:

1

JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS COUNTY OF LOS ANGELES AND DEPUTY TRAVIS KELLY TO RESPOND TO PLAINTIFF's COMPLAINT

1. Plaintiff filed his Complaint on August 3, 2022.

2. Defendant TRAVIS KELLY was served on August 8, 2022. Defendant COUNTY OF LOS ANGELES was served on August 16, 2022.

3. The parties have not previously stipulated to any extensions of time to answer or otherwise respond to the Complaint.

2. Upon reviewing the Complaint, Defendants have determined that they require additional time to answer or otherwise respond to the Complaint.

3. Counsel for the parties have conferred and hereby stipulate to extend Defendants' time to answer or otherwise respond to Plaintiff's Complaint until September 28, 2022.

4. The parties believe this extension will not alter or otherwise impact the date of any event or any deadline already fixed by Court order.

Accordingly, IT IS HEREBY STIPULATED AND AGREED between the parties, pursuant to Local Rule 8-3, that Defendants will have until September 28, 2022 to answer or otherwise respond to Plaintiff's Complaint.

IT IS SO STIPULATED.

Dated: August 26, 2022         KJAR, MCKENNA & STOCKALPER, LLP

                               By: _____
                               PATRICK E. STOCKALPER
                               MOLSHREE GUPTA
                               Attorneys for Defendant,
                               COUNTY OF LOS ANGELES and TRAVIS KELLY

Dated: August 26, 2022         LAW OFFICE OF THOMAS M. FERLAUTO

                               By: _____
                               THOMAS M. FERLAUTO
                               Attorneys for Plaintiff,
                               JOSHUA ASSIFF