| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER |
|---|
| Patrick E. Stockalper, SBN 156954 |
| Molshree Gupta, SBN 275101 |
| Kjar McKenna & Stockalper, LLP |
| 841 Apollo St., Suite 100 |
| El Segundo, CA 90245 |
| Tel: (424) 217-3026 |
| Fax: (424) 367-0400 |
| mgupta@kmslegal.com; pstockalper@kmslegal.com |

ATTORNEY(S) FOR: Def. County of Los Angeles and Travis Kelly

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JOSHUA ASSIFF | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:22-CV-05367-RAO |
| v. | |
| COUNTY OF LOS ANGELES; SHERIFF DEPUTY BADGE NUMBER 404532; And DOES 1 through 10, | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s). | |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ____County of Los Angeles____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Joshua Assiff | Plainitff |
| County of Los Angeles | Defendant |
| Deputy Travis Kelly | Defendant |

August 26, 2022
Date

*[Signature: Molshree Gupta]*
Signature

Attorney of record for (or name of party appearing in pro per):

Defendants County of Los Angeles and Travis Kelly