| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Thomas Ferlauto SBN 155503<br>Law Office Of Thomas M. Ferlauto, APC<br>25201 Paseo de Alicia Suite 270<br>Laguna Hills, CA 92653<br>ATTORNEY FOR   Plaintiff | (949) 334-8650 | |
| CENTRAL DISTRICT, LOS ANGELES - ROYBAL BLDG<br>255 East Temple St.<br>Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE:<br>Assiff, Joshua v. County of Los Angeles | | |

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>2:22-cv-05367-RAO |
|---|---|---|---|
| | **Declaration of Service** | | Ref. No. or File No:<br>ASSIFF |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons in a Civil Action; Complaint; Notice to Counsel; Notice of Consent to Proceed Before a United States Magistrate Judge**

On: **Sheriff Deputy Badge Number 404532**

I served the above listed documents in accordance with FRCP 4(h) or CCP 415.20(a)

at: **26201 Golden Valley Rd,   Santa Clarita, CA 91350**

On: **8/8/2022**          Date: **06:25 PM**

In the above mentioned action  by serving to and leaving with

**Deputy Peterson (Gender: F Age: 45 Height: 5'6" Weight: 140 Race: Cauc Hair: brown  Other: blue eyes)
Person Authorized to Accept**

A declaration of diligence and/or mailing is attached if applicable.

Person attempting service:

  a. Name: **Ronny Del Cid**
  b. Address: **1000 Corporate Center Drive Suite 110, Monterey Park, CA 91754**
  c. Telephone number: **213-628-6338**
  d. **The fee** for this service was: **91.05**
  e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



**Ronny Del Cid**                     Date: **08/15/2022**
Declaration of Service                 Invoice #: 6251219-02

Case 2:22-cv-05367-RGK-MAA    Document 11    Filed 08/31/22    Page 2 of 4   Page ID #:26

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Thomas Ferlauto SBN 155503<br>Law Office Of Thomas M. Ferlauto, APC<br>25201 Paseo de Alicia Suite 270<br>Laguna Hills, CA 92653<br>ATTORNEY FOR   Plaintiff | (949) 334-8650 | |
| CENTRAL DISTRICT, LOS ANGELES - ROYBAL BLDG<br>255 East Temple St.<br>Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE:<br>Assiff, Joshua v. County of Los Angeles | | |

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>2:22-cv-05367-RAO |
|---|---|---|---|
| | **Declaration of Service by Mail** | | Ref. No. or File No:<br>ASSIFF |

United States District Court

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action.

On **08/12/2022**, I served the within:

**Summons in a Civil Action; Complaint; Notice to Counsel; Notice of Consent to Proceed Before a United States Magistrate Judge**

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail at: **Monterey Park**, California, addressed as follows:

**Sheriff Deputy Badge Number 404532**
**26201 Golden Valley Rd,   Santa Clarita, CA 91350**

Declarant:

  a. Name: **Margarita Abeshyan**
  b. Address: **1000 Corporate Center Drive Suite 110, Monterey Park, CA 91754**
  c. Telephone number: **213-628-6338**
  d. **The fee** for this service was: **91.05**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



Margarita Abeshyan                                              Date: 08/15/2022

Declaration of Service by Mail                                  Invoice #: 6251219-02