| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Thomas Ferlauto SBN 155503<br>Law Office Of Thomas M. Ferlauto, APC<br>25201 Paseo de Alicia Suite 270<br>Laguna Hills, CA 92653<br>ATTORNEY FOR  Plaintiff | (949) 334-8650 | |
| CENTRAL DISTRICT, LOS ANGELES - ROYBAL BLDG<br>255 East Temple St.<br>Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE:<br>Assiff, Joshua v. County of Los Angeles | | |

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>2:22-cv-05367-RAO |
|---|---|---|---|
| | **Declaration of Service** | | Ref. No. or File No:<br>ASSIFF |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons in a Civil Action; Complaint; Notice to Counsel; Notice of Consent to Proceed Before a United States Magistrate Judge**

On: **County of Los Angeles**

I served the above listed documents in accordance with FRCP 4(h) or CCP 415.20(a)

at: **500 W Temple St Ste 383,   Los Angeles, CA 90012**

On: **8/16/2022**          Date:  **03:35 PM**

In the above mentioned action by serving to and leaving with

**Bruce Crouchet (Gender: M Age: 55 Height: 6'1" Weight: 210 Race: Cauc Hair: bald Other: brown eyes/glasses)
Deputy Clerk**

A declaration of diligence and/or mailing is attached if applicable.

Person attempting service:

  a. Name: **Mark Feldman**
  b. Address: **1000 Corporate Center Drive Suite 110, Monterey Park, CA 91754**
  c. Telephone number: **213-628-6338**
  d. **The fee** for this service was: **150.00**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



*Mark Feldman* (signature)

**Mark Feldman**          Date: **09/02/2022**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Thomas Ferlauto SBN 155503<br>Law Office Of Thomas M. Ferlauto, APC<br>25201 Paseo de Alicia Suite 270<br>Laguna Hills, CA 92653<br>ATTORNEY FOR   Plaintiff | (949) 334-8650 | |
| CENTRAL DISTRICT, LOS ANGELES - ROYBAL BLDG<br>255 East Temple St.<br>Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE:<br>Assiff, Joshua v. County of Los Angeles | | |
| DATE:          TIME:          DEP./DIV. | | CASE NUMBER:<br>2:22-cv-05367-RAO |
| **Declaration of Diligence** | | Ref. No. or File No:<br>ASSIFF |

United States District Court

Person to Serve: **County of Los Angeles**

Documents Received: **Summons in a Civil Action; Complaint; Notice to Counsel; Notice of Consent to Proceed Before a United States Magistrate Judge**

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action. The following attempts were made to effect personal service:

| | | |
|---|---|---|
| **Aug 15 2022** | **04:15 PM** | 500 W Temple St #648, Los Angeles, CA 90012; Suite 648 is the Office of the County Counsel but per security guard in building lobby documents must be served at Executive Office in Suite 383.  Field locate:. 500 W. Temple St., Suite 383, Los Angeles CA 90012. |
| **Aug 16 2022** | **03:35 PM** | 500 W Temple St Ste 383, Los Angeles, CA 90012; Personally Served, Registered Agent:. Bruce Crouchet, Deputy Clerk (age 55, white male, 6'1", 210lb, bald, brown eyes with glasses) |

Person attempting service:

  a. Name: **Mark Feldman**
  b. Address: **1000 Corporate Center Drive Suite 110, Monterey Park, CA 91754**
  c. Telephone number: **213-628-6338**
  d. **The fee** for this service was: **150.00**
  e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



Mark Feldman                                                                Date: **09/02/2022**

Declaration of Diligence                                                                Invoice #: 6301993