# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Joshua Assiff | CASE NUMBER: |
| --- | --- |
| v. Plaintiff(s), | 2:22-cv-05367-RAO |
| County of Los Angeles et al | **NOTICE OF REASSIGNMENT TO DISTRICT JUDGE AND REFERRAL MAGISTRATE JUDGE** |
| Defendant(s) | *(For use in Direct Assignment of Civil Cases to Magistrate Judges Program only)* |

TO ALL COUNSEL/PARTIES APPEARING OF RECORD:

[✓]  Party(ies) has/have not submitted their statement of consent form to proceed before a U.S. Magistrate Judge within the time required by the Local Rules.

[ ]  Party declined to consent to the exercise of jurisdiction by the Magistrate Judge.

[ ]  A Motion or Application requiring immediate attention has been filed prior to the parties' consent to the exercise of jurisdiction by the Magistrate Judge.

[ ]  Other: _____

Pursuant to General Order 12-02 and for the reason stated above, this case is hereby randomly reassigned to the Honorable **R. Gary Klausner**, United States District Judge, for all further proceedings.

Any discovery matters that may be referred to a Magistrate Judge are hereby randomly assigned to the Honorable **Maria A. Audero**, United States Magistrate Judge.

On all documents subsequently filed in this case, please substitute the initials **RGK(MAAx)** after the case number in place of the initials of the prior judge, so that the case number will read **2:22-cv-05367 RGK(MAAx)**. All subsequently filed documents must reflect the new initials because documents are routed to the assigned judges by means of these initials.

Clerk, U. S. District Court

Date: September 20, 2022                By: Robert R. Nadres

cc: [ ] *Previous Magistrate Judge*