# EXHIBIT B

West's Annotated California Codes
 Penal Code (Refs & Annos)
  Part 1. Of Crimes and Punishments (Refs & Annos)
   Title 5. Of Crimes by and Against the Executive Power of the State (Refs & Annos)

West's Ann.Cal.Penal Code § 69

## § 69. Obstructing or resisting executive officer in performance of duties; use of threats, force or violence; punishment

Effective: January 1, 2016

Currentness

(a) Every person who attempts, by means of any threat or violence, to deter or prevent an executive officer from performing any duty imposed upon the officer by law, or who knowingly resists, by the use of force or violence, the officer, in the performance of his or her duty, is punishable by a fine not exceeding ten thousand dollars ($10,000), or by imprisonment pursuant to subdivision (h) of Section 1170, or in a county jail not exceeding one year, or by both such fine and imprisonment.

(b) The fact that a person takes a photograph or makes an audio or video recording of an executive officer, while the officer is in a public place or the person taking the photograph or making the recording is in a place he or she has the right to be, does not constitute, in and of itself, a violation of subdivision (a).

**Credits**
(Enacted in 1872. Amended by Stats.1957, c. 139, p. 742, § 28; Stats.1976, c. 1139, p. 5089, § 105, operative July 1, 1977; Stats.1983, c. 1092, § 232, eff. Sept. 27, 1983, operative Jan. 1, 1984; Stats.2011, c. 15 (A.B.109), § 235, eff. April 4, 2011, operative Oct. 1, 2011; Stats.2015, c. 177 (S.B.411), § 1, eff. Jan. 1, 2016.)

Notes of Decisions (164)

West's Ann. Cal. Penal Code § 69, CA PENAL § 69
Current with urgency legislation through Ch. 545 of 2022 Reg.Sess. Some statute sections may be more current, see credits for details.

**End of Document** © 2022 Thomson Reuters. No claim to original U.S. Government Works.