PATRICK E. STOCKALPER, SBN 156954
MOLSHREE GUPTA, SBN 275101
KJAR, MCKENNA & STOCKALPER, LLP
841 Apollo Street, Suite 100
El Segundo, California 90245
Telephone (424) 217-3026
Facsimile (424) 367-0400
pstockalper@kmslegal.com
mgupta@kmslegal.com

Attorneys for Defendants,
**COUNTY OF LOS ANGELES and**
**SERGEANT TRAVIS KELLY (erroneously**
**sued and served as "SHERIFF**
**DEPUTY BADGE NUMBER 404532")**
*(Defendants is exempt from filing fees pursuant to Government Code § 6103)*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSHUA ASSIFF,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF LOS ANGELES; SHERIFF DEPUTY BADGE NUMBER 404532; And DOES 1 through 10,<br><br>    Defendants. | **Case No.: 2:22-cv-05367 RGK(MAAx)**<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS [FRCP 12(b)(6)]**<br><br>**Date:**  November 7, 2022<br>**Time:**  9:00 a.m.<br>**Dept:**   850<br><br>[Motion to Dismiss and Request for Judicial Notice filed concurrently herewith]<br><br>Action Filed: August 3, 2022<br>Pretrial Conference: TBD<br>Trial Date: TBD<br><br>Assigned to:<br>Hon. R. Gary Klausner, District Judge<br>Courtroom 850<br><br>All Discovery Matters Referred to:<br>Hon. Maria A. Audero, District Judge |

The hearing on the Motion to Dismiss (the "Motion") filed by Defendants COUNTY OF LOS ANGELES and SERGEANT TRAVIS KELLY (erroneously sued and served as "SHERIFF DEPUTY BADGE NUMBER 404532") ("Defendants"), came on for hearing in Courtroom 850 of this Court on November 7, 2022,

After considering the pleadings and the supporting evidence, this Court finds, and rules as follows:

1. The Complaint for Damages, Declaratory Relief (the "Complaint") filed by Plaintiff Joshua Assiff on August 2, 2022, and each and every claim alleged therein, fails to state any cause of action upon which relief can be granted.

2. Plaintiff's the Fourteenth Amendment claim is superfluous.

3. Plaintiff's first cause of action against "Defendant DEPUTY" premised on the arrest without probable cause is barred under the doctrine of collateral estoppel.

4. Plaintiff has failed to state an entitlement to punitive or exemplary damages.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The Motion is GRANTED.

2. The Complaint filed by Plaintiff Joshua Assiff on August 2, 2022, and each and every claim alleged therein, is hereby dismissed with prejudice pursuant to FRCP Rule 12(b)(6).

3. The allegations at paragraphs 18 and 25and prayer for punitive damages in the Complaint filed by Plaintiff Joshua Assiff on August 2, 2022 are stricken with prejudice pursuant to FRCP Rule 12(f).

**IT IS SO ORDERED**

Dated: _____          _____
                                 JUDGE OF THE UNITED STATES
                                 DISTRICT COURT, CENTRAL
                                 DISTRICT OF CALIFORNIA