UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:22−cv−05367−RGK−MAA | Date | 11/7/2022 |
| Title | JOSHUA ASSIFF V. COUNTY OF LOS ANGELES ET AL | | |

Present: The Honorable R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Joseph Remigio | Sheri Kleeger | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:

Thomas Ferlauto                      Molshree Gupta

**Proceedings:**     **SCHEDULING CONFERENCE**

Case called. Court and counsel confer. The Scheduling Conference is held and the Court sets the following dates:

| | |
|---|---|
| Jury Trial (Est. 4–7 days): | July 25, 2023 at 09:00 AM |
| Pretrial Conference: | July 10, 2023 at 09:00 AM |
| Motion Cut-Off Date (last day to file): | May 10, 2023 |
| Discovery Cut-Off Date (fact discovery): | April 26, 2023 |

Last day to amend the complaint or add parties is 1/15/2023. The parties shall participate in ADR SP2.

**IT IS SO ORDERED.**

:03
Initials of Preparer: jre