Name, Address and Telephone Number of Attorney(s):
Thomas M. Ferlauto, SBN 155503
Law Office of Thomas M. Ferlauto, APC
25201 Paseo de Alicia, Suite 270
Laguna Hills, CA 92653
(949) 334-8650
TMF@lawofficeTMF.com
Attorney For Plaintiff  JOSHUA ASSIFF

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA ASSIFF<br><br>Plaintiff(s)<br>v.<br><br>COUNTY OF LOS ANGELES;<br>SHERIFF DEPUTY BADGE NUMBER 404532;<br>And DOES 1 through 10,<br><br>Defendant(s). | CASE NUMBER:<br><br>2:22-cv-05367 RGK (MAAx)<br><br>**STIPULATION REGARDING<br>SELECTION OF PANEL MEDIATOR** |

**CHECK ONLY ONE BOX:**

[X] The parties stipulate that _____Phyllis Cheng_____ may serve as the Panel Mediator in the above-captioned case. _____Thomas M. Ferlauto_____ (Print Name) has contacted the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three (3) hours. All parties and the Panel Mediator have agreed that the mediation will be held on _____April 17, 2023_____ (Date) and counsel will submit mediation statements seven (7) calendar days before the session.

[ ] The parties request that the ADR Program staff assign to the above-captioned case a Panel Mediator with expertise in the following area of law : _____

Dated: December 27, 2022          Thomas M. Ferlauto  /s/ TMF
                                   Attorney For Plaintiff  Joshua Assiff

Dated: _____                      _____
                                   Attorney For Plaintiff  _____

Dated: December 27, 2022           /s/ Molshreegupta
                                   Attorney For Defendant  County of Los Angeles; Sergeant Travis Kelly

Dated: _____                      _____
                                   Attorney For Defendant  _____

Attorney for Plaintiff to electronically file original document.

ADR-02 (08/16)                **STIPULATION REGARDING SELECTION OF PANEL MEDIATOR**