PATRICK E. STOCKALPER, SBN 156954
MOLSHREE GUPTA, SBN 275101
KJAR, MCKENNA & STOCKALPER, LLP
841 Apollo Street, Suite 100
El Segundo, California 90245
Telephone (424) 217-3026
Facsimile (424) 367-0400
pstockalper@kmslegal.com
mgupta@kmslegal.com

Attorneys for Defendants,
**COUNTY OF LOS ANGELES and SERGEANT TRAVIS KELLY (erroneously sued and served as "SHERIFF DEPUTY BADGE NUMBER 404532")**
*(Defendants is exempt from filing fees pursuant to Government Code § 6103)*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA ASSIFF,<br><br>            Plaintiffs,<br><br>        v.<br><br>COUNTY OF LOS ANGELES;<br>SHERIFF DEPUTY BADGE<br>NUMBER 404532; And DOES 1<br>through 10,<br><br>            Defendants. | **Case No.: 2:22-cv-05367 RGK(MAAx)**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' FRCP RULE 12 MOTION AS TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**Date:  January 30, 2023**<br>**Time:** 9:00 a.m.<br>**Dept:**  850<br><br>*[Motion to Dismiss and Request for Judicial Notice filed concurrently herewith]*<br><br>Action Filed: August 3, 2022<br>Pretrial Conference: July 10, 2023<br>Trial Date: July 25, 2023<br><br>Assigned to:<br>Hon. R. Gary Klausner, District Judge<br>Courtroom 850<br><br>All Discovery Matters Referred to:<br>Hon. Maria A. Audero, District Judge |

The hearing on the Motion to Dismiss (the "Motion") filed by Defendants COUNTY OF LOS ANGELES and SERGEANT TRAVIS KELLY (erroneously sued and served as "SHERIFF DEPUTY BADGE NUMBER 404532") ("Defendants"), came on for hearing in Courtroom 850 of this Court on January 30, 2023,

After considering the pleadings and the supporting evidence, this Court finds, and rules as follows:

1.  The First Amended Complaint for Damages, Declaratory Relief (the "FAC") filed by Plaintiff Joshua Assiff on December 14, 2022, and each and every claim alleged therein, fails to state any cause of action upon which relief can be granted.

2.  Plaintiff's the Fourteenth Amendment claim is superfluous.

3.  Plaintiff's first cause of action against "Defendant DEPUTY" premised on the arrest without probable cause is barred under the doctrine of collateral estoppel.

4.  Plaintiff has failed to state an entitlement to punitive or exemplary damages.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.  The Motion is GRANTED.

2.  Plaintiff's claim for unlawful arrest is dismissed with prejudice.

3.  Plaintiff's second cause of action against Defendant COUNTY under 42 U.S.C. section 1983 *et seq*. is dismissed with prejudice.

4.  The allegations at paragraphs 18 and 25 and prayer for punitive damages in the First Amended Complaint filed by Plaintiff Joshua Assiff on December 14, 2022 are stricken with prejudice.

5.  And prayer for restoration of property in the First Amended Complaint filed by Plaintiff Joshua Assiff on December 14, 2022 is stricken with prejudice.

///

///

///

///

6.  Exhibits 1 and 2 and the allegations at paragraph 21 regarding Exhibits 1 and 2 in the First Amended Complaint filed by Plaintiff Joshua Assiff on December 14, 2022 are stricken with prejudice.

**IT IS SO ORDERED**

Dated:    _____                    _____
                                               JUDGE OF THE UNITED STATES
                                               DISTRICT COURT, CENTRAL
                                               DISTRICT OF CALIFORNIA