PATRICK E. STOCKALPER, SBN 156954
MOLSHREE GUPTA, SBN 275101
KJAR, MCKENNA & STOCKALPER, LLP
841 Apollo Street, Suite 100
El Segundo, California 90245
Telephone (424) 217-3026
Facsimile (424) 367-0400
pstockalper@kmslegal.com
mgupta@kmslegal.com

Attorneys for Defendants,
**COUNTY OF LOS ANGELES and SERGEANT TRAVIS KELLY (erroneously sued and served as "SHERIFF DEPUTY BADGE NUMBER 404532")**
*(Defendants is exempt from filing fees pursuant to Government Code § 6103)*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA ASSIFF,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES; SHERIFF DEPUTY BADGE NUMBER 404532; And DOES 1 through 10,<br><br>    Defendants. | Case No.: 2:22-cv-05367 RGK(MAAx)<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**<br><br>**Date:** January 30, 2023<br>**Time:** 9:00 a.m.<br>**Dept:** 850<br><br>Action Filed: August 3, 2022<br>Pretrial Conference: July 10, 2023<br>Trial Date: July 25, 2023<br><br>Assigned to:<br>Hon. R. Gary Klausner, District Judge<br>Courtroom 850<br><br>All Discovery Matters Referred to:<br>Hon. Maria A. Audero, District Judge |

///

///

Defendants COUNTY OF LOS ANGELES and SERGEANT TRAVIS KELLY (erroneously sued and served as "SHERIFF DEPUTY BADGE NUMBER 404532") ("Defendants"), by and through their attorney, hereby request the Court to take judicial notice pursuant to Federal Rule of Evidence 201 of the following facts:

1. On September 25, 2021, a judicial officer of the State of California found that there was probable cause for Plaintiff's subject arrest for California Penal Code sections 69 and 243(b), i.e. that there was probable cause to believe that Plaintiff committed a crime.

   a. Attached as Exhibit "A" and incorporated herein by this reference is a true and correct copy of Probable Cause Determination, executed by Judicial Officer C. Estes on September 25, 2021.

   b. Attached as Exhibit "B" and incorporated herein by this reference is a true and correct copy of the statutory language of California *Penal Code* section 69.

   c. Attached as Exhibit "C" and incorporated herein by this reference is a true and correct copy of statutory language of California *Penal Code* sections 243.

Dated: December 28, 2022          KJAR, MCKENNA & STOCKALPER, LLP

                          By:    */s/Molshree Gupta*
                                 PATRICK E. STOCKALPER
                                 MOLSHREE GUPTA
                                 Attorneys for Defendants,
                                 COUNTY OF LOS ANGELES and SERGEANT TRAVIS KELLY