# EXHIBIT A

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF LOS ANGELES
## PROBABLE CAUSE DETERMINATION (DECLARATION)

| | | |
|---|---|---|
| Location Booked: SCT | Booking No.: 6252590 | Arrest File No.: |

| | |
|---|---|
| Arrestee/Suspect (Last, First, Middle): ASSIFF, JOSHUA | DOB: 10/25/2000 |

| | |
|---|---|
| Arrestee/Suspect's Residential Address: 30150 LEXINGTON DR CASTAIC, CA 91384 | Location of Occurrence: 27567 SIERRA HWY, CANYON COUNTRY |

| | | |
|---|---|---|
| Booking Charge(s): 69 PC, 243(B) PC | Misdemeanor ☒ Felony ☒ | Supplemental Holds/Warrants Charges: |

| | |
|---|---|
| Date/Time of Arrest: 09/24/2021 0830 hrs | 48 Hour Expiration Date and Time: 09/26/2021 0830 hrs |

| | | |
|---|---|---|
| Arresting Agency/Division: 0601 - LASD - SANTA CLARITA VLY PATROL (SCV) | Arresting Officer(s): KELLY, T. | Employee No.: 404532 |

| | | | |
|---|---|---|---|
| Supervisor(s) Approving: Elsee, R. Greene, K. | Employee No.: 451339 **464259** | Date/Time: 09/24/2021 1329 hrs 09/25/2021 0859 hrs | Contact Phone No.: 661-255-1121 661-799-5130 |

**Facts establishing elements of offense(s)/violation(s). Information identifying/connecting arrestee/suspect by name with the violation(s) listed:**

S/Assiff was stopped for not stopping for a red traffic signal (a violation of 21453(a) CVC). S/Assiff refused to provide his drivers license and was ordered out of the vehicle. As Sgt. Kelly took hold of S/Assiff left wrist, S/Assiff pulled away and kicked Sgt. Kelly in the leg. Sgt. Kelly requested for backup, and ordered S/Assiff out of the vehicle. S/Assiff was pepper sprayed, and as Sgt. Kelly and Dep. Clark were attempting to pull S/Assiff out of the vehicle, he punched Dep. Clark in the chest. S/Assiff continued resisting and kicking at Sgt. Kelly and Dep. Clark.

A taser was used by an assisting deputy to gain control of S/Assiff so he could be removed from the vehicle. S/Assiff was taken to the ground, where he continued to kick at Sgt. Kelly and resist being handcuffed. S/Assiff had to be tased once more before he complied and was handcuffed.

☐ See attached reports incorporated herein by reference.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on 09/24/2021    1106 hrs    in the County of Los Angeles, California.
              (date)        (time)

| | | |
|---|---|---|
| e-signed | Kelly, T. | 404532 |
| (Signature) | (Print Name) | (Employee No.) |

| **Telephonic Determination ONLY** | **Probable Cause Determination** |
|---|---|
| On _____, I was placed under oath and read the contents of the foregoing, including the contents of any attached reports or declaration, verbatim to the Honorable _____. The Judicial Officer advised me that there ( ) IS ( ) IS NOT probable cause to believe this arrestee has committed a crime. I declare under penalty of perjury that the foregoing is true and correct. Executed in Los Angeles County, California, on _____ | On the basis of either reports reviewed and/or officer's declaration I hereby determine that there ( ✘ ) IS ( ) IS NOT probable cause to believe this arrestee has committed a crime. Estes, C. (e-signed)    09/25/2021 0915 hrs (Judicial Officer's Signature) |
| (Signature)    (Employee No.) | (Block Stamp) |

CRIM 064 Revised: 102108