UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joshua Assiff,<br><br>v. Plaintiff(s)<br><br>County of Los Angeles, et al.,<br><br>Defendant(s). | CASE NUMBER:<br><br>2:22-cv-05367-RGK-MAA<br><br>NOTICE OF<br>MEDIATION DATE |

YOU ARE HEREBY NOTIFIED THAT THE PANEL MEDIATOR HAS SCHEDULED A MEDIATION IN THE ABOVE-CAPTIONED CASE

for June 2, 2023 at 10:00 ☑ a.m. / ☐ p.m.

LOCATION: ADR Services, Inc. via Zoom

> The mediation session must be completed and an ADR-03 Report must be filed on or before the Court-ordered completion date.

Continuances are not favored and can only be granted by the Mediator up to the Court-ordered completion date. Absent extraordinary circumstances, parties cannot request a continuance within three (3) business days of a scheduled mediation.

Dated: April 5, 2023

Panel Mediator: Phyllis W. Cheng, Esq.
Address: ADR Services, Inc.
915 Wilshire Blvd., Suite 1900
Los Angeles, CA 90017
Phone: 213-683-1600