PATRICK E. STOCKALPER, SBN 156954
MOLSHREE GUPTA, SBN 275101
KJAR, MCKENNA & STOCKALPER, LLP
841 Apollo Street, Suite 100
El Segundo, California 90245
Telephone (424) 217-3026
Facsimile (424) 367-0400
pstockalper@kmslegal.com
mgupta@kmslegal.com

Attorneys for Defendants,
**COUNTY OF LOS ANGELES**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA ASSIFF,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF LOS ANGELES; SHERIFF DEPUTY BADGE NUMBER 404532; And DOES 1 through 10,<br><br>    Defendants. | Case No.: 2:22-CV-05367-RAO<br><br>**JOINT STIPULATION TO EXTEND PRE-TRIAL DEADLINES**<br><br>[Filed concurrently with [Proposed] Order]<br><br>Action Filed: August 3, 2022<br>Pretrial Conference: July 10, 2023<br>Trial Date: July 25, 2023<br><br>Assigned to:<br>Hon. R. Gary Klausner, District Judge<br>Courtroom 850<br><br>All Discovery Matters Referred to:<br>Hon. Maria A. Audero, District Judge |

Plaintiff Joshua Assiff ("Plaintiff") and Defendants County of Los Angeles and Deputy Travis Kelly (jointly "Defendants"), through their respective attorneys of record herein and without waiving any rights, claims, or defenses they may have in this action, enter into this Stipulation pursuant to Local Rule 8-3, with reference to the following circumstances:

    1.    Plaintiff filed his Complaint on August 3, 2022.

2.    Defendant TRAVIS KELLY was served on August 8, 2022. Defendant COUNTY OF LOS ANGELES was served on August 16, 2022.

3.    On November 7, 2022, the Court ordered a Jury Trial to commence on July 25, 2023. [See Docket #24.]

4.    The parties have participated diligently in discovery to prepare for Trial, including timely exchange of Initial Disclosures, as well as participation in and good faith conference regarding discovery and document production.

5.    Despite good faith efforts, the matter is not yet prepared for Trial. The parties still need to key party and witness depositions, which the parties are currently in the process of scheduling and subpoenaing to occur in late Spring and early Summer of 2023.

    a.    After attempted to confer with Plaintiff's counsel for a mutually agreeable date, Defendants noticed Plaintiff's Deposition to proceed on March 24, 2023. However, due to Plaintiff's counsel's expression of unavailability, this Deposition will have to be rescheduled for mid-April, 2023.

    b.    On March 31, 2023, Plaintiff's counsel served unilaterally set notices for the Depositions of Sergeant Kelly and The County to occur on April 25 and 26, 2023, respectively.

    c.    The **current Discovery cut-off date** is **April 26, 2023,** per the Court's November 7, 2022 Scheduling Order. [See Docket #23.]

6.    Also on November 7, 2022, the Court referred this matter to the Court Mediation Panel and **ordered the parties to complete ADR proceeding by May 26, 2023**. [See Docket #25.]

    a.    The Parties are currently scheduled to mediate this matter with Phyllis Cheng of the Court Mediation Panel on April 17, 2023.

    b.    However, due to inability to complete discovery and depositions despite good faith efforts, the parties agree that a mediation on April 17, 2023 will not be as fruitful as one which may occur in early Summer 2023.

  c. As such, the parties conferred with Mediator Phyllis Cheng for her availability in early Summer, and have confirmed that all parties and Mediator Phyllis Cheng are available to mediate on June 2, 2023.

  d. However, June 2, 2023 is after the Court-ordered ADR completion date of May 26, 2023. [See Docket #25.]

 The parties have not previously stipulated to any extensions of time to answer or otherwise respond to the Complaint.

 7. Pursuant to this Court's November 7, 2022 Order for Jury Trial [Docket # 24, at p. 3, ls. 23-24], and Federal Rules of Civil Procedure, Rule 26(a)(2)(D), the parties must exchange **Expert Disclosures no later than April 26, 2022**.

  a. However, due to inability to complete discovery and depositions despite good faith efforts, the parties agree they are not in a position to exchange expert disclosures by April 26, 2022.

 8. The current **Motion cut-off date is May 10, 2023**, per the Court's November 7, 2022 Scheduling Order. [See Docket #23.]

 9. Based on the foregoing, the parties have conferred and agreed to continue the below cut-off and deadlines as follows:

  a. The parties agree to *continue the Discovery cut-off* from April 26, 2023 *to June 12, 2023*.

  b. The parties agree to *continue the Expert Disclosure deadline* from April 26, 2023 *to June 12, 2023*.

  c. The parties agree to *continue the Motion cut-off* from May 10, 2023 *to June 23, 2023*.

  d. The parties agree to *continue the ADR completion deadline* from May 26, 2023 *to June 9, 2023*.

///

///

# **STIPULATION**

Accordingly, IT IS HEREBY STIPULATED AND AGREED between the parties, as follows:

    a.    The ***Discovery cut-off*** is continued from April 26, 2023 ***to June 12, 2023***.

    b.    The ***Expert Disclosure deadline*** is continued from April 26, 2023 ***to June 12, 2023***.

    c.    The ***Motion cut-off*** is continued from May 10, 2023 ***to June 23, 2023***.

    d.    The ***ADR completion deadline*** is continued from May 26, 2023 ***to June 9, 2023***.

**IT IS SO STIPULATED**.

Dated: April 5, 2023

KJAR, MCKENNA & STOCKALPER, LLP

By: _/s/ Molshree Gupta_____
PATRICK E. STOCKALPER
MOLSHREE GUPTA
Attorneys for Defendant,
COUNTY OF LOS ANGELES

Dated: April 5, 2023

LAW OFFICE OF THOMAS M. FERLAUTO

By: _/s/ Thomas M. Ferlauto_____
THOMAS M. FERLAUTO
Attorneys for Plaintiff,
JOSHUA ASSIFF