PATRICK E. STOCKALPER, SBN 156954
MOLSHREE GUPTA, SBN 275101
KJAR, MCKENNA & STOCKALPER, LLP
841 Apollo Street, Suite 100
El Segundo, California 90245
Telephone (424) 217-3026
Facsimile (424) 367-0400
pstockalper@kmslegal.com
mgupta@kmslegal.com

Attorneys for Defendants,
**COUNTY OF LOS ANGELES**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA ASSIFF,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES; SHERIFF DEPUTY BADGE NUMBER 404532; And DOES 1 through 10,<br><br>    Defendants. | Case No.: 2:22-CV-05367-RAO<br><br>**[PROPOSED] ORDER RE: JOINT STIPULATION TO EXTEND PRE-TRIAL DEADLINES**<br><br>**[Filed concurrently with Joint Stipulation to Extend Pre-Trial Deadlines]**<br><br>Action Filed: August 3, 2022<br>Pretrial Conference: July 10, 2023<br>Trial Date: July 25, 2023<br><br>Assigned to:<br>Hon. R. Gary Klausner, District Judge<br>Courtroom 850<br><br>All Discovery Matters Referred to:<br>Hon. Maria A. Audero, District Judge |

///
///
///
///

# [PROPOSED] ORDER

After considering the Stipulation to Extend Pre-Trial Deadlines, and the statements of counsel therein, this Court orders as follows:

    a.    The ***Discovery cut-off*** is continued from April 26, 2023 ***to June 12, 2023***.

    b.    The ***Expert Disclosure deadline*** is continued from April 26, 2023 ***to June 12, 2023***.

    c.    The ***Motion cut-off*** is continued from May 10, 2023 ***to June 23, 2023***.

    d.    The ***ADR completion deadline*** is continued from May 26, 2023 ***to June 9, 2023***.

**IT IS SO ORDERED**

Dated: _____       _____
JUDGE OF THE UNITED STATES
DISTRICT COURT, CENTRAL
DISTRICT OF CALIFORNIA