PATRICK E. STOCKALPER, SBN 156954
MOLSHREE GUPTA, SBN 275101
KJAR, MCKENNA & STOCKALPER, LLP
841 Apollo Street, Suite 100
El Segundo, California 90245
Telephone (424) 217-3026
Facsimile (424) 367-0400
pstockalper@kmslegal.com
mgupta@kmslegal.com

**NOTE: CHANGES MADE BY THE COURT**

Attorneys for Defendants,
**COUNTY OF LOS ANGELES**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA ASSIFF,<br><br>          Plaintiffs,<br><br>     v.<br><br>COUNTY OF LOS ANGELES;<br>SHERIFF DEPUTY BADGE<br>NUMBER 404532; And DOES 1<br>through 10,<br><br>          Defendants. | **Case No.: 2:22-CV-05367-RGK-MAA**<br><br>**ORDER RE: JOINT STIPULATION TO EXTEND PRE-TRIAL DEADLINES  [41]**<br><br>**[Filed concurrently with Joint Stipulation to Extend Pre-Trial Deadlines]**<br><br>Action Filed: August 3, 2022<br>Pretrial Conference: July 10, 2023<br>Trial Date: July 25, 2023<br><br>Assigned to:<br>Hon. R. Gary Klausner, District Judge<br>Courtroom 850<br><br>All Discovery Matters Referred to:<br>Hon. Maria A. Audero, District Judge |

///

///

///

///

///

1

1

## ORDER

2    After considering the Stipulation to Extend Pre-Trial Deadlines, and the

3    statements of counsel therein, this Court orders as follows:

4        a.    The ***Discovery cut-off*** is continued from April 26, 2023 ***to May 10,***

5    ***2023***.

6        b.    The ***Expert Disclosure deadline*** is continued from April 26, 2023 ***to***

7    ***May 10, 2023***.

8        c.    The ***Motion cut-off*** is continued from May 10, 2023 ***to May 24,***

9    ***2023***.

10       d.    The ***ADR completion deadline*** is continued from May 26, 2023 ***to***

11       ***June 9, 2023***.

12

13       **IT IS SO ORDERED**

14

15    Dated:        4/6/2023        _____

16                                Hon. R. Gary Klausner
                                  U.S. District Judge

17

18

19

20

21

22

23

24

25

26

27

28

ORDER RE: JOINT STIPULATION TO EXTEND PRE-TRIAL DEADLINES