# EXHIBIT B

**Maria L. Nixon**

| | |
|---|---|
| **From:** | Molshree Gupta |
| **Sent:** | Thursday, April 13, 2023 9:59 AM |
| **To:** | Thomas Ferlauto |
| **Cc:** | Spencer Carter; Patrick Stockalper; Maria L. Nixon |
| **Subject:** | RE: 610-2: Assiff, Joshua vs. County of Los Angeles, et al. |
| **Attachments:** | Def NOD of Plaintiff Joshua Assiff (final).PDF |

Good morning, Counsel:

We are preparing further documents and disclosures for service today.

Yes, Plaintiff's deposition is proceeding tomorrow at our office in El Segundo as noticed. See attached for ease of reference.

AS previously mentioned, he is out on medical leave; we just learned that he is due for re-evaluation on June 1, 2023; we do not know when he will be cleared to return to work.

- We will prepare a motion to continue trial (and related dates) based on party unavailability;
- Will you agree to stipulate in support of our motion?

Thanks,



Molshree Gupta
Partner
**KJAR, McKENNA & STOCKALPER, LLP**

---

**From:** Thomas Ferlauto <tmf@lawofficetmf.com>
**Sent:** Thursday, April 13, 2023 9:29 AM
**To:** Molshree Gupta <mgupta@kmslegal.com>
**Cc:** Spencer Carter <scarter@kmslegal.com>; Patrick Stockalper <pstockalper@kmslegal.com>; Maria L. Nixon <mnixon@kmslegal.com>
**Subject:** Re: 610-2: Assiff, Joshua vs. County of Los Angeles, et al.

Counsel:

Is the Plaintiff's deposition going forward tomorrow? If so, where and what time?

It was our understanding that COLA would produce the documents responsive to the request for production of documents yesterday. However, only documents responsive to category 8 were produced. Where are the documents responsive to categories 1 through 7?

Finally, we have a discovery cut-off of May 10. Kelly is scheduled for 4/25 and COLA is scheduled for 4/26. Before we can move those dates, we need to select a mutually agreeable alternative. Please provide me with alternative dates.

Thank you,

Thomas M. Ferlauto

_____

LAW OFFICE OF
THOMAS M. FERLAUTO
**A Professional Law Corporation**

**Direct Dial 310-849-7554**

**25201 Paseo de Alicia, Suite 270
Laguna Hills, CA  92653
Phone: 949-334-8650
Facsimile: 949-334-8691**

**Email: TMF@lawofficeTMF.com
Website**:  **www.lawofficeTMF.com**

The information contained in this e-mail message is information protected by attorney-client and/or the attorney/work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by e-mail. If the person actually receiving this e-mail or any other reader of the e-mail is not the name recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, please delete it immediately.

> On Apr 12, 2023, at 10:17 AM, Thomas Ferlauto <tmf@lawofficetmf.com> wrote:
>
> Well, please get back to me when you have dates that we can discuss, hopefully ASAP.
>
> I understand that you will be making a production of documents today.  Is that correct?
>
> Our understanding is that you will produce documents today and Plaintiff would sit for his deposition on Friday.  Is that still our deal?
>
> Also where and when will the deposition be conducted?
>
> Thanks,
>
> Tom
>
> _____
>
> LAW OFFICE OF
> THOMAS M. FERLAUTO
> **A Professional Law Corporation**
>
> **Direct Dial 310-849-7554**
>
> **25201 Paseo de Alicia, Suite 270
> Laguna Hills, CA  92653
> Phone: 949-334-8650
> Facsimile: 949-334-8691**
>
> **Email: TMF@lawofficeTMF.com
> Website**:  **www.lawofficeTMF.com**
>
> The information contained in this e-mail message is information protected by attorney-client and/or the attorney/work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by e-mail. If the person actually receiving this e-mail or any other reader of the e-mail is not the name recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, please delete it immediately.

On Apr 12, 2023, at 9:24 AM, Molshree Gupta <mgupta@kmslegal.com> wrote:

Good morning:

I very recently learned that Sgt. Kelly is currently out on medical leave. I am trying to get more info on his return date from the County, but that one likely cannot proceed as currently noticed.

On the County NOD, you have two conflicting dates listed. 4/25 does not work for me, and I will need to check with the County re 4/26.

- Relatedly, please advise your availability to meet and confer about category no. 9 (compliance with the Settlement Agreement entered in USDC Case No. CV-15-03174).
- As you know, this matter arises out of the Santa Clarita Valley LASD station, not the Antelope Valley stations.

Thanks,
<image001.jpg>

Molshree Gupta
Partner
**KJAR, McKENNA & STOCKALPER, LLP**

---

**From:** Thomas Ferlauto <tmf@lawofficetmf.com>
**Sent:** Tuesday, April 11, 2023 3:53 PM
**To:** Molshree Gupta <mgupta@kmslegal.com>
**Cc:** Spencer Carter <scarter@kmslegal.com>; Patrick Stockalper <pstockalper@kmslegal.com>
**Subject:** Re: 610-2: Assiff, Joshua vs. County of Los Angeles, et al.
**Importance:** High

Counsel:

What would you like to do with the depositions of Kelly and COLA? Do you want to keep them as currently set? Or schedule them for a more convenient date?

We would be willing to do Kelly's deposition on a Saturday 4/22, 4/29 or 5/6 if that would work with the Sergeant's calendar.

Please let me know.

Thanks,

Tom

_____

LAW OFFICE OF
THOMAS M. FERLAUTO
**A Professional Law Corporation**

**Direct Dial 310-849-7554**

**25201 Paseo de Alicia, Suite 270**

3

**Laguna Hills, CA 92653**
**Phone: 949-334-8650**
**Facsimile: 949-334-8691**

Email: TMF@lawofficeTMF.com
Website: www.lawofficeTMF.com

The information contained in this e-mail message is information protected by attorney-client and/or the attorney/work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by e-mail. If the person actually receiving this e-mail or any other reader of the e-mail is not the name recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, please delete it immediately.

On Apr 10, 2023, at 9:31 AM, Molshree Gupta <mgupta@kmslegal.com> wrote:

Counsel:

We are not in receipt of all documents that Plaintiff indicated he would produce more than a month ago.  Please advise as to status of the further document production, or, in the alternative, advise re your availability for a Zoom or phone meet and confer in the upcoming week.

Thanks,
<image001.jpg>

Molshree Gupta
Partner
**KJAR, McKENNA & STOCKALPER, LLP**
841 Apollo Street, Suite 100
El Segundo, California 90245
424-397-1504 – Direct No.
424-217-3026 – Main No. (Ext. 1069)
424-367-0384 – Direct Fax No.
mgupta@kmslegal.com
www.kmslegal.com

**THIS MESSAGE IS CONFIDENTIAL**, INTENDED FOR THE NAMED RECIPIENT(S) AND MAY CONTAIN INFORMATION THAT IS (I) PROPRIETARY TO THE SENDER, AND/OR, (II) PRIVILEGED, CONFIDENTIAL, AND/OR OTHERWISE EXEMPT FROM DISCLOSURE UNDER APPLICABLE STATE AND FEDERAL LAW, INCLUDING, BUT NOT LIMITED TO, PRIVACY STANDARDS IMPOSED PURSUANT TO THE FEDERAL HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT OF 1996 ("HIPAA"). IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR BY TELEPHONE AT 424-217-3026 AND DESTROY THE ORIGINAL TRANSMISSION AND ITS ATTACHMENTS WITHOUT READING OR SAVING THEM TO DISK. THANK YOU.

<Pltf Resp. to RFP#1 by Def COLA.pdf>