# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA ASSIFF,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF LOS ANGELES; SHERIFF DEPUTY BADGE NUMBER 404532; And DOES 1 through 10,<br><br>    Defendants. | Case No.: 2:22-cv-05367 RGK(MAAx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS, COUNTY OF LOS ANGELES AND SERGEANT TRAVIS KELLY'S APPLICATION TO CONTINUE TRIAL AND PRETRIAL DEADLINES**<br><br>Action Filed: August 3, 2022<br>Pretrial Conference: July 10, 2023<br>Trial Date: July 25, 2023<br><br>Assigned to:<br>Hon. R. Gary Klausner, District Judge<br>Courtroom 850<br><br>All Discovery Matters Referred to:<br>Hon. Maria A. Audero, District Judge |

**TO ALL PARTIES HEREIN AND THEIR ATTORNEY OF RECORD:**

After considering the Defendants COUNTY OF LOS ANGELES and SERGEANT TRAVIS KELLY's Application to Continue the Trial and Pretrial Deadline, pleadings and the supporting evidence, this Court finds, and rules as follows:

1

[PROPOSED] ORDER GRANTING DEFENDANTS, COUNTY OF LOS ANGELES AND SERGEANT TRAVIS KELLY'S APPLICATION TO CONTINUE TRIAL AND PRETRIAL DEADLINES

1. The Trial Date from July 25, 2023 is hereby continued to _____ _____.

2. The discovery cut-off and expert disclosure deadline is hereby continued from May 10, 2023 to_____, and

3. The Motion cut-off is continued from May 24, 2023 to _____ ___.

**IT IS SO ORDERED**

Dated:      _____        _____
                                    JUDGE OF THE UNITED STATES
                                    DISTRICT COURT, CENTRAL
                                    DISTRICT OF CALIFORNIA

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 841 Apollo Street, Suite 100, El Segundo, California 90245.

On May 10, 2023, I served the foregoing document described as **[PROPOSED] ORDER GRANTING DEFENDANTS, COUNTY OF LOS ANGELES AND SERGEANT TRAVIS KELLY'S APPLICATION TO CONTINUE TRIAL AND PRETRIAL DEADLINES** on all interested parties in this action by placing a true copy thereof in a sealed envelope addressed as follows:

## SEE ATTACHED SERVICE LIST

**By Mail** I caused such envelope(s) to be deposited in the mail at El Segundo, California. The envelope was mailed with postage thereon fully prepaid and addressed to the parties listed on the Service List. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

XX **By Email** Based upon a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the persons at the electronic service addresses listed in the Service List. My email address is mnixon@kmslegal.com.

**By Personal Service** I caused such document to be Personally Served on the parties listed in the Service List.

XX **State** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 10, 2023, at El Segundo, California.

Maria Nixon

3

[PROPOSED] ORDER GRANTING DEFENDANTS, COUNTY OF LOS ANGELES AND SERGEANT TRAVIS KELLY'S APPLICATION TO CONTINUE TRIAL AND PRETRIAL DEADLINES

# SERVICE LIST

**Assiff, Joshua vs. County of Los Angeles, et al.**
Central District- Case No.: 2:22-cv-05367 RGK(MAAx)

| | |
|---|---|
| Thomas M. Ferlauto, Esq.<br>Law Office of Thomas M. Ferlauto, APC<br>25201 Paseo de Alicia, Ste. 270<br>Laguna Hills, CA 92653<br>EM: tmf@lawofficetmf.com | Attorney for Plaintiff,<br>**JOSHUA ASSIFF** |

[PROPOSED] ORDER GRANTING DEFENDANTS, COUNTY OF LOS ANGELES AND SERGEANT TRAVIS KELLY'S APPLICATION TO CONTINUE TRIAL AND PRETRIAL DEADLINES