THOMAS M. FERLAUTO (SBN 155503)
LAW OFFICE OF THOMAS M. FERLAUTO, APC
25201 Paseo de Alicia, Suite 270
Laguna Hills, California 92653
Telephone: 949-334-8650
Fax: 949-334-8691
Email: TMF@lawofficeTMF.com

Attorney for Plaintiff, JOSHUA ASSIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSHUA ASSIFF,** | **Case No. 2:22-cv-05367 RGK (MAAx)** |
| **Plaintiff,** | **NOTICE OF ASSOCIATION OF COUNSEL** |
| **v.** | |
| **COUNTY OF LOS ANGELES; SHERIFF DEPUTY BADGE NUMBER 404532; And DOES 1 through 10,** | |
| **Defendants.** | |

TO ALL PARTIES IN THIS ACTION AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Attorney Philip K. Cohen (SBN 159551), hereby associates into this case as lead trial counsel and co-counsel of record with Thomas M. Ferlauto for Plaintiff, JOSHUA ASSIFF (hereinafter "Plaintiff"). Attorney Cohen's contact information is as follows:

Philip Cohen, Esq., SBN 159551

LAW OFFICE OF PHILIP KENT COHEN, APC

100 Wilshire Blvd., Suite 1300

Santa Monica, CA 90401

Tel.: (310) 451-9111

Fax: (310) 451-9119

E-Mail: pcohen@pcohenlaw.com

DATED: May 17, 2023

Law Office of Philip Kent Cohen, ACP

By: _____

Philip Kent Cohen
Attorney For: Plaintiff,
JOSHUA ASSIFF

This association is hereby accepted:

DATED: May 17, 2023

Law Office of Thomas M. Ferlauto, APC

By: _____

Thomas M. Ferlauto
Attorney For: Plaintiff,
JOSHUA ASSIFF

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 25201 Paseo de Alicia, Suite 270, Laguna Hills, CA 92653.  On May 19, 2023, I served the foregoing document(s) described as:

## NOTICE OF ASSOCIATION OF COUNSEL

[X]  **ELECTRONIC MAIL**: The foregoing document was served electronically without any errors noted at the email addresses stated below:

PATRICK E. STOCKALPER
MOLSHREE GUPTA
KJAR, MCKENNA & STOCKALPER, LLP
841 Apollo Street, Suite 100
El Segundo, California 90245
Telephone (424) 217-3026
Facsimile (424) 367-0400
pstockalper@kmslegal.com
mgupta@kmslegal.com

[__]  **BY MAIL AS FOLLOWS:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice the above described envelope(s) would be deposited with the US Postal Service on that same day with postage thereon fully prepaid at Laguna Hills, California in the ordinary course of business.

Executed on May 19, 2023, at Irvine, California.  I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct.

_____
Thomas M. Ferlauto