# EXHIBIT A

# COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
## INCIDENT REPORT

A TRADITION OF SERVICE

DATE: 9/24/2021    PAGE 1 OF 5

**ACTION:** ☒ ACTIVE  ☐ INACTIVE  ☐ PENDING  ☐ NON-CRIMINAL
**# OF ADULT ARRESTS:** 1
**# OF SUBJECT DETENTIONS:** 0
**URN#:** 9 / 21 / 13126 / 062B / 05B
**TAG#:** 133 / 10B5

**CLASSIFICATION 1 / LEVEL / STAT CODE:** RESISTING A PEACE OFFICER 69 P.C. / F / 05B
**CLASSIFICATION 2 / LEVEL / STAT CODE:** BATTERY ON A PEACE OFFICER 243(B) P.C. / M / 145
**CLASSIFICATION 3 / LEVEL / STAT CODE:**
**CLASSIFICATION 4 / LEVEL / STAT CODE:**

**ADDITIONAL STAT CODES:** ☐ ASAP / 83  ☐ GANG RELATED / 860  ☐ CYBER - RELATED CRIME / 552  ☐ FIREARM RELATED / 830  ☐ CYBER CRIME / 551  ☐ CYBER - RELATED INCIDENT (NON - CRIMINAL) / 559  ☐ OTHER

**DATE / TIME / DAY OF OCCURRENCE:** 9/24/2021 / APPROX 0752 HOURS / FRIDAY
☐ PRINTS REQUESTED   REQUESTED BY:   TIME:
☐ PRINTS COMPLETED
**LOCATION OF OCCURRENCE:** 27567 SIERRA HIGHWAY, CANYON COUNTRY, CA 91311
**BUSINESS NAME:**

**CODE:** V - VICTIM · W - WITNESS · I - INFORMANT · R - REPORTING PARTY · P - PARTY

| CODE | # | of | LAST NAME | FIRST NAME | MIDDLE NAME | SEX | RACE | DOB | AGE | DRIVER'S LICENSE / STATE ID |
|---|---|---|---|---|---|---|---|---|---|---|
| V | 1 | 1 | KELLY | TRAVIS | #404532 | M | W | ADULT | 52 | |

**RESIDENCE ADDRESS:** OPS GOMS /D
**BUSINESS / SCHOOL (GRADE) ADDRESS:** 23740 MAGIC MTN PKWY  CITY: VALENCIA  STATE: CA  ZIP: 91347
**BUSINESS PHONE:** 661-255-1121
**ETHNIC ORIGIN:**  EMAIL ADDRESS:  SOCIAL NETWORKING ACCOUNT:  CELL PHONE:
**VICTIM OF OFFENSE(S) (CLASSIFICATION) #:** #1 #2
**VICTIM DESIROUS OF PROSECUTION?** ☒ YES ☐ NO
**VICTIM OF SEX CRIME DESIROUS OF CONFIDENTIALITY?** ☐ YES ☐ NO
**ENGLISH SPEAKING?** ☐ YES ☐ NO  LANGUAGE:

| CODE | # | of | LAST NAME | FIRST NAME | MIDDLE NAME | SEX | RACE | DOB | AGE | DRIVER'S LICENSE / STATE ID |
|---|---|---|---|---|---|---|---|---|---|---|
| V | 2 | 2 | CLARK | JOSHUA | #515144 | M | W | ADULT | 37 | |

**RESIDENCE ADDRESS:** OBS 64M1
**BUSINESS / SCHOOL (GRADE) ADDRESS:** 27340 MAGIC MTN PKWY  CITY: VALENCIA  STATE: CA  ZIP: 91347
**BUSINESS PHONE:** 661-255-1121
**ETHNIC ORIGIN:**  EMAIL ADDRESS:  SOCIAL NETWORKING ACCOUNT:  CELL PHONE:
**VICTIM OF OFFENSE(S) (CLASSIFICATION) #:** #1 #2
**VICTIM DESIROUS OF PROSECUTION?** ☒ YES ☐ NO
**VICTIM OF SEX CRIME DESIROUS OF CONFIDENTIALITY?** ☐ YES ☐ NO
**ENGLISH SPEAKING?** ☐ YES ☐ NO  LANGUAGE:

**CODE:** S - SUSPECT · SJ - SUBJECT · M - PATIENT · S/V - SUSPECT / VICTIM · SJ/V - SUBJECT / VICTIM

| CODE | # | of | LAST NAME | FIRST NAME | MIDDLE NAME | DOB | AGE | DRIVER'S LICENSE / STATE ID |
|---|---|---|---|---|---|---|---|---|
| S | 1 | 1 | ASSIFF | JOSHUA | ROBERT DEVAUN | 10/25/2000 | 20 | Y8594964 |

**SEX:** M  **RACE:** O  **ETHNIC ORIGIN:** LEBANESE  **HAIR:** BLK  **EYES:** BRO  **HEIGHT:** 608  **WEIGHT:** 140
**CELL PHONE:** 213-706-3277
**RESIDENCE ADDRESS:** 30150 LEXINGTON DR.  CITY: CASTAIC  STATE: CA  ZIP: 91384
**BUSINESS / SCHOOL (GRADE) ADDRESS:** STUDENT
**AKA:** NONE  **EMAIL ADDRESS:** NONE GIVEN  **SOCIAL NETWORKING ACCOUNT:** NONE GIVEN
**ENGLISH SPEAKING?** ☒ YES ☐ NO
**MONIKER:** NONE  **CHARGE:** 69 P.C. 243(B) P.C.  **BOOKING NUMBER:** 6252596
**WHERE DETAINED OR CITE NUMBER:** SANTA CLARITA

**BY DEPUTY:** SGT. T. KELLY  **EMPLOYEE #:** 404532  **SWORN EXP IN YRS:** 30
**STATION:** SCT  **UNIT/CAR #:** GOMS  **SHIFT:** D  **PCD SUBMITTED?** ☒ YES ☐ NO
**VACATION DATES:**
**APPROVED:** SGT. A JACOB  **EMPLOYEE #:** 464072  **ASSIGNMENT:** SCT DB
**DATE / TIME:** 9/24/21 1617
**HQ NOTIFICATION REQUESTED?** ☐ YES ☐ NO   DEPUTY:   DATE / TIME:  SPECIAL REQUEST DISTRIBUTION:
**SUSPECT / SUBJECT FIELD RELEASE APPROVED BY:**   DATE / TIME:  CRIME BROADCAST BY:  DATE / TIME:  SECRETARY:

76C300F - SH-R-49 (Rev. 4/2014)

**COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT**
**INCIDENT REPORT CONTINUATION**

URN# 921-13126-0628-058133/065  TAG#  PAGE 2 OF 5

CLASSIFICATION # / LEVEL / STAT CODE

CLASSIFICATION # / LEVEL / STAT CODE

CLASSIFICATION # / LEVEL / STAT CODE

**VEHICLE** — LICENSE (STATE & NUMBER) — YEAR — MAKE — MODEL — BODY TYPE — COLOR
VEHICLE FOR VICTIM #
VEHICLE FOR SUSPECT #  REGISTERED OWNER  IDENTIFYING FEATURES
STATUS: ☐ STOLEN ☐ DAMAGED ☐ EMBEZZLED  CHP 180 SUBMITTED? ☐ YES ☐ NO  GARAGE NAME & PHONE
☐ STORED ☐ IMPOUNDED ☐ OUTSTANDING
DESCRIPTION OF DAMAGE:

**CODE: V - VICTIM • W - WITNESS • I - INFORMANT • R - REPORTING PARTY • P - PARTY**

| CODE | # of | LAST NAME | FIRST NAME | MIDDLE NAME | SEX | RACE | DOB | AGE | DRIVER'S LICENSE / STATE ID |
|---|---|---|---|---|---|---|---|---|---|
| W | 1 1 | GALLEGOS | GARRETT | #535977 | M | H | ADULT | | |

RESIDENCE ADDRESS: 65
BUSINESS / SCHOOL (GRADE) ADDRESS: 23740 MAGIC MTN PKWY   CITY: VALENCIA   STATE: CA   ZIP: 91347   BUSINESS PHONE: 661-255-1121

**CODE: S - SUSPECT • SJ - SUBJECT • M - PATIENT • S/V - SUSPECT / VICTIM • SJ / V - SUBJECT / VICTIM**

76C300F - SH-R-49A (Rev. 4/2014)

# COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
## INCIDENT REPORT

*A TRADITION OF SERVICE*

URN# 921-13126-0628-058
TAG # 133/635
DATE 9/24/2021   PAGE 2 OF 5

**VEHICLE** (for VICTIM #, for SUSPECT # 1)
- LICENSE (STATE & NUMBER): 8TQL399
- REGISTERED OWNER: JOSHUA ASSIFF
- YEAR: 21  MAKE: GMC  MODEL: TERRAIN  BODY TYPE: SUV  COLOR: BLK
- STATUS: ☒ STORED
- CHP 180 SUBMITTED? ☒ YES
- GARAGE NAME & PHONE: FREEWAY TOWING 661-252-8869

**SCREENING FACTORS**
- ☒ 1. SUSPECT IN CUSTODY
- ☒ 2. SUSPECT NAMED / KNOWN
- ☒ 4. VEHICLE IN CUSTODY
- ☒ 6. WRITER/REVIEWER DISCRETION

**PROPERTY CODE:**
S – STOLEN • R – RECOVERED • L – LOST • F – FOUND • E – EMBEZZLED • D – DAMAGED • K – SAFEKEEPING

| CODE | ITEM # | QUAN. | DESCRIPTION | SERIAL # | VALUE |
|---|---|---|---|---|---|
| | | | SEE PAGE THREE FOR NARRATIVE. | | |

76C300F - SH-R-49 (Rev. 4/2014)

| COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT | URN# | TAG# | |
|---|---|---|---|
| **INCIDENT REPORT - NARRATIVE** | 921-13126-0620-058 | 133 / OBS | PAGE 4 OF 5 |

On September 24, 2021 at approximately 0750 hours, I was monitoring traffic at the intersection of Soledad Cyn. Rd. and Sierra Hwy. for traffic violations. I was parked near the southwest corner of the intersection, facing east, in the parking lot of Pizza Hut.

I saw a black Chevy Terrain (license #8TQL399) make a right hand turn from eastbound Soledad Cyn. Rd. to southbound Sierra Hwy. without stopping for the red traffic signal (a violation of 21453(b) CVC). There were also three pedestrians in the south crosswalk of Soledad Cyn. Rd., crossing Sierra Hwy. from east to west he did not yield to (a violation of 21950(a) CVC). I rode out of the parking lot on my black and white patrol motorcycle, and activated my emergency lights to conduct a traffic stop. As the vehicle was yielding, I could see the driver raising his right hand in the air. The vehicle jerked to the right and quickly pulled into the south parking lot of the Water Wheel Car Wash (27567 Sierra Hwy, Canyon Country) and came to an abrupt stop.

As I got off of my motorcycle, the driver (later identified as S/Assiff) turned off his engine and began yelling out of the driver's door window, asking what he did wrong. I approached the driver's side of the vehicle and asked him what color the signal was when he made his right turn. I told him the light was red, and before I could explain anything else to him, he interrupted me and continued talking to me in an agitated and argumentative state. S/Assiff said he had class in the Antelope Valley at 9AM, and he had to meet his teammate. While S/Assiff was speaking I could smell a strong odor of burnt marijuana emitting from his vehicle. Due to S/Assiff's agitation, rapid speech, and odor of marijuana, I believed he may have been under the influence of marijuana. I asked S/Assiff to provide me his driver's license but he kept arguing about the reason for the stop. This behavior is common for people who are under the influence of drugs and or alcohol. To continue my DUI investigation, I ordered S/Assiff to give me his driver's license. S/Assiff refused, and grabbed his cell phone.

I immediately opened the driver's door for the following reasons:
• Losing sight of S/Assiff's left hand as he reached for his lap possibly retrieving a weapon
• S/Assiff's agitated state of mind
• The strong odor of marijuana emitting from his vehicle
• S/Assiff possibly being under the influence of marijuana
• To prevent S/Assiff from possibly driving away and putting the public at risk due to his erratic driving mentioned above, and him being under the influence.

After I opened the door and told S/Assiff to get out of his vehicle. I took hold of S/Assiff's left wrist because I could not see where he was reaching and to control him as he exited the vehicle. As soon as I took hold of his wrist, S/Assiff aggressively pulled his arm away from my grasp and kicked me in the left leg with his left foot.

I took a step back to request backup to my location via my portable radio. I saw Deputy Clark (V2) was on a traffic stop, in the same parking lot, approximately 50-60 yards north from where I was located. I yelled towards Deputy Clark to get his attention, but he did not hear me. When I looked back into the car, S/Assiff was holding a cell phone in his left hand and I could not clearly see his right hand. I ordered him out of the vehicle or he would be pepper sprayed. S/Assiff looked down and I saw his right hand and arm reach towards the center console. It has been my experience when people repeatedly look and/or reach in or towards the same location of an area they occupy or have control of, they are trying to conceal or retrieve weapons or drugs. Fearing he may be retrieving a weapon, coupled with him recently assaulting me, I sprayed a 1-2 second burst on my department issued O.C. Spray at S/Assiff's face.

After spraying S/Assiff, I saw him reach again towards the center console. I transmitted over my portable radio I was

76C300F - SH-R-313 (Rev. 09/2014)

involved in a fight. Due to A/Assiff now having been pepper sprayed in the face, I opted to reengage him in an attempt to remove him from the vehicle and prevent him from driving away or retrieving a weapon, and take him into custody.

Deputy Clark ran to my location and took hold of S/Assiff's upper body. I saw S/Assiff punch Deputy Clark in the chest, and I punched S/Assiff in the face with my left fist. S/Assiff continued resisting by pulling away and kicking towards us. As we struggled with S/Assiff, I saw he was using his legs to push against the driver's kick panel, wedging his body in the interior of the vehicle. I attempted to pull his legs out of the vehicle, but he kicked out of my grasp. During the struggle S/Assiff was given verbal commands to get out of the vehicle.

I saw assisting Deputy Gallegos (W1) #535977 arrive to assist us. As I was attempting to control S/Assiff's left arm and Deputy Clark was attempting to control his upper body, I saw Deputy Gallegos point his TASER at S/Assiff's back. I ordered Deputy Gallegos to use his TASER on S/Assiff in order to get him out of the vehicle and handcuff him. As Deputy Gallegos tased S/Assiff, Deputy Clark and I were able to utilize team takedown techniques to remove him out of the vehicle and onto the ground in one fluid motion. I had control of his right arm and pulled him towards the ground and Deputy Clark had control of his upper body and left arm. S/Assiff ended up lying on his left side on the ground.

As we attempted to roll him onto his stomach to be handcuffed, S/Assiff began kicking and pulling his arms away, in an effort to prevent us from handcuffing him. I heard the other deputies giving him commands to get onto his stomach and stop resisting. I punched S/Assiff twice in the stomach to get him to comply and prevent further assaultive behavior. S/Assiff continued resisting our efforts to control and handcuff him.

I ordered Deputy Gallegos to use his TASER on S/Assiff to gain control of him. Deputy Gallegos placed his TASER on S/Assiff's lower back and activated an approximate five second shock. This had little effect on S/Assiff and he continued to resist us. I ordered S/Assiff to roll onto his stomach and place his hands behind his back or we would use the TASER again. S/Assiff rolled onto his stomach and stopped resisting. With the assistance of Deputy Cohen #508705, I was able to handcuff him without further incident.

Once he was placed in a patrol car, I looked in the driver's compartment area of his vehicle and saw a white glass pipe (commonly used to smoke marijuana) lying on a driver's side shelf of the center console in plain view. I picked up the pipe and saw burnt ash in the bulbous end that smelled like marijuana. It is not a crime to own or possess a pipe mentioned above, and I put the pipe back in the vehicle where I found it.

For additional information regarding Deputy's Clark, Gallegos, and Cohen's actions and observations regarding this event, see their supplemental reports written under the same URN.

No SFST's were conducted on S/Assiff due to the effects of the O.C. spray and his injuries.

LACO Fire was dispatched to our location to treat S/Assiff for his injuries.

S/Assiff was arrested for Resisting a Peace Officer 69 P.C. and Battery on a Peace Officer 243(b) P.C.

S/Assiff was transported to Henry Mayo Newhall Hospital to evaluate him, and an "okay" for booking purposes by Deputy Francisco #602372.

S/Assiff was booked at Santa Clarita Valley Sheriff's Station on the indicated charges with the approval of Watch Commander Sergeant Greene #464259.