# EXHIBIT B
# (See Ntc of Lodging Filed Concurrently)