# EXHIBIT C

MICHAEL B. GRAY / CONSULTANT
PO BOX 231250
ENCINITAS, CA 92023
760-710-1310
Email: mgrayconsult@protonmail.com

**CURRICULA VITAE**

<u>**Professional Experience**</u>

**Government Training Agency (GTA)/Regional Training Center (RTC) – 01/2011 to present**
**Executive Director:** Reports to the Board of the Government Training Agency (GTA) and has the responsibility of overseeing the day-to-day operations of the GTA. Works with the Board of Directors to craft strategic vision, aligns organizational resources with it; coordinates with the Board of Directors, for the development and implementation of such programs. Responsible for administrative procedures and processes to maintain fiscal accountability and control, equitable and fair personnel practices, and efficiency of operations. Develops revenue sources including business arrangements and funding proposals. Develops and maintains effective working relationships with members of the GTA Executive Committee and advisory personnel. Creates and manages the annual budget.  Ensures compliance with all appropriate regulations. Represents the organization; serves as its public face as appropriate. Oversees marketing, media relations, public relations and issues concerning management activities. Performs all the management functions at the top organizational level. Ensures that training programs are designed in a way to meet organizational goals and objectives. Maintain various official as well as higher management and confidential documents and produce them wherever necessary in front of the Board of Directors. Identify and recruit instructors and consultants including evaluation of courses/services offered, evaluation of credentials and performance, negotiation of fees and charges, review of materials, media, instruments, and exercises, and screening of references, etc. Analyze and evaluate training needs of individual clients and regional client groups; development of survey instruments/techniques as necessary, and recommendation of training or consulting services to meet needs. Develop, recommend and implement promotion and marketing strategies for POST certified courses, open enrollment course, and contract services. Generate additional revenues by preparing responses to RFP's and making marketing calls and visits to current and prospective clients. Manage in-house employees and over 250 contractors in a variety of training functions.  Conduct team-building and Organizational Consulting duties with numerous agencies throughout California, both LE and non-LE. Work with police executives to conduct team and organizational reviews prior to team building workshops and provide guidance and opinions on personnel and organizational issues. Work with cities to determine organizational needs and deficiencies and review training programs to determine deficiencies and if programs are effective and properly addressing needs of the organization. Administer and direct over 75 POST certified courses and STC courses to include the Title 15 course on Jail Operations and an advanced version of this course.

**Consultant – Provide Police Expert Witness services 2014 - present**

Review State and Federal Complaints and all related reports, video, etc., and provide expert witness reports and testimony on cases involving law enforcement. Review all types of law enforcement cases to include Use of Force, Officer Involved Shootings, Investigative processes and procedures and administrative concerns.

**Board Member – San Diego County Citizen's Law Enforcement Review Board August 2019 – November 2021**

Board member of CLERB with duties to review complaints and render decisions on all types of citizen complaints and all death investigations conducted by CLERB investigators. CLERB has jurisdiction of the San Diego Sheriff's Department and San Diego County Probation Department. Review all manner of complaints to include: custody (Jail Operations), patrol (Field Operations), Use of Force complaints and other complaints that come to the attention of the Board, and to render decisions and recommendations.

**Regional Training Center – 09/2006 to 12/2010**

**Director of Law Enforcement Training**

Oversee implementation of 30 law enforcement courses and 95 POST classes for State and local law enforcement personnel. Administer POST Instructor Development Institute (IDI), ICI and other POST programs including developing and administrating annual budgets of $2.5 million. Troubleshoot problems that may arise involving trainers, course content, logistics and budgets. Manage 9 course administrators and over 300 instructors for POST law enforcement training classes. Support the Executive Director and act as Director in her absence. Develop and maintain effective relationships with POST Executive Management and Program Managers, other POST Presenters and RTC staff. Backup Executive Director as needed to support City/County Manager's Association activities.

**Regional Training Center – 11/1997 to 09/2006 (contract basis)**

- Course Administrator
  - Program Administrator for a 40-hour instructional course for California law enforcement; Identity Theft Investigations
- Program Coordinator
  - Program Coordinator and facilitator for the California Peace Officer Standards and Training (POST), Master Instructor Development Program (MIDP)
- Instructional and Curriculum Design
  - Design both instructor training and conducted curriculum design for POST programs

2

***Los Angeles County Sheriff's Department – Deputy Sheriff/Detective: (02/1984) To (02/2001)***
- Deputy Sheriff – custody, patrol, field training officer, acting supervisor.
  - Custody – Men's Central Jail, Floor deputy, module deputy, main control
  - Patrol operations, training officer
  - Detective – station level, crimes against persons, property crimes, missing children
  - Detective – station level, vehicle theft investigations
  - Detective assigned to Taskforce for Regional Autotheft Prevention (TRAP)
  - Detective supervisor, TRAP – established a team within the taskforce and supervised this team

**Education**

Point Loma Nazarene University
San Diego, CA
Degree: Organizational Leadership (MA)
Year: 2016

University of Phoenix
Phoenix AZ 85040-1908
Degree: Business Management, Bachelor (BSBM)
Year:   2001

Rio Hondo Community College
Whittier, CA 90601-1699
Major: Administration of Justice
Year:   1987/1988
Semester Units: 93

**Job-related Certificates and Publications**
- ❑ 2017 – Co-wrote article, "A Practitioner's Guide to the Documentation of the Use of Force – 2017," published in Illinois Enforcement Training and Standards Board, Executive Institute, Law Enforcement Executive Forum, Vol. 17, No 2. October 2017.

- ❑ 2017 – Wrote article, "Procedural Justice Framework as a Leadership Model," published in the quarterly newsletter for the International Association of Directors of Law Enforcement Standards and Training (IADLEST), April 2017.

- ❑ 2015 – Wrote article titled, "Is Law Enforcement Training Affective Enough," published in the International Chiefs of Police Association (IACP) online magazine, November 2015.

- ❑ 2015 – Co-authored article titled "Meeting Your Training Needs Simply and Effectively," published in the July 2015 issue of California Peace Officers' Association magazine.

- ❑ 2006 – Wrote article on mentoring for instructors for the California POST Master Instructor Development Program.

- ❑ 2003 – Designed and developed three courses for the California Department of Mental Health.

- ❑ 2001 – (Updated version 2004 and 2006) Wrote and published: Manual on "Mentoring Coordination for the Master Instructor Program."

- ❑ 2000 – (Updated 2006) Published: Manual on "Mentoring Coordination for the ICI Mentor."

- ❑ 1997 - Published author: Article on "Vehicle Theft by Fraud," Published 1997 in the International Auto Theft Investigators Magazine with worldwide audience.

- ❑ California POST Master Instructor Development Program Certificate

- ❑ Train the Trainer (California State University at Long Beach) Certificate

- ❑ Supervision Training (California State University at Long Beach) Certificate

- ❑ California POST Advanced Officer Training Certificate

- ❑ California POST Intermediate Certificate

- ❑ California POST Basic Certificate (1984)


**Job-related honors, awards, and special accomplishments:**

2011 – State of California Commission on POST "Lifetime Achievement Award."

2010 – Present: Member FBI-LEETA.

2009 – Commission on POST, ICI "Founders" Award.

2007 – Performance award for outstanding job performance at RTC.

1998 – 2005: Member of Association for Law Enforcement Trainers (ASLET).

1998 – Present: Member of the Association for Training and Development (ATD).

1993 – Awarded the silver medal for meritorious conduct by Sheriff Sherman Block, Los Angeles County Sheriff's Department.

1989 – 2000 Numerous commendations for exceptional performance related to duties in law enforcement


| **PROFESSIONAL CERTIFICATES** | California Commission on Peace Officer Standards and Training (POST) | |
|---|---|---|
| | Basic | 1985 |
| | Intermediate | 1990 |
| | Advanced | 1993 |
| | Master Instructor | 1997 |

**PROFESSIONAL  ACTIVITIES**
- Instructor – Regional Training Center
- Instructor / Presenter of law enforcement training to in-service officers or departments
- Committee Member – POST Instructor Standards Advisory Committee
- Specific area of expertise – investigations, police procedures & practices, supervision, training and Use of Force.
- Instructor/Presenter - Commission on Peace Officer Standards and Training, Institute of Criminal Investigation Instructor Workshops
- Curriculum Developer and Reviewer of curriculum writing
- Past Instructor – LASD Academy and In-service Instructor
- Operation of POST Instructor Symposium
- Training of trainers in police training procedures
- Consultant - Commission on Peace Officer Standards and Training, State of California
- Organizational Consulting (leadership, training, administration)

| | |
|---|---|
| **PUBLICATIONS** | Gray, Michael. Identity Theft, Published 1997, International Association for AutoTheft Investigators (IAATI) |
| | Gray, Michael. Mentoring for Instructors 2001 – published in Training Manual for Commission on POST Master Instructor Development Program |
| | Gray, Michael. Lesson Planning and Learning Activity Development 2002 – published in Training Manual for Commission on POST Institute of Criminal Investigations, Instructor Course |
| 2015 | Cope and Gray, Co-authored article titled "Meeting Your Training Needs Simply and Effectively," published in the July 2015 issue of California Peace Officers' Association magazine. |
| 2015 | Gray, Michael, "Is Law Enforcement Training Affective Enough?" published November 2015 issue, Police Chief magazine. |
| 2017 | Gray, Michael, "Procedural Justice Framework as a Leadership Model," published in the quarterly newsletter for the International Association of Directors of Law Enforcement Standards and Training, April 2017. |
| | Cope and Gray, Co-authored, "A Practitioner's Guide to the Documentation of the Use of Force – 2017," published in Illinois Enforcement Training and Standards Board, Executive Institute, Law Enforcement Executive Forum, Vol. 17, No 2. October 2017. |

**AWARDS**          The Silver Medal for Meritorious Conduct – Los Angeles County Sheriff's
Department – 1993
Five written commendations during active law enforcement career
California POST Institute of Criminal Investigation Instructional Excellence
Award for the year – 2005
California POST Institute of Criminal Investigation Founders Award for
Leadership in Instructional Excellence – 2009
California POST "Lifetime Achievement" award – 2011

**ASSOCIATIONS**

Member – International Association of Chiefs of Police

Member – International Association of Law Enforcement Academy Directors

Member – FBI-LEEDA

Member – Master Instructor Development Program Association

Member – Association for Talent Development

Member – California Police Officers Association

Member – Founding member of Women Leaders in Law Enforcement, San Diego
Chapter.

**CONSULTING**

1. **Vehicle Theft Telecourse Development**                    **1996**
Development of a POST Telecourse to train patrol
and detectives in procedures and processes of
vehicle theft investigations.

2. **Institute of Criminal Investigation (ICI)**             **1997 to Present**
ICI Instructors Training for Trainers Course,
Instruct new trainers in instructional methodology
on classroom presentation, facilitation,
learning activity development, safety planning,
course design and POST procedures.

3. **Master Instructor Development Program (MIDP)**          **2000 - 2007**
Reviewed, designed and redesigned portions of
the MIDP for the training and development of
law enforcement trainers. Developed Lesson Plans
for the program and updated on a yearly basis.

6

4.      **Institute of Criminal Investigations (ICI)**                    **2001 - present**
        Review curriculum, write curriculum and
        implement the ICI Identity Theft Investigations
        course. Made recommendations for investigative
        procedures related to investigations. Taught
        investigative procedures to Identity Theft and
        Financial Crimes Investigators.

5.      **Institute of Criminal Investigations (ICI)**                    **2001 - 2002**
        Review curriculum, write curriculum and
        implement the ICI Hate Crimes Investigations
        course. Made recommendations for investigative
        procedures related to investigations. Course certified by POST.

6.      **POST Homicide Investigators Attributes Meeting**               **2004**
        Committee to study and document the attributes
        of the Criminal Homicide Investigator. Details of
        study used in POST work for update of Homicide
        course and creation of Advanced Homicide course

7.      **POST Advanced Homicide Course Scenarios**                      **2004**
        Committee to create curriculum for the POST
        Advanced Homicide course. Wrote curriculum,
        scenarios, learning activities and all documents
        related to this POST certified course.

8.      **POST Advanced Homicide Course Pilot**                          **2005**
        Reviewed course pilot, reviewed investigative
        techniques, processes for investigations,
        reviewed and evaluated trainer performance,
        student performance and wrote recommendations
        for changes – adopted by POST in re-certification
        of the course.

9.      **POST Master Instructor Planning Committee**                    **2005**
        Committee to review, update and plan new
        material for the POST Master Instructor Program.
        Revisions/changes were adopted by POST.

10.     **POST Master Instructor Update Conference**                     **2006**
        Committee to plan and present a conference
        for POST Master Instructors in training and
        development updates. Conference presented
        with POST certification.

11. **POST VICE Curriculum Development Update**                 **2006**
    Review of VICE course, interview of instructors,
    curriculum update and production of new/updated
    VICE course instructional guidebook. Adopted and
    certified by POST.

12. **POST ICI Presenters Meetings**                           **2006 – Present**
    Participation on committee of ICI course presenters
    which regularly review content and process for the
    presentation of ICI courses.

13. **POST Law Enforcement Conference**                        **2006**
    Committee planning and execution of the
    annual POST law enforcement conference for
    trainers/instructors.

14. **POST Instructor Standards Advisory Committee**           **2006 – Present**
    Member of Committee which reviews, determines
    new standards for law enforcement instructors
    in California and makes recommendations to the
    Commission on POST.

15. **POST Instructor Symposium Committee**                    **2006 – 2016**
    Head and direct the committee which gives
    recommendations on the presentation of the
    annual Instructor Symposium for California law
    enforcement.

16. **POST Instructor Development Institute (IDI)**            **2006 – Present**
    Committee to create the POST Instructor
    Development Institute which was adopted by
    POST with courses presented by GTA.

17. **POST Detective Symposium Committee**                     **2008 – 2012**
    Member of committee which reviews and determines
    best practices and training for annual POST Detective
    Symposium.

18. **POST ICI Real Estate Fraud Curriculum Development**      **2008**
    Facilitated committee and wrote curriculum in the
    development of the ICI Real Estate Fraud
    Investigations Course. Course certified by POST.

19. **POST IDI Special Instructor Development Course**    **2008**
Committee to create and present the course for POST.
Certified in 2008 and presented 2008-2010.

20. **Institute of Criminal Investigation (ICI)**    **2009 - 2010**
ICI Instructors Training for Trainers Course,
Headed and directed the re-design of this POST
course to meet the needs of the trainee. All
changes adopted and certified by POST.

21. **Institute of Criminal Investigations (ICI)**    **2009**
Committee review and recommendations and
oversight in the development and writing of
curriculum in the for the ICI Technology in Investigations
Course. Course was certified by POST.

22. **POST Strategic Planning Steering Committee**    **2009**
Facilitated meetings for the POST committee's
study of future direction and organizational
objectives for the Commission on POST.

23. **POST Training Managers Committee**    **2010**
Committee member reviewing and discussing
current trends of training and instruction for training
managers within the law enforcement community.
Recommendations given to POST Staff.

24. **POST Quality Assessment Committee**    **2011 – 2012**
Committee to study, review and make
recommendations to POST regarding the development
of standardized assessments across all POST training
programs. Participated in multiple meetings and review
of instruments to evaluate law enforcement instructors
and training programs.

25. **POST Management Course Update**    **2013 – Present**
Committee to review, update and create new
curriculum for the Management (lieutenants) course.
Recommendations being presented to POST on ongoing basis.

26. **Traffic Collision Investigations**                                **2013 – 2015**
Work with Traffic Collision subject matter experts on the design of a Traffic Collision Institute. Review and provide training Recommendations and implementation processes. Provide executive level review of curriculum, outlines and all content regarding six levels of training courses.

27. **POST Institute of Instructor Development**                        **4/2014 – 2017**
Committee member and presenter for the Academy Instructor Certification Course update and creation of Training for AICC Trainers course. Committee conducted the review and update for the standardization of this instructor course that affects all law enforcement academy instructors – ongoing.

28. **Instructor Development Symposium**                                **2007 – 2014**
Planning and implementation of a law enforcement training program for 420 law enforcement trainers from throughout California.

29. **POST "Edge of Chaos: Response to Critical Incidents"**           **8/2014 – 2016**
Review, provide training recommendations, present and prepare for certification of the pilot program of Critical Incident Response. Provide input and recommendations to committee in the development of the program. Provide consultation and recommendations to the Commission on POST for implementation of training curriculum for this program – ongoing.

30. **POST ICI Officer Involved Shooting (OIS) Course Update**         **10/2015**
Committee member and training Subject Matter Expert for the POST ICI OIS course update. Review and update of curriculum, review and update of training methods and provide input on current methods of training in this area.

31. **POST Officer Involved Shooting Investigations**                  **01/2016**
Attended 40-hour POST ICI OIS course presented by Mira Mar College, San Diego. Viewed course content and Instructors to evaluate for inclusion into SDRTC ICI Course menu.

32. **POST Officer Involved Shooting Investigations**                    01/2016
Oversaw the development of the CA POST Officer Involved Shooting Investigations course, worked with coordinator's, Attorney's and wrote/re-wrote curriculum to update this forty-hour course. Applied for and was granted certification of this course from POST. First offering of course was presented August 2016 by the Regional Training Center in Orange County, CA.

33. **Federal Department of Justice - Civil Rights Division**    07/2016 – 09/2016
Contracted to review training processes and procedures at the Chicago Police Department. Reviewed training on the Use of Force, Academy Training, In-Service Training, Tactics and Firearms. Authored a 17-page report to the USDOJ on my review and findings on Use of Force, training within the academy, in-service training, tactics and firearms and a summation on the review of numerous videos, training materials, FTO materials and interviews with personnel in the department as well as my observations during two patrol "ride-alongs".

34. **California Commission on POST – De-escalation Project.**    **2019 - 2020**
Contract with POST to oversee and administer a de-escalation summit of top law enforcement professionals from around the country and create a publication on de-escalation for dissemination to California law enforcement and other states upon request. Publication released in August 2020.

35. **City of Imperial Beach – Consultant**    **August 2020**
Work with City Manager on Ad Hoc Committee on the current    **Sept 2020**
state of affairs with Sheriff's contract for services. Review Use of Force reports and documents, RIPA stats and other pertinent documents in relation to police services for the City of Imperial Beach CA.

36. **Regional Training Center – Executive Director**    **2019 - 2021**
Oversee and manage multiple traffic investigation courses presented by the RTC to include Basic Investigations, Intermediate Investigations, Advanced and Reconstruction.

**LAW ENFORCEMENT TRAINING**

| | |
|---|---|
| LASO JAIL OPERATIONS | 04/1984 |
| LASO BASIC ACADEMY | 08/1984 |
| LASO LASER FIREARMS TRAINING | 05/1987 |
| LASO ADVANCED OFFICER COURSE (FOSD) | 06/1987 |
| LASO INTOXILYZER BREATH MACHINE | 08/1987 |
| LASO LASER FIREARMS TRAINING - II | 08/1987 |
| LASO DRUG ALCOHOL RECOGNITION TRNG | 02/1988 |
| LASO DRIVER TRAINING | 03/1988 |
| LASO RADAR OPERATOR TRAINING | 03/1988 |
| LASO TRAFFIC ACCIDENT INVESTIGATION | 04/1988 |
| LASO COMMERCIAL VEHICLE ENFORCEMENT | 09/1988 |
| LASO HAZARDOUS MATERIALS TRANSP ENF | 09/1988 |
| LASO ADVANCED OFFICER COURSE | 02/1989 |
| LASO FIELD TRAINING OFFICER | 11/1989 |
| LASO CRIMINAL INVESTIGATION I | 03/1990 |
| LASO MISSING PERSONS/RUNAWAYS | 10/1990 |
| CSU-SN JOS SEXUAL ASSAULT INVESTIGATION | 06/1991 |
| LASO LASER FIREARMS TRNG-II, UPDATE | 06/1991 |
| LASO ADVANCED OFFICER COURSE | 08/1991 |
| LASO GANGS AND SUBCULTURES UPDATE | 08/1991 |
| CSU-SN JOS ROBBERY INVESTIGATION | 10/1991 |
| POST TELECON-LEGISLATIVE UPDATE | 04/1992 |
| LASO DRIVER TRAINING (EVOC) UPDATE | 08/1992 |
| LASO LASER FIREARMS TRAINING UPDATE | 03/1993 |
| CHP VEHICLE THEFT INVESTIGATION | 05/1993 |
| LASO SKILLS & KNOWLEDGE MODULAR TRN | 09/1993 |
| LASO SKILLS & KNOWLEDGE MODULAR TRN | 09/1993 |
| LASO SKILLS & KNOWLEDGE MODULAR TRN | 11/1993 |

12

| | |
|---|---|
| LASO ANALYTIC INTERVIEWING | 12/1993 |
| LASO FIREARMS/TACTICAL RIFLE | 09/1994 |
| LASO SKILLS & KNOWLEDGE MODULAR TRN | 12/1994 |
| LASO SKILLS & KNOWLEDGE MODULAR TRN | 08/1995 |
| LAPD S&K-PREV. SEXUAL HARASSMENT | 09/1995 |
| CSU-SN JOS FRAUD/FORGERY INV-BASIC (ICI) | 01/1996 |
| LASO ADVANCED OFFICER COURSE | 01/1996 |
| LASO SEXUAL HARASSMENT | 01/1996 |
| LASO S&K-CULTURAL DIVERSITY PART I | 01/1996 |
| LASO S&K-CULTURAL DIVESITY PART II | 02/1996 |
| LASO S&K-FORCE TRAINING PART II | 05/1996 |
| LASO S&K-CODE 3 PURSUIT DRIVING | 09/1996 |
| POST MASTER INSTRUCTOR CLASS #6 | 09/1996 |
| POST MASTER INSTRUCTOR DEVELOP PRGM | 11/1996 |
| LASO LASER FIREARMS TRAINING UPDATE | 12/1996 |
| POST MASTER INSTRUCTOR DEVELOPMNT 6 | 01/1997 |
| LASO S&K-FORCE TRAINING PART III | 04/1997 |
| POST MASTER INSTRUCTOR DEV. PROGRAM | 04/1997 |
| POST TRAINING SEMINAR | 06/1997 |
| POST MSTR. INSTR. DEV. CLASS #6 | 07/1997 |
| M TOLERNCE CULT. DIV.-TOOLS FOR TOLERANCE | 11/1998 |
| POST SUPERVISION COURSE INSTRUCTORS | 04/1999 |
| LASO DRIVER TRAINING (EVOC) UPDATE | 05/1999 |
| POST LAW ENF RESP TO WEAPO OF MASS | 02/2002 |
| POST LAW ENF RESP TO WEAPS OF MASS | 02/2002 |
| D-PREP TERRORISM L.E. RESP. SUPR/MGR | 08/2002 |
| HAYWARD PD EFF. EXECUTIVE COMMUNICATIONS | 02/2014 |
| LAW ENFORCEMENT RESPONSE TO TERRORISM | 02/2015 |
| POST/DOJ PRINCIPLED BASED POLICING COURSE | 09/2016 |

| | |
|---|---|
| POST ONLINE COURSE (COMMUNICATION) | 01/2017 |
| POST ONLINE COURSE (SEARCH WARRANT FUND) | 01/2017 |
| POST ONLINE COURSE (TARGET YOUR TEACHING) | 01/2017 |

**WORKSHOPS/MEETINGS ATTENDED/TRAINING CONDUCTED**

| | |
|---|---|
| POST VEHICLE THEFT TELECOURSE WKSP | 02/1996 |
| POST VEHICLE THEFT TELECOURSE WKSP | 04/1996 |
| POST VEHICLE THEFT TELECOURSE | 06/1996 |
| POST ICI INSTRUCTOR UPDATE WKSP #1 | 09/1997 |
| POST ICI INSTRUCTORS UPDATE WKSP M1 | 11/1997 |
| POST ICI INSTRUCTORS UPDTE WKKSP M2 | 12/1997 |
| POST ICI INSTRUCTOR UPDATE WKSP | 03/1998 |
| POST ICI INSTRUCTORS WKSP #22, A | 04/1998 |
| POST ICI INSTRUCTORS WORKSHOP #23 | 10/1998 |
| POST ICI INSTRUCTORS WKSP #24 PARTI | 11/1998 |
| POST MASTER INSTRUCTOR PRGRM #10 | 02/1999 |
| POST MASTER INSTRUCTOR REVIEW MTG | 02/1999 |
| POST MIDP UPDATE CONFERENCE | 06/1999 |
| POST SUPERV. COURSE INSTRUCTOR TRNG. | 06/1999 |
| POST MIDP CLASS #10M VALIDATION WKS | 07/1999 |
| POST MASTER INSTRUCTOR CLASS | 10/1999 |
| POST MASTER INSTR. DEV. PROGRAM | 11/2000 |
| POST ICI IDNETIFY THEFT CURR. WKSHP | 12/2000 |
| POST ICI INSTR. WORKSHOP CLASS 33 | 01/2001 |
| POST MIDP CLASS 13 | 01/2001 |
| POST ICI INSTR. WORKSHOP CLASS 33 | 02/2001 |
| POST ICI INSTR. WORKSHOP CLASS 34 | 03/2001 |
| POST PLANNING MEETING FOR MASTER IN | 03/2001 |
| POST ICI THEFT CURRICULUM WORKSHOP | 04/2001 |
| POST MIDP DIMENSIONS VALIDATION WRK | 05/2001 |

14

| | |
|---|---|
| POST MIDP UPD CONFERENCE | 06/2001 |
| POST ICI INSTR. WORKSHOP | 07/2001 |
| POST MASTER INSTR DEV PROG (MIDP) V | 08/2001 |
| POST MIDP CURRICULUM REVIEW MTG | 09/2001 |
| POST ICI INSTRUCTOR CLASS #36 | 10/2001 |
| POST MAST INST DEV PROG (MIDP) DIM | 04/2002 |
| SDRTC IDENTITY THEFT INVEST-ICI | 06/2002 |
| POST MIDP PROJECT VALIDATION WKSHOP | 08/2002 |
| SDRTC IDENTITY THEFT INVEST-ICI | 08/2002 |
| POST MASTER INST. DEV PROG (MIDP) | 11/2002 |
| POST MIDP LEARNING CONTRACT WKSHOP | 11/2003 |
| POST MASTER INST DEV PROG UPD CONF | 01/2004 |
| POST MIDP CORE COURSE | 03/2004 |
| POST MIDP DIMENSIONS WORKSHOP | 04/2004 |
| POST MIDP LEARNING CONTRACT WKSHOP | 04/2004 |
| POST ICI ADV HOM INV COURSE CURR MT | 07/2004 |
| POST MIDP FINAL VALID WKSHOP | 07/2004 |
| POST ICI HOMICIDE INV ATTRIBUTES MT | 08/2004 |
| POST MIDP CLASS 16 GRADUATION | 10/2004 |
| POST ICI ADV HOMICIDE COURSE SCEN | 10/2004 |
| POST ADVANCED HOMICIDE SCENARIO | 12/2004 |
| POST ADVANCED HOMICIDE SCENARIOS | 01/2005 |
| POST MIDP FINAL VALIDATION WKSHOP | 01/2005 |
| POST ICI ADVANCED HOM COURSE CURR | 02/2005 |
| POST MIDP CORE COURSE | 03/2005 |
| POST MIDP #19 LEARNING CONT WKSHOP | 04/2005 |
| POST ICI ADV HOM INV COURSE PRE-PIL | 05/2005 |
| POST ICI ADVANCED HOM INV COURSE | 06/2005 |
| POST ADV HOM INV COURSE INST./ACT | 07/2005 |

| | |
|---|---|
| POST ID THEFT COURSE ALIG MTG | 08/2005 |
| POST ADV. HOMICIDE INV COURSE INST | 09/2005 |
| POST MIDP CLASS #20 CORE COURSE | 10/2005 |
| POST MIDP STAFF MEETING | 10/2005 |
| POST MIDP CONTRACTS WKSHOP | 11/2005 |
| POST ICI ADVISORY COUNCIL | 12/2005 |
| POST MIDP CONF PLANNING COMM MTG | 12/2005 |
| POST ICI ADV HOMICIDE INV COURSE SC | 12/2005 |
| POST ISAC | 02/2006 |
| POST MIDP CLASS #21 CORE COURSE-BEG | 04/2006 |
| POST MIDP LEARNING CONT WKSHOP | 05/2006 |
| POST MIDP UPDATE CONFERENCE | 06/2006 |
| POST ICI INST UPD SYMPOSIUM | 06/2006 |
| POST MIDP-TTP VALIDATION | 08/2006 |
| POST ICI CORE COURSE PRESENT & COOR | 09/2006 |
| POST VICE CURRICULUM UPDATE | 10/2006 |
| POST ICI CORE COURSE MEETING | 11/2006 |
| POST PLANNING THE 2007 POST LAW ENF | 12/2006 |
| POST HUMAN TRAFFICKING COURSE DEV. | 02/2007 |
| POST ISAC MTG. | 02/2007 |
| POST INSTRUCTOR SYMPOSIUM MTG. | 02/2007 |
| POST JOB ANALYSIS USUABILITY MTG. | 03/2007 |
| POST INSTRUCTOR DEV. INSTITUTE | 04/2007 |
| POST ICI DETECTIVE SYMPOSIUM | 05/2007 |
| POST ADV. HOMICIDE INV-TELECOURSE WKSHOP | 08/2007 |
| POST MIDP-TTP VALIDATION | 08/2007 |
| POST ISAC MTG. | 09/2007 |
| POST ICI ADVISORY COUNCIL MTG. | 09/2007 |
| POST ICI PRESENTERS MTG. | 09/2007 |

| | |
|---|---|
| POST ADV. HOMICIDE INVES-TELECOURSE WKSHP | 09/2007 |
| POST INST. DEV. SYMPOSIUM MEETING | 10/2007 |
| POST MIDP-GRADUATION | 11/2007 |
| SDRTC ICI/IDI-SPECIAL INSTRUCTOR DEV. | 01/2008 |
| POST REAL ESTATE FRAUD CURR. DEV. WKSHOP | 04/2008 |
| SDRTC IDI-ADVANCED INSTRUCTOR, PHASE I | 04/2008 |
| POST REAL ESTATE FRAUD CURR. DEV. WKSHOP | 06/2008 |
| POST ISAC MTG. | 08/2008 |
| CSU-SN JOS ICI DETECTIVE SYMPOSIUM | 04/2009 |
| POST ICI PRESENTER/COORDINATOR MTG. | 04/2009 |
| SDRTC ICI INSTRUCTOR DEVELOPMENT SYMPOSIUM | 05/2009 |
| SDRTC INSTRUCTOR DEVELOPMENT SYMPOSIUM | 05/2009 |
| SDRTC IDI-LEADERSHIP AND MENTORING FOR INST | 11/2009 |
| SDRTC IDI-MASTER INSTRUCTOR CERTIFICATION | 11/2009 |
| SDRTC IDI-LEADERSHIP AND MENTORING FOR INST | 12/2009 |
| POST STRATEGIC PLAN | 12/2009 |
| POST ICI TECH. FOR INV. COURSE DEV. | 03/2010 |
| CSU-SN JOS ICI DETECTIVE SYMPOSIUM | 04/2010 |
| POST TRNG. MANAGERS COURSE REVIEW | 10/2010 |
| CSU-SAC COURSE ADMINISTRATOR TRAINING (ICI) | 01/2011 |
| POST QUALITY ASSESSMENT WORKSHOP | 03/2011 |
| LAPD ICI DETECTIVE SYMPOSIUM | 04/2011 |
| POST QUALITY ASSESSMENT WORKSHOP | 04/2011 |
| POST ICI PLANNING MEETING | 10/2011 |
| POST QUALITY ASSESSMENT WORKSHOP | 01/2012 |
| POST ICI CORE PRESENTER WORKSHOP | 08/2013 |
| POST ISAC WORKSHOP | 09/2013 |
| POST MANAGEMENT UPDATE-SME | 11/2013 |
| POST ISAC WORKSHOP | 12/2013 |

| | |
|---|---|
| POST MANAGEMENT COURSE UPDATE MEETING | 02/2014 |
| POST ISAC WORKSHOP | 04/2014 |
| IDI AICC INSTRUCTORS TRAINING FOR TRAINERS | 06/2014 |
| IDI AICC INSTRUCTORS TRAINING FOR TRAINERS | 07/2014 |
| ICI CORE COURSE COORDINATOR LEAD INSTRUC. | 01/2015 |
| RECORDS COURSE SUPERVISORY UPDATE | 03/2015 |
| HOMELAND SECURITY MGT COURSE UPDATE | 06/2015 |
| ICI PROGRAM MANAGEMENT BUDGET MEETING | 07/2015 |
| POST ISAC WORKSHOP | 07/2015 |
| ICI OIS COURSE UPDATE MEETING | 10/2015 |
| POST IDI PRESENTERS MEETING | 10/2015 |
| ICI OIS COURSE UPDATE MEETING | 10/2015 |
| POST MANAGEMENT COURSE UPDATE | 03/2016 |
| POST ICI CORE COURSE UPDATE | 07/2016 |
| POST ICI TERRORISM COURSE UPDATE | 10/2016 |
| POST ISAC MEETING | 11/2016 |
| POST ICI TERRORISM COURSE UPDATE | 12/2016 |
| POST ICI TERRORISM COURSE UPDATE | 01/2017 |
| POST BASIC COURSE CONSORTIUM MEETING | 01/2017 |
| POST PROCEDURAL JUSTICE MEETING | 01/2017 |
| POST ICI PRINCIPLED POLICING UPDATE | 02/2017 |
| POST FTO COURSE UPDATE MEETING | 03/2017 |
| POST COURT ROOM PREP DEVELOPMENT WKSHOP | 04/2017 |
| POST BASIC COURSE CONSORTIUM MEETING | 05/2017 |
| IACP ANNUAL CONFERENCE 2017 PHILADELPHIA | 10/2017 |
| TEAM BUILDING WORKSHOP, BENICIA PD | 05/2017 |
| TEAM BUILDING WORKSHOP, EAST BAY CHIEFS | 09/2017 |
| TEAM BUILDING WORKSHOP, WESTMINSTER PD | 09/2018 |
| TEAM BUILDING WORKSHOP, ALBANY PD | 12/2018 |

TEAM BUILDING WORKSHOP, ALHAMBRA PD                05/2019

LEADERSHIP AND EXEC. TRAINING, CO OF SAN DIEGO     03/2019 – 10/2019

POST DE-ESCALATION SUMMIT, SAN DIEGO, CA           10/2019

POST MANAGEMENT COURSE UPDATE                      11/2020


**Cases consulted on**

Avina v. Casey et. al., (City of Culver City)
Case No.: 14K14601

Isom. et al., Plaintiffs vs. City of Los Angeles, et al.
Case No.: CV 14-8826 AB (RZx)

Ok Jin Yun vs. City of Los Angeles, et al.
Case No.:  2:16-cv-05468-SVW-KS

Ashley, et., al v. County of Los Angeles
Case No.: BC590330

Perry et al., v. City of Bakersfield
Case No.: BCV-15-100075-LHB

Raines v. City of Conway Arkansas
Case No.: 4:15cv102-JM

Tekoh; et al., Plaintiffs vs. County of Los Angeles; et al., Defendants
Case No.: 16-CV-7297 - GW (SKx)

Hunter; et al., Plaintiffs vs. County of Los Angeles; et al., Defendants
Case No.: CV 14 – 09482-GHK (MANx)

Sheppard; et al., Plaintiffs vs. County of Los Angeles; et al., Defendants
Case No.: CV 15 – 02920 SJO-JC (MANx)

S. Delgadillo et. al. vs. County of Los Angeles, et al.
Case No.: 2:17-CV-07860-R (SSx)

Mack, Jason Allen; et al., Plaintiff vs. City of Sacramento et al., Defendants
Case No.: Case No.: 2:18-cv-02863-KJM-DB

Colonies Partners, L.P.; et al., Plaintiffs vs. County of San Bernardino; et al., Defendants
Case No.: 5:18-cv-00420-JGB-SHK

J. Gocke, Plaintiff's vs. United States of America and County of San Bernardino, Defendants et al. Case No.: 16-CV-1560 MWF (SHK)

Estate of Keagan Schweikle et. al., Plaintiffs v. City of Benton Arkansas, et. al, Defendants Case No. 4:17-CV-00460-BSM

Heather Blanchard, et. al, Plaintiffs vs. County of Los Angeles; et al., Defendants Case 8:19-cv-02438-JVS-DFM

Peter Woods et al., vs. County of Los Angeles Case 2:20-cv-04474-AB-MAA

**Testimony:**

| | | |
|---|---|---|
| Isom. et al., Plaintiffs vs. | Deposition | 01/15/2016 |
| City of Los Angeles, et. al. | Trial | 04/20/2016 |
| Case No.: CV 14-8826 AB (RZx) | | |
| | | |
| Hunter; et al., Plaintiffs vs. | Deposition | 02/15/2016 |
| County of Los Angeles; et al., Defendants | | |
| Case No.: CV 14 – 09482-GHK (MANx) | | |
| | | |
| Sheppard; et al., Plaintiffs vs. | Trial | 09/15/2016 |
| County of Los Angeles; et al., Defendants | | |
| Case No.: CV 15 – 02920 SJO-JC (MANx) | | |
| | | |
| J. Gocke vs. United States of America and | Deposition | 07/15/2019 |
| County of San Bernardino, et al. | | |
| Case No.: 16-CV-1560 MWF (SHK) | | |
| | | |
| Estate of Keagan Schweikle et. al., Plaintiffs | Deposition | 08/12/2020 |
| City of Benton Arkansas, et. al, Defendants | | |
| Case No. 4:17-CV-00460-BSM | | |