# EXHIBIT F

## Amie Gonzalez

| | |
|---|---|
| **From:** | Thomas Ferlauto <tmf@lawofficetmf.com> |
| **Sent:** | Tuesday, May 16, 2023 10:10 AM |
| **To:** | Molshree Gupta |
| **Cc:** | Maria L. Nixon; Patrick Stockalper; Amie Gonzalez |
| **Subject:** | Re: Assiff v County of Los Angeles - MSJ meet and confer |

**Importance:**          High

Ms. Gupta:

Any discussion of dismissing claims or bringing an MSJ is painfully premature given Defendant's failure to provide discovery.  The deposition of Defendant Kelly was 4/25.  He failed to appear.  The deposition of the PMK at COLA was 4/26.  Again, no one appeared.  I am still waiting on you to provide me with dates for the depositions of Sergeant Kelly and COLA on most of the issues specified.  Once you comply with your discovery obligations, maybe we can revisit this issue.  However, at the moment there is nothing to discuss.

Thomas M. Ferlauto

_____

LAW OFFICE OF
THOMAS M. FERLAUTO
**A Professional Law Corporation**

**Direct Dial 310-849-7554**

**25201 Paseo de Alicia, Suite 270**
**Laguna Hills, CA  92653**
**Phone: 949-334-8650**
**Facsimile: 949-334-8691**

**Email: TMF@lawofficeTMF.com**
**Website**: **www.lawofficeTMF.com**

The information contained in this e-mail message is information protected by attorney-client and/or the attorney/work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by e-mail. If the person actually receiving this e-mail or any other reader of the e-mail is not the name recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, please delete it immediately.

On May 16, 2023, at 9:49 AM, Molshree Gupta <mgupta@kmslegal.com> wrote:

Counsel:

Defendants will be moving for summary judgment based on opinions articulated by Mr. Gray (see Defendants' 5/10/23 report attached).  It is also notable that Plaintiff's expert does not provide any opinions as to the lawfulness of Plaintiff's arrest or *Monell* liability (County/LASD custom, policy or practice).

Before we proceed with the MSJ, please advise whether Plaintiff is agreeable to a dismissal of the unlawful arrest and *Monell* claims; also, please advise re your availability for a telephonic conference today or tomorrow in anticipation of the prospective MSJ.

Thanks,

Molshree Gupta
Partner
**KJAR, McKENNA & STOCKALPER, LLP**

---

**From:** Maria L. Nixon <mnixon@kmslegal.com>
**Sent:** Wednesday, May 10, 2023 4:33 PM
**To:** Thomas Ferlauto <tmf@lawofficetmf.com>; Patrick Stockalper <pstockalper@kmslegal.com>; Molshree Gupta <mgupta@kmslegal.com>
**Subject:** RE: Assif v County of Los Angeles; Disclosure of Expert Testimony

Dear Counsel:

Attached please find our below documents in the above matter.

- Defendants' Expert Disclosures.


Thank you,



<image003.jpg>

Maria Nixon
Legal Assistant/Paralegal to
Molshree Gupta, Esq.
Carina M. Jordan, Esq.
**KJAR, McKENNA & STOCKALPER, LLP**
841 Apollo Street, Suite 100
El Segundo, California 90245
424-217-3026 - Main No. (Ext. 1099)
424-369-8664 - Direct
424-367-0400 - Fax No.
424-369-8566 - Direct Fax No.
mnixon@kmslegal.com

www.kmslegal.com

**THIS MESSAGE IS CONFIDENTIAL,** INTENDED FOR THE NAMED RECIPIENT(S) AND MAY CONTAIN INFORMATION THAT IS (I) PROPRIETARY TO THE SENDER, AND/OR, (II) PRIVILEGED, CONFIDENTIAL, AND/OR OTHERWISE EXEMPT FROM DISCLOSURE UNDER APPLICABLE STATE AND FEDERAL LAW, INCLUDING, BUT NOT LIMITED TO, PRIVACY STANDARDS IMPOSED PURSUANT TO THE FEDERAL HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT OF 1996 ("HIPAA"). IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION,

2

DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR BY TELEPHONE AT 424-217-3026 AND DESTROY THE ORIGINAL TRANSMISSION AND ITS ATTACHMENTS WITHOUT READING OR SAVING THEM TO DISK. THANK YOU.

<Defts' Expert Disclosures.PDF><Plaintiff's Expert Disclosures.pdf>