THOMAS M. FERLAUTO (SBN 155503)
LAW OFFICE OF THOMAS M. FERLAUTO, APC
25201 Paseo de Alicia, Suite 270
Laguna Hills, California 92653
Telephone: 949-334-8650
Fax: 949-334-8691
Email: TMF@lawofficeTMF.com

Attorney for Plaintiff, JOSHUA ASSIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSHUA ASSIFF,**<br><br>        **Plaintiff,**<br><br>**v.**<br><br>**COUNTY OF LOS ANGELES; SHERIFF DEPUTY BADGE NUMBER 404532; And DOES 1 through 10,**<br><br>        **Defendants.** | **Case No. 2:22-cv-05367 RGK (MAAx)**<br><br>**EX PARTE APPLICATION CONTINUING HEARING ON MOTION FOR SUMMARY JUDGMENT; DECLARATION OF THOMAS M. FERLAUTO IN SUPPORT THEREOF**<br><br>Action Filed: August 3, 2022<br>Pretrial Conference: July 10, 2023<br>Trial Date: July 25, 2023<br><br>Assigned to: Hon. R. Gary Klausner, District Judge, Courtroom 850<br><br>All Discovery Matters Referred to: Hon. Maria A. Audero, District Judge |

TO THE COURT, ALL PARTIES IN THIS ACTION, AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff, JOSHUA ASSIFF (hereinafter "Plaintiff") hereby makes this ex parte application to continue the hearing on

Defendant's Motion For Summary Judgment from June 26, 2023 to July 10, 2023 or to otherwise provide Plaintiff with additional time to file his opposition.

The undersigned counsel has advised counsel for Defendants COUNTY OF LOS ANGELES and TRAVIS KELLY that such an ex parte request will be made to this Court. Defendant's counsel has indicated that Defendants intend to oppose this application.

Plaintiff has not sought or obtained any previous extensions of this deadline. Said continuance is not in violation of the scheduling order in this case. The requested continuance of the hearing will not necessitate a continuance of the trial as the hearing on the motion will be concurrent with the pretrial conference. Such an extension is timely and is in the interest of justice as the continuance is necessary to allow Plaintiff to use as yet uncompleted discovery in Plaintiff's opposition to the motion for summary judgment.

On May 12, 2023, the Court denied Defendants' motion to continue trial and other pre-trial deadlines, but permitted the parties to agree to conduct the depositions of the Defendants (who failed to appear at their noticed depositions) after the discovery cut-off. The deposition of Defendant KELLY has been scheduled for May 30, 2023, but a date for the deposition of the persons most knowledgeable at Defendant COUNTY OF LOS ANGELES on issues crucial to Plaintiff's claim, initially set for April 26, 2023, has not yet been set.

On May 24, 2023, Defendants filed a motion for partial summary judgement set for hearing on June 26, 2023, with an opposition deadline of June 5, 2023. To oppose this motion on the merits, Plaintiff will require the deposition transcript of both Defendant KELLY and the persons most knowledgeable at the COUNTY OF LOS ANGELES. However, the transcript of KELLY's deposition will not be prepared, and the deposition of the COUNTY OF LOS ANGELES will not have even taken place yet. Since Plaintiff's expert needs this discovery to complete his report, even his opinions will not be complete.

In the interests of justice, Plaintiff respectfully requests that the hearing on Defendant's Motion For Summary Judgment be continued to July 10, 2023 or that Plaintiff be given additional time to file an opposition so that Plaintiff has a fair opportunity to use this late but crucial discovery in Plaintiff's opposition.

DATED: May __28__, 2022          The Law Office Of Thomas M. Ferlauto, APC

By: _____

Thomas M. Ferlauto
Attorney For:  Plaintiff, JOSHUA ASSIFF

## DECLARATION OF THOMAS M. FERLAUTO

I, Thomas M. Ferlauto, declare as follows:

1.      I am an attorney licensed to practice law in the State of California, and I am Plaintiff's counsel of record herein.  Consequently, I have personal knowledge of the following:

2.      Plaintiff is a 21-year old black male and a student at Antelope Valley College where he plays basketball.  Plaintiff was driving from his home to a teammate's house in order to carpool to basketball practice.  For no apparent reason and without probable cause, KELLY, a male Caucasian motorcycle Sheriff deputy, pulled Plaintiff over.  For no apparent reason and without probable cause, KELLY – as well as other deputies who subsequently responded to the call – all tasered, choked, pepper sprayed, beat and arrested Plaintiff.  Plaintiff has asserted two causes of action – the First Cause of Action against KELLY for violation of 42 USC § 1983 (arrest without probable cause and with excessive force), and the Second Cause of Action against COUNTY OF LOS ANGELES for violation of 42 USC § 1983 (*Monell* liability).

3.      Plaintiff has complied with all of his discovery obligations.  Plaintiff appeared for his deposition and gave testimony on April 14, 2023.  Plaintiff made his expert witness disclosure -- including expert witness report -- in a timely fashion on May 10, 2023.  Defendants have already noticed the deposition of Plaintiff's expert for May 31, 2023.

4.      Defendants have not complied with their discovery obligations.

5.      The discovery cut-off in this action was and is May 10, 2023.

6.      On March 31, 2023, Plaintiff properly noticed KELLY's deposition for April 25, 2023.  Plaintiff offered to reset the deposition for any mutually agreeable date prior to the discovery cut-off.

7.      On March 31, 2023, Plaintiff properly noticed the deposition of the persons most knowledgeable at COUNTY OF LOS ANGELES about 9 certain

relevant topics for April 26, 2023.   Plaintiff offered to reset the deposition for any mutually agreeable date prior to the discovery cut-off.

8.   Defendants failed to offer alternative deposition dates prior to the discovery cut-off for Defendant KELLY, and Defendant KELLY failed to appear for his scheduled deposition on April 25, 2023.

9.   Defendants failed to offer alternative deposition dates prior to the discovery cut-off for Defendant the COUNTY OF LOS ANGELES, and Defendant the COUNTY OF LOS ANGELES failed to appear for its scheduled deposition on April 26, 2023.

10.   On May 10, 2023, Defendants brought an ex parte application seeking to continue the trial date and other pre-trial deadlines.

11.   On May 12, 2023, the Court denied Defendants' motion to continue trial and other pre-trial deadlines, but permitted the parties to agree to conduct the depositions of the Defendants (who failed to appear at their noticed depositions) after the discovery cut-off.

12.   In response to the Court's order, Defendants offered two dates for the deposition of Defendant KELLY, but then withdrew one of them.  Thus, Defendants only offered one available date for Defendant KELLY.  Plaintiff accepted that date, and the deposition of Defendant KELLY has been scheduled for May 30, 2023.  However, I have been notified that given the Court Reporter's calendar and work flow, the deposition transcript will not be available until after June 5, 2023 – the date that the opposition to Defendants' motion for summary judgment is due.

13.   For the deposition of the persons most knowledgeable on 9 topics at Defendant the COUNTY OF LOS ANGELES, Defendants offered a partial date with limited time for questioning for one witness on one topic and a partial date with limited time for questioning (during my son's high school graduation ceremony) for another topic.  Defendants have not offered a workable mutually agreeable date for the deposition of Defendant the COUNTY OF LOS ANGELES.  However, I have

been promised that they are working to provide me with dates soon.  In any event, the deposition transcript of this deposition will not be available until after June 5, 2023 – the date that the opposition to Defendants' motion for summary judgment is due.

12.   On May 24, 2023, Defendants filed a motion for partial summary judgement set for hearing on June 26, 2023, with an opposition deadline of June 5, 2023.  To oppose this motion on the merits, Plaintiff will require the deposition transcript of both Defendant KELLY and Defendant the COUNTY OF LOS ANGELES.  However, the transcript of KELLY's deposition will not be prepared, and the deposition of the COUNTY OF LOS ANGELES will not have even taken place yet.  Since Plaintiff's expert needs this discovery to complete his report, even his opinions will not be complete.

13.   In the interests of justice, Plaintiff respectfully requests that the hearing on Defendant's Motion For Summary Judgment be continued to July 10, 2023 or that Plaintiff be given additional time to file an opposition so that Plaintiff has a fair opportunity to use this late but crucial discovery in Plaintiff's opposition.

14.   Having reviewed the motion, I can state the depositions of Defendants KELLY and COUNTY OF LOS ANGELES and the updated expert report of Jeff Nobel will be crucial to opposing the motion and establishing the existence of factual issues that need to be tried.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.  Executed this _28_ day of May, 2023 in Orange County, California.

THOMAS M. FERLAUTO