UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSHUA ASSIFF,**<br><br>**Plaintiff,**<br><br>v.<br><br>**COUNTY OF LOS ANGELES; SHERIFF DEPUTY BADGE NUMBER 404532; And DOES 1 through 10,**<br><br>**Defendants.** | **Case No. 2:22-cv-05367 RGK (MAAx)**<br><br>**[PROPOSED] ORDER CONTINUING HEARING ON MOTION FOR SUMMARY JUDGMENT**<br><br>Action Filed: August 3, 2022<br>Pretrial Conference: July 10, 2023<br>Trial Date: July 25, 2023<br><br>Assigned to: Hon. R. Gary Klausner, District Judge, Courtroom 850<br><br>All Discovery Matters Referred to: Hon. Maria A. Audero, District Judge |

Having considered Plaintiff's ex parte application for an order continuing hearing on motion for summary judgment, and for good cause shown,

IT IS HEREBY ORDERED that the hearing on Defendants' Motion For Summary Judgment scheduled for hearing on June 26, 2023 shall be continued to July 10, 2023. The deadline to file the opposition to the motion is based on the new hearing date.

1

[PROPOSED] ORDER CONTINUING HEARING ON MOTION FOR SUMMARY JUDGMENT

In the alternative, Plaintiff shall have until _____ to file his opposition to Defendants' Motion For Summary Judgment

DATE: _____                                            _____
                                                            JUDGE