PATRICK E. STOCKALPER, SBN 156954
MOLSHREE GUPTA, SBN 275101
KJAR, MCKENNA & STOCKALPER, LLP
841 Apollo Street, Suite 100
El Segundo, California 90245
Telephone (424) 217-3026
Facsimile (424) 367-0400
pstockalper@kmslegal.com
mgupta@kmslegal.com

Attorneys for Defendants,
**COUNTY OF LOS ANGELES and SERGEANT TRAVIS KELLY**
*(Defendants is exempt from filing fees pursuant to Government Code § 6103)*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSHUA ASSIFF,<br><br>  Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES; SHERIFF DEPUTY BADGE NUMBER 404532; And DOES 1 through 10,<br><br>  Defendants. | Case No.: 2:22-cv-05367 RGK(MAAx)<br><br>**DECLARATION TO MOLSHREE GUPTA IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE HEARING ON MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Action Filed: August 3, 2022<br>Pretrial Conference: July 10, 2023<br>Trial Date: July 25, 2023<br><br>Assigned to:<br>Hon. R. Gary Klausner, District Judge<br>Courtroom 850<br><br>All Discovery Matters Referred to:<br>Hon. Maria A. Audero, District Judge |

1

# DECLARATION OF MOLSHREE GUPTA

I, MOLSHREE, ESQ., declare and state as follows:

1. I am an attorney at law duly licensed to practice as such before all the courts of the State of California and am a partner in the law offices of Kjar, McKenna & Stockalper, LLP, attorneys of record for moving parties, COUNTY OF LOS ANGELES and SERGEANT TRAVIS KELLY in the action entitled *Assiff v. County of Los Angeles, et al*, Case Number 2:22-cv-05367 RGK(MAAx).

2. I have personal knowledge of the matters set forth herein, and if called to testify, I could and would competently testify to the facts set forth in this Declaration based upon my personal knowledge.

3. Plaintiff filed this action on August 2, 2023.

4. On November 7, 2022, this Court set a Jury Trial to proceed on July 25, 2023, at 9:00 a.m., and a Pretrial Conference for July 10, 2023, at 9:00 a.m. (S*ee* Docket #23, Minute Order re Pre-Trial and Trial Dates.) On the same date, the Court set a motion cut-off date of May 10, 2023, and a discovery cut-off date of April 26, 2023. (S*ee* Docket #23.)

5. On March 31, 2023, without first inquiring as to the parties' availability, Plaintiff served notices for the depositions of Defendants Kelly and the County's person most knowledgeable for April 25 and 26, 2023, respectively. Plaintiff had previously noticed these depositions or requested the availability of these parties for a deposition; these depositions were set unilaterally.

6. On April 5, 2023, the parties filed a Joint Stipulation to extend pre-trial deadlines, and a proposed order. (S*ee* Docket #41.) On April 7, 2023, this Court entered an order to extend pre-trial deadlines as follows: 1) the Discovery cut-off is continued to May 10, 2023; the expert disclosure deadline is continued to May 10, 2023; the Motion cut-off is continued to May 24, 2023; the ADR completion deadline is continued to June 9, 2023. (S*ee* Docket #42.)

/ / /

7. On April 17, 2023, Defendants served objections to Plaintiff's notices for the depositions of Defendants Kelly and the County's person most knowledgeable. Attached hereto as **Exhibit A** are true and correct copies of Defendants' objections to Plaintiff's notices for the depositions of Defendants Kelly and the County's person most knowledgeable.

8. Moreover, Defendants have offered Plaintiff various dates for the depositions of Defendant County's person(s) most knowledgeable as to 8 of the 9 enumerated categories, and maintained its timely objection to the final (9th) category enumerated by Plaintiff. Attached as hereto as **Exhibit B** are true and correct copies of my various emails providing witness availability to Plaintiff's counsel and requesting confirmation of these depositions. The witnesses have been prepared to proceed, but Plaintiff's counsel has declined to proceed with the depositions.

9. On May 18, 2023, Plaintiff's counsel wrote to Defendants' counsel to communicate the intent not to proceed with the depositions of Defendant County's persons most knowledgeable unless each of the various witnesses are all made available on the same date. Moreover, Plaintiff's counsel hinted that he did not want to proceed with these depositions until after the scheduled Mediation on June 2, 2023. Attached as hereto as **Exhibit C** is a true and correct copy of Plaintiff's counsel's May 18, 2023 email.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 1, 2023, at El Segundo, California.

*/s/Molshree Gupta*_____
MOLSHREE GUPTA

# **CERTIFICATE OF SERVICE**

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 841 Apollo Street, Suite 100, El Segundo, California 90245.

On June 1, 2023, I served the foregoing document described as **DECLARATION TO MOLSHREE GUPTA IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE HEARING ON MOTION FOR PARTIAL SUMMARY JUDGMENT** on all interested parties in this action by placing a true copy thereof in a sealed envelope addressed as follows:

## **SEE ATTACHED SERVICE LIST**

**By Mail** I caused such envelope(s) to be deposited in the mail at El Segundo, California. The envelope was mailed with postage thereon fully prepaid and addressed to the parties listed on the Service List. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

XX **By Email** Based upon a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the persons at the electronic service addresses listed in the Service List. My email address is mnixon@kmslegal.com.

**By Personal Service** I caused such document to be Personally Served on the parties listed in the Service List.

XX **State** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 1, 2023, at El Segundo, California.

_____
Maria Nixon

4

DECLARATION TO MOLSHREE GUPTA IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE HEARING ON MOTION FOR PARTIAL SUMMARY JUDGMENT

# SERVICE LIST

**Assiff, Joshua vs. County of Los Angeles, et al.**
Central District- Case No.: 2:22-cv-05367 RGK(MAAx)

| | |
|---|---|
| Thomas M. Ferlauto, Esq.<br>Law Office of Thomas M. Ferlauto, APC<br>25201 Paseo de Alicia, Ste. 270<br>Laguna Hills, CA 92653<br>EM: tmf@lawofficetmf.com | Attorney for Plaintiff,<br>**JOSHUA ASSIFF** |
| Philip Cohen, Esq.<br>Law Offices of Philip Kent Cohen, APC<br>100 Wilshire Boulevard, Suite 1300<br>Santa Monica, CA  90401<br>Telephone:  310/451-9111<br>Facsimile:   310/451-9119<br>EM:  pcohen@pcohenlaw.com | Co-Attorney for Plaintiff.<br>**JOSHUA ASSIFF** |

DECLARATION TO MOLSHREE GUPTA IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE HEARING ON MOTION FOR PARTIAL SUMMARY JUDGMENT