# EXHIBIT A

PATRICK E. STOCKALPER, SBN 156954
MOLSHREE GUPTA, SBN 275101
KJAR, MCKENNA & STOCKALPER, LLP
841 Apollo Street, Suite 100
El Segundo, California 90245
Telephone (424) 217-3026
Facsimile (424) 367-0400
pstockalper@kmslegal.com
mgupta@kmslegal.com

Attorneys for Defendants,
**COUNTY OF LOS ANGELES and DEPUTY TRAVIS KELLY**
*(Defendants is exempt from filing fees pursuant to Government Code § 6103)*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSHUA ASSIFF,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES; SHERIFF DEPUTY BADGE NUMBER 404532; And DOES 1 through 10,<br><br>Defendants. | **Case No.: 2:22-cv-05367 RGK(MAAx)**<br><br>**OBJECTION TO THE NOTICE OF TAKING DEPOSITION OF DEFENDANT COUNTY OF LOS ANGELES**<br><br>Action Filed: August 3, 2022<br>Pretrial Conference: July 10, 2023<br>Trial Date: July 25, 2023<br><br>Assigned to:<br>Hon. R. Gary Klausner, District Judge<br>Courtroom 850<br><br>All Discovery Matters Referred to:<br>Hon. Maria A. Audero, District Judge |

**TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to California Code of Civil Procedure § 2025.410, Defendants, COUNTY OF LOS ANGELES and DEPUTY TRAVIS KELLY hereby object to the Notice of Taking Deposition of COUNTY OF LOS ANGELES, set for April 26, 2023 at 10:00 a.m. served by Claimants via electronic mail on March 31,

1

OBJECTION TO THE NOTICE OF TAKING DEPOSITION OF DEFENDANT COUNTY OF LOS ANGELES

2023, on defense counsel. The objection to the deposition is made on the following grounds:

    1. Defendants object to the date, time, and location of the deposition on the grounds that it was unilaterally selected by counsel for Plaintiff without first verifying the availability of defense counsel and the witness. As neither the deponent nor counsel for Defendants are available to proceed on April 25, 2023, the deposition will need to be rescheduled for a date and time convenient to all counsel and to the deponent. Plaintiff is requested to contact counsel for Defendants to coordinate a mutually convenient date, time and location for the deposition. Defendants and counsel are not available as noticed.

Dated: April 18, 2023                KJAR, MCKENNA & STOCKALPER, LLP

By: _____
PATRICK E. STOCKALPER
MOLSHREE GUPTA
Attorneys for Defendants,
COUNTY OF LOS ANGELES and DEPUTY
TRAVIS KELLY

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 841 Apollo Street, Suite 100, El Segundo, California 90245.

On April 18, 2023, I served the foregoing document described as **OBJECTION TO THE NOTICE OF TAKING DEPOSITION OF DEFENDANT COUNTY OF LOS ANGELES** on all interested parties in this action by placing a true copy thereof in a sealed envelope addressed as follows:

## SEE ATTACHED SERVICE LIST

**By Mail**  I caused such envelope(s) to be deposited in the mail at El Segundo, California.  The envelope was mailed with postage thereon fully prepaid and addressed to the parties listed on the Service List. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  It is deposited with U.S. postal service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

XX    **By Email** Based upon a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the persons at the electronic service addresses listed in the Service List.  My email address is mnixon@kmslegal.com.

**By Personal Service** I caused such document to be Personally Served on the parties listed in the Service List.

XX    **State**  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 18, 2023, at El Segundo, California.

_____
Maria Nixon

# SERVICE LIST

**Assiff, Joshua vs. County of Los Angeles, et al.**
Central District- Case No.: 2:22-cv-05367 RGK(MAAx)

| Thomas M. Ferlauto, Esq.<br>Law Office of Thomas M. Ferlauto, APC<br>25201 Paseo de Alicia, Ste. 270<br>Laguna Hills, CA 92653<br>EM: tmf@lawofficetmf.com | Attorney for Plaintiff,<br>**JOSHUA ASSIFF** |
|---|---|

PATRICK E. STOCKALPER, SBN 156954
MOLSHREE GUPTA, SBN 275101
KJAR, MCKENNA & STOCKALPER, LLP
841 Apollo Street, Suite 100
El Segundo, California 90245
Telephone (424) 217-3026
Facsimile (424) 367-0400
pstockalper@kmslegal.com
mgupta@kmslegal.com

Attorneys for Defendants,
**COUNTY OF LOS ANGELES and DEPUTY TRAVIS KELLY**
*(Defendants is exempt from filing fees pursuant to Government Code § 6103)*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA ASSIFF,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES; SHERIFF DEPUTY BADGE NUMBER 404532; And DOES 1 through 10,<br><br>　　　　Defendants. | **Case No.: 2:22-cv-05367 RGK(MAAx)**<br><br>**OBJECTION TO THE NOTICE OF TAKING DEPOSITION OF DEFENDANT TRAVIS KELLY**<br><br>Action Filed: August 3, 2022<br>Pretrial Conference: July 10, 2023<br>Trial Date: July 25, 2023<br><br>Assigned to:<br>Hon. R. Gary Klausner, District Judge<br>Courtroom 850<br><br>All Discovery Matters Referred to:<br>Hon. Maria A. Audero, District Judge |

**TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:**

　　PLEASE TAKE NOTICE that pursuant to California Code of Civil Procedure § 2025.410, Defendants, COUNTY OF LOS ANGELES and DEPUTY TRAVIS KELLY hereby object to the Notice of Taking Deposition of TRAVIS KELLY, set for April 25, 2023 at 10:00 a.m. served by Claimants via electronic mail on March 31, 2023, on defense counsel. The objection to the deposition is made on the following grounds:

1. Defendants object to the date, time, and location of the deposition on the grounds that it was unilaterally selected by counsel for Plaintiff without first verifying the availability of defense counsel and the witness. As neither the deponent nor counsel for Defendants are available to proceed on April 25, 2023, the deposition will need to be rescheduled for a date and time convenient to all counsel and to the deponent. Plaintiff is requested to contact counsel for Defendants to coordinate a mutually convenient date, time and location for the deposition. Defendants and counsel are not available as noticed.

Dated: April 18, 2023					KJAR, MCKENNA & STOCKALPER, LLP


						By: _____
						PATRICK E. STOCKALPER
						MOLSHREE GUPTA
						Attorneys for Defendants,
						COUNTY OF LOS ANGELES and DEPUTY TRAVIS KELLY

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 841 Apollo Street, Suite 100, El Segundo, California 90245.

On April 18, 2023, I served the foregoing document described as **OBJECTION TO THE NOTICE OF TAKING DEPOSITION OF DEFENDANT TRAVIS KELLY** on all interested parties in this action by placing a true copy thereof in a sealed envelope addressed as follows:

## SEE ATTACHED SERVICE LIST

**By Mail** I caused such envelope(s) to be deposited in the mail at El Segundo, California. The envelope was mailed with postage thereon fully prepaid and addressed to the parties listed on the Service List. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

XX **By Email** Based upon a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the persons at the electronic service addresses listed in the Service List. My email address is mnixon@kmslegal.com.

**By Personal Service** I caused such document to be Personally Served on the parties listed in the Service List.

XX **State** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 18, 2023, at El Segundo, California.

_____
Maria Nixon

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# SERVICE LIST

**Assiff, Joshua vs. County of Los Angeles, et al.**
Central District- Case No.: 2:22-cv-05367 RGK(MAAx)

| Thomas M. Ferlauto, Esq.<br>Law Office of Thomas M. Ferlauto, APC<br>25201 Paseo de Alicia, Ste. 270<br>Laguna Hills, CA 92653<br>EM: tmf@lawofficetmf.com | Attorney for Plaintiff,<br>**JOSHUA ASSIFF** |

OBJECTION TO THE NOTICE OF TAKING DEPOSITION OF DEFENDANT TRAVIS KELLY