**EXHIBIT C**

# Maria L. Nixon

| | |
|---|---|
| **From:** | Thomas Ferlauto <tmf@lawofficetmf.com> |
| **Sent:** | Thursday, May 18, 2023 1:29 PM |
| **To:** | Molshree Gupta |
| **Cc:** | Maria L. Nixon; Patrick Stockalper; Barbara Ezra |
| **Subject:** | Re: Assif v County of Los Angeles; Notice of Deposition Kelly |
| **Importance:** | High |

Ms. Gupta:

My wife has reminded me that my youngest son's high school graduation ceremony is on June 1. It should not interfere with the deposition of Ms. Nobel in the morning, but I will not be able to take the County PMK that afternoon. You referred to this witness as the "traffic stop PMK." In the future, please refer to the issue numbers as set forth in the deposition notice so that I know what I am being offered with each witness. As stated previously, I would prefer to set all of the County witnesses on a single day. If we need to schedule it after the June 2 mediation that would not be ideal, but it would be preferable to piecemeal depositions over several days.

Thanks,

Tom

_____

LAW OFFICE OF
THOMAS M. FERLAUTO
**A Professional Law Corporation**

Direct Dial 310-849-7554

**25201 Paseo de Alicia, Suite 270**
**Laguna Hills, CA  92653**
**Phone: 949-334-8650**
**Facsimile: 949-334-8691**

Email: TMF@lawofficeTMF.com
Website:  www.lawofficeTMF.com

The information contained in this e-mail message is information protected by attorney-client and/or the attorney/work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by e-mail. If the person actually receiving this e-mail or any other reader of the e-mail is not the name recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, please delete it immediately.

> On May 17, 2023, at 2:41 PM, Molshree Gupta <mgupta@kmslegal.com> wrote:
>
> The traffic stop PMK is available on June 1, 2023 in the afternoon.  Since we will already be in El Segundo for Plt's expert's deposition that morning, do you want to just do that one in our office that afternoon?
>
> <image001.jpg>
>
> Molshree Gupta
> Partner
> **KJAR, McKENNA & STOCKALPER, LLP**

1

**From:** Molshree Gupta
**Sent:** Wednesday, May 17, 2023 10:01 AM
**To:** Thomas Ferlauto <tmf@lawofficetmf.com>; Maria L. Nixon <mnixon@kmslegal.com>
**Cc:** Patrick Stockalper <pstockalper@kmslegal.com>; Barbara Ezra <bezra@kmslegal.com>
**Subject:** RE: Assif v County of Los Angeles; Notice of Deposition Kelly

Thank you for working with us on this.
Can we at least confirm the 5/25 depo at 1 pm so we can lock it down with that witness?

I am in communication with the rest and should have those dates to you shortly.

As I previously advised, we are maintaining the objection to category #9.

Thanks,
<image001.jpg>

Molshree Gupta
Partner
**KJAR, McKENNA & STOCKALPER, LLP**

**From:** Thomas Ferlauto <tmf@lawofficetmf.com>
**Sent:** Wednesday, May 17, 2023 9:57 AM
**To:** Maria L. Nixon <mnixon@kmslegal.com>
**Cc:** Patrick Stockalper <pstockalper@kmslegal.com>; Molshree Gupta <mgupta@kmslegal.com>; Barbara Ezra <bezra@kmslegal.com>
**Subject:** Assif v County of Los Angeles; Notice of Deposition Kelly

Counsel:

Attached please find the notice of deposition for Defendant Kelly on May 30 at 10:00 a.m. in Santa Monica.

I am still awaiting available dates for the PMK at COLA. I recognize that you provided the afternoon of May 25 for the PMK on issues 7 and 8, but you still have not provided me dates for the PMK on issues 1-6 and issue 9. This deposition notice was first served in March. Certainly, over the past seven and a half weeks you have had an opportunity to confer with your client and identify the appropriate witnesses for those issues. I would like you to provide me with dates for all of these witnesses, preferably on the same day, but we will make whatever reasonable accommodations are necessary for the witnesses' schedules. However, until you offer me dates, we have nothing to work with.

Sincerely

Thomas M. Ferlauto

_____

2

LAW OFFICE OF
THOMAS M. FERLAUTO
A Professional Law Corporation

**Direct Dial 310-849-7554**

**25201 Paseo de Alicia, Suite 270**
**Laguna Hills, CA  92653**
**Phone: 949-334-8650**
**Facsimile: 949-334-8691**

**Email: TMF@lawofficeTMF.com**
**Website**:  **www.lawofficeTMF.com**

The information contained in this e-mail message is information protected by attorney-client and/or the attorney/work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by e-mail. If the person actually receiving this e-mail or any other reader of the e-mail is not the name recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, please delete it immediately.

On May 16, 2023, at 12:13 PM, Maria L. Nixon <mnixon@kmslegal.com> wrote:

Dear Counsel:

Sgt. Kelly is available for his deposition on either May 26 or May 30.

Regards,

<image002.jpg>

Maria Nixon
Legal Assistant/Paralegal to
Molshree Gupta, Esq.
Carina M. Jordan, Esq.
**KJAR, McKENNA & STOCKALPER, LLP**
841 Apollo Street, Suite 100
El Segundo, California 90245
424-217-3026 - Main No. (Ext. 1099)
424-369-8664 - Direct
424-367-0400 - Fax No.
424-369-8566 - Direct Fax No.
mnixon@kmslegal.com

www.kmslegal.com

**THIS MESSAGE IS CONFIDENTIAL,** INTENDED FOR THE NAMED RECIPIENT(S) AND MAY CONTAIN INFORMATION THAT IS (I) PROPRIETARY TO THE SENDER, AND/OR, (II) PRIVILEGED, CONFIDENTIAL, AND/OR OTHERWISE EXEMPT FROM DISCLOSURE

UNDER APPLICABLE STATE AND FEDERAL LAW, INCLUDING, BUT NOT LIMITED TO, PRIVACY STANDARDS IMPOSED PURSUANT TO THE FEDERAL HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT OF 1996 ("HIPAA"). IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR BY TELEPHONE AT 424-217-3026 AND DESTROY THE ORIGINAL TRANSMISSION AND ITS ATTACHMENTS WITHOUT READING OR SAVING THEM TO DISK. THANK YOU.

**From:** Molshree Gupta <mgupta@kmslegal.com>
**Sent:** Tuesday, May 16, 2023 8:33 AM
**To:** Thomas Ferlauto <tmf@lawofficetmf.com>
**Cc:** Patrick Stockalper <pstockalper@kmslegal.com>; Maria L. Nixon <mnixon@kmslegal.com>
**Subject:** RE: Assif v County of Los Angeles
**Importance:** High

The County can produce the most knowledgeable witness as to the below categories on May 25, 2023 **at 1 pm in Santa Monica** :
a) The supervision of Defendant Kelly on September 24, 2021.
b) The investigation into Defendant Kelly's conduct in the incident that is the subject matter of this litigation and that took place on September 24, 2021.

That is the only day between 5/22 and 6/1 which works for this witness' schedule.  Please advise ASAP whether this will work for you.

Thanks,
<image003.jpg>

Molshree Gupta
Partner
**KJAR, McKENNA & STOCKALPER, LLP**

**From:** Thomas Ferlauto <tmf@lawofficetmf.com>
**Sent:** Monday, May 15, 2023 10:28 AM
**To:** Molshree Gupta <mgupta@kmslegal.com>
**Cc:** Patrick Stockalper <pstockalper@kmslegal.com>; Maria L. Nixon <mnixon@kmslegal.com>
**Subject:** Re: Assif v County of Los Angeles
**Importance:** High

I gave you dates.  May 22 through June 1.

_____

4

LAW OFFICE OF
THOMAS M. FERLAUTO
**A Professional Law Corporation**

**Direct Dial 310-849-7554**

**25201 Paseo de Alicia, Suite 270**
**Laguna Hills, CA  92653**
**Phone: 949-334-8650**
**Facsimile: 949-334-8691**

Email: TMF@lawofficeTMF.com
Website:  www.lawofficeTMF.com

The information contained in this e-mail message is information protected by attorney-client and/or the attorney/work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by e-mail. If the person actually receiving this e-mail or any other reader of the e-mail is not the name recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, please delete it immediately.

> On May 15, 2023, at 7:44 AM, Molshree Gupta <mgupta@kmslegal.com> wrote:
>
> Please provide dates which work for your calendar, and we will run them by the witnesses ASAP.
>
> Thanks,
>
> <image001.jpg>
>
> Molshree Gupta
> Partner
> **KJAR, McKENNA & STOCKALPER, LLP**
>
> ---
>
> **From:** Patrick Stockalper <pstockalper@kmslegal.com>
> **Sent:** Saturday, May 13, 2023 11:24 AM
> **To:** Thomas Ferlauto <tmf@lawofficetmf.com>
> **Cc:** Molshree Gupta <mgupta@kmslegal.com>; Maria L. Nixon <mnixon@kmslegal.com>
> **Subject:** RE: Assif v County of Los Angeles
>
> That's fine. I was not jockeying for something here – just offering up another space.
>
> <image001.jpg>
>
> Patrick Stockalper
> Partner
> **KJAR, McKENNA & STOCKALPER, LLP**
> 841 Apollo Street, Suite 100
> El Segundo, California 90245
> 424-217-3026 – Main No.
> 424-367-0400 – Fax No.
> pstockalper@kmslegal.com
> www.kmslegal.com

**THIS MESSAGE IS CONFIDENTIAL**, INTENDED FOR THE NAMED RECIPIENT(S) AND MAY CONTAIN INFORMATION THAT IS (I) PROPRIETARY TO THE SENDER, AND/OR, (II) PRIVILEGED, CONFIDENTIAL, AND/OR OTHERWISE EXEMPT FROM DISCLOSURE UNDER APPLICABLE STATE AND FEDERAL LAW, INCLUDING, BUT NOT LIMITED TO, PRIVACY STANDARDS IMPOSED PURSUANT TO THE FEDERAL HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT OF 1996 ("HIPAA"). IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR BY TELEPHONE AT 424-217-3026 AND DESTROY THE ORIGINAL TRANSMISSION AND ITS ATTACHMENTS WITHOUT READING OR SAVING THEM TO DISK. THANK YOU.

**From:** Thomas Ferlauto <tmf@lawofficetmf.com>
**Sent:** Saturday, May 13, 2023 11:23 AM
**To:** Patrick Stockalper <pstockalper@kmslegal.com>
**Cc:** Molshree Gupta <mgupta@kmslegal.com>; Maria L. Nixon <mnixon@kmslegal.com>
**Subject:** Re: Assif v County of Los Angeles

The depositions will either be in my office or at the law office of Philip Kent Cohen (in Santa Monica) who will be associated into this case and will be trying the case with me.

Thank you

_____

LAW OFFICE OF
THOMAS M. FERLAUTO
**A Professional Law Corporation**

**Direct Dial 310-849-7554**

**25201 Paseo de Alicia, Suite 270**
**Laguna Hills, CA  92653**
**Phone: 949-334-8650**
**Facsimile: 949-334-8691**

Email: TMF@lawofficeTMF.com
**Website**:  www.lawofficeTMF.com

The information contained in this e-mail message is information protected by attorney-client and/or the attorney/work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by e-mail. If the person actually receiving this e-mail or any other reader of the e-mail is not the name recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, please delete it immediately.

> On May 13, 2023, at 11:13 AM, Patrick Stockalper <pstockalper@kmslegal.com> wrote:
>
> Tom: I would think we can also do depositions in our El Segundo office.
>
> <image001.jpg>
>
> Patrick Stockalper
> Partner
> **KJAR, McKENNA & STOCKALPER, LLP**
> 841 Apollo Street, Suite 100

6

El Segundo, California 90245
424-217-3026 – Main No.
424-367-0400 – Fax No.
pstockalper@kmslegal.com
www.kmslegal.com

**THIS MESSAGE IS CONFIDENTIAL**, INTENDED FOR THE NAMED RECIPIENT(S) AND MAY CONTAIN INFORMATION THAT IS (I) PROPRIETARY TO THE SENDER, AND/OR, (II) PRIVILEGED, CONFIDENTIAL, AND/OR OTHERWISE EXEMPT FROM DISCLOSURE UNDER APPLICABLE STATE AND FEDERAL LAW, INCLUDING, BUT NOT LIMITED TO, PRIVACY STANDARDS IMPOSED PURSUANT TO THE FEDERAL HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT OF 1996 ("HIPAA"). IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR BY TELEPHONE AT 424-217-3026 AND DESTROY THE ORIGINAL TRANSMISSION AND ITS ATTACHMENTS WITHOUT READING OR SAVING THEM TO DISK. THANK YOU.

---

**From:** Thomas Ferlauto <tmf@lawofficetmf.com>
**Sent:** Saturday, May 13, 2023 11:10 AM
**To:** Molshree Gupta <mgupta@kmslegal.com>
**Cc:** Maria L. Nixon <mnixon@kmslegal.com>; Patrick Stockalper <pstockalper@kmslegal.com>
**Subject:** Re: Assif v County of Los Angeles
**Importance:** High

Ms. Gupta:

Please provide dates of availability for your witnesses for in-person depositions on dates when they will not have unreasonable time constraints. As I said, we should assume a 7 hour deposition. A Zoom deposition will not be acceptable. My calendar is hectic at the moment, but I will work with you to get these depositions done in a proper manner on two separate dates between May 22 and June 1. If traveling to Orange County is an issue, we can hold the depositions at an office in Santa Monica.

Thank you,

Thomas M. Ferlauto

_____

LAW OFFICE OF
THOMAS M. FERLAUTO
**A Professional Law Corporation**

Direct Dial 310-849-7554

25201 Paseo de Alicia, Suite 270
Laguna Hills, CA  92653
Phone: 949-334-8650

7

**Facsimile: 949-334-8691**

**Email: TMF@lawofficeTMF.com**
**Website**:  **www.lawofficeTMF.com**

The information contained in this e-mail message is information protected by attorney-client and/or the attorney/work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by e-mail. If the person actually receiving this e-mail or any other reader of the e-mail is not the name recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, please delete it immediately.

> On May 12, 2023, at 6:08 PM, Molshree Gupta <mgupta@kmslegal.com> wrote:
>
> Please see the attached court order stating the parties may choose to informally agree to take depositions beyond the discovery cut-off date.
>
> - We suggest you proceed with the depositions of Defendants, we will provide all depo availability as it becomes available.
> - We plan to vehemently oppose any attempts to obtain sanctions for failure to produce witnesses.  I remind you that you signed a stipulation acknowledging that you unilaterally noticed the depos to proceed at the discovery cut-off before these dates were moved.
> - For the PMK I previously offered on 5/18, ***I can also do it on 5/25 at 1 pm if we do it by Zoom*** (I have a mediation from 10 to 1 pm that morning so I cannot make it to OC in time)
>   - Please advise whether you will agree and I will contact the witness to confirm right away
>   - We will agree to go later than 5 pm to complete this deposition.
>
> For Sgt. Kelly, please confirm you will take this via Zoom in consideration of

8

his medical condition. Please see his declaration in support.

For the PMK depos, please reconsider your position re in-person deposition. That is a big imposition on the LASD personnel. Otherwise, we will submit this issue to the magistrate for a protective order).

Thanks,
<image001.jpg>

Molshree Gupta
Partner
**KJAR, McKENNA & STOCKALPER, LLP**

---

**From:** Thomas Ferlauto <tmf@lawofficetmf.com>
**Sent:** Friday, May 12, 2023 3:44 PM
**To:** Molshree Gupta <mgupta@kmslegal.com>
**Cc:** Maria L. Nixon <mnixon@kmslegal.com>; Patrick Stockalper <pstockalper@kmslegal.com>
**Subject:** Re: Assif v County of Los Angeles
**Importance:** High

Ms. Gupta:

The discovery cut-off was May 10. A court order based on a showing of "good cause" is required to depose a witness after the discovery "cut-off" ordered by the court. The parties' stipulation is not sufficient. [See FRCP 29(b)]  We will need to wait to see how the Court rules on your application before we can set dates for a deposition. Also, I already have a deposition scheduled in another matter for May 18. Plus, a Zoom deposition is not acceptable. I would like an in person deposition like you required for Plaintiff and as you require for Mr. Nobel. I cannot estimate the length of a deposition until I hear answers. It is best to assume 7 hours.

Thank you,

Thomas M. Ferlauto

_____

LAW OFFICE OF
THOMAS M. FERLAUTO
**A Professional Law Corporation**

**Direct Dial 310-849-7554**

**25201 Paseo de Alicia, Suite 270**
**Laguna Hills, CA  92653**
**Phone: 949-334-8650**
**Facsimile: 949-334-8691**

**Email: TMF@lawofficeTMF.com**
**Website**:  **www.lawofficeTMF.com**

The information contained in this e-mail message is information protected by attorney-client and/or the attorney/work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by e-mail. If the person actually receiving this e-mail or any other reader of the e-mail is not the name recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, please delete it immediately.

> On May 12, 2023, at 3:26 PM, Molshree Gupta <mgupta@kmslegal.com> wrote:
>
> The County can produce the most knowledgeable witness as to the below categories on May 18, 2023 *via Zoom*:
> a) The supervision of Defendant Kelly on September 24, 2021.
> b) The investigation into Defendant Kelly's conduct in the incident that is the subject matter of this litigation and that took place on September 24, 2021.
>
> Please advise ASAP if that will work, and we have other conflicting depositions that day we