THOMAS M. FERLAUTO (SBN 155503)
LAW OFFICE OF THOMAS M. FERLAUTO, APC
25201 Paseo de Alicia, Suite 270
Laguna Hills, California 92653
Telephone: 949-334-8650
Fax: 949-334-8691
Email: TMF@lawofficeTMF.com

Attorney for Plaintiff, JOSHUA ASSIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA ASSIFF,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF LOS ANGELES; SHERIFF DEPUTY BADGE NUMBER 404532; And DOES 1 through 10,<br><br>　　　　Defendants. | Case No. 2:22-cv-05367 RGK (MAAx)<br><br>**APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL; DECLARATION OF THOMAS M. FERLAUTO IN SUPPORT THEREOF**<br><br>Action Filed: August 3, 2022<br>Pretrial Conference: July 10, 2023<br>Trial Date: July 25, 2023<br><br>Assigned to: Hon. R. Gary Klausner, District Judge, Courtroom 850<br><br>All Discovery Matters Referred to: Hon. Maria A. Audero, District Judge |

TO THE COURT, ALL PARTIES IN THIS ACTION, AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff, JOSHUA ASSIFF (hereinafter "Plaintiff") hereby makes this application for leave to file documents under seal. The documents sought to be filed under seal are as follows:

1. MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT;

2. PLAINTIFF'S RESPONSE TO STATEMENT OF PURPORTED UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW AND ADDITIONAL FACTS GIVING RISE TO TRIABLE ISSUES IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT; and

3. DECLARATION OF THOMAS M. FERLAUTO IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT.

These documents contain portions of Defendant Travis Kelly's personnel file or contain references to Defendant Travis Kelly's personnel file or other documents designated by Defendants as CONFIDENTIAL under a stipulated protective order that requires such documents to be filed under seal.

On June 2, 2023, counsel for Defendants insisted that all documents designated CONFIDENTIAL must be filed under seal as well as any testimony discussing said confidential documents.

Plaintiff brings this application to comply with the stipulated protective order and Defendants request.

DATED: June 5th, 2022     The Law Office Of Thomas M. Ferlauto, APC

By: _____
Thomas M. Ferlauto
Attorney For: Plaintiff, JOSHUA ASSIFF

## DECLARATION OF THOMAS M. FERLAUTO

I, Thomas M. Ferlauto, declare as follows:

1. I am an attorney licensed to practice law in the State of California, and I am Plaintiff's counsel of record herein. Consequently, I have personal knowledge of the following:

2. Plaintiff seeks leave of Court to file the following documents under seal:

    A) MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT;

    B) PLAINTIFF'S RESPONSE TO STATEMENT OF PURPORTED UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW AND ADDITIONAL FACTS GIVING RISE TO TRIABLE ISSUES IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT; and

    C) DECLARATION OF THOMAS M. FERLAUTO IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT.

3. These documents contain portions of Defendant Travis Kelly's personnel file or contain references to Defendant Travis Kelly's personnel file or other documents designated by Defendants as CONFIDENTIAL under a stipulated protective order that requires such documents to be filed under seal.

4. On June 2, 2023, counsel for Defendants insisted that all documents designated CONFIDENTIAL must be filed under seal as well as any testimony discussing said confidential documents.

5. Plaintiff brings this application to comply with the stipulated protective order and Defendants' request.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 5th day of June, 2023 in Orange County, California.

_____
THOMAS M. FERLAUTO