UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSHUA ASSIFF,**<br><br>   **Plaintiff,**<br><br> v.<br><br>**COUNTY OF LOS ANGELES; SHERIFF DEPUTY BADGE NUMBER 404532; And DOES 1 through 10,**<br><br>   **Defendants.** | Case No. 2:22-cv-05367 RGK (MAAx)<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br>Action Filed: August 3, 2022<br>Pretrial Conference: July 10, 2023<br>Trial Date: July 25, 2023<br><br>Assigned to: Hon. R. Gary Klausner, District Judge, Courtroom 850<br><br>All Discovery Matters Referred to: Hon. Maria A. Audero, District Judge |

 Having considered Plaintiff's application for leave to file documents under seal, the declaration of Thomas M. Ferlauto in support thereof, and any supporting declaration submitted by the designating party, the Defendants, and for good cause shown,

 IT IS HEREBY ORDERED that Plaintiff shall be permitted to file the following documents under seal:

1. MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT;

2. PLAINTIFF'S RESPONSE TO STATEMENT OF PURPORTED UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW AND ADDITIONAL FACTS GIVING RISE TO TRIABLE ISSUES IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT; and

3. DECLARATION OF THOMAS M. FERLAUTO IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT.

DATE: _____        _____
                        JUDGE