UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOSHUA ASSIFF,                            )
                                          )
                    Plaintiff,            )
                                          )
         vs.                              ) Case No. 2:22-cv-05367
                                          )           RGK(MAAx)
COUNTY OF LOS ANGELES;                    )
SHERIFF DEPUTY BADGE                      )
NUMBER 404532; And DOES 1                 )
through 10,                               )
                                          )
                    Defendants.           )
_____)


Deposition of:      JOSHUA ASSIFF

Date and Time:      Friday, April 14, 2023
                    10:04 a.m.

Place:              841 Apollo Street
                    Suite 100
                    El Segundo, California

Reporter:           Dorothy M. Simpson, CSR
                    Certificate No. 14323

Case 2:22-cv-05367-RGK-MAA   Document 53-5   Filed 06/05/23   Page 2 of 10   Page ID #:1013

Joshua Assiff
Joshua Assiff vs. County of Los Angeles

1232274

```
 1        A.   It's very vividly, it was a Friday morning,
 2   about 7:40 a.m.  I was on my way to basketball practice
 3   to pick up a teammate.
 4        Q.   So were you already on your way to the
 5   practice or were you on your way to pick up a teammate?
 6        A.   I was right there next to his house right
 7   before I got pulled over and the incident happened.
 8        Q.   All right.  And typically around September of
 9   2021 when you were on your way to basketball practice in
10   the morning, what time did you wake up?
11        A.   6:00 a.m.
12        Q.   And is that true of that day as well?  You
13   woke up at around 6:00 a.m.?
14        A.   On 2020 -- on the -- on that day of the
15   incident?  Yes.
16        Q.   And where did you wake up?
17        A.   My house.
18        Q.   Okay.  And that's the house on Lexington
19   Drive?
20        A.   Yes, ma'am.
21        Q.   Okay.  And did you ingest any marijuana on
22   that day prior to the incident?
23        A.   No, ma'am.
24        Q.   Do you consume marijuana?
25        A.   No.
```

Case 2:22-cv-05367-RGK-MAA   Document 53-5   Filed 06/05/23   Page 3 of 10   Page ID #:1014

Joshua Assiff
Joshua Assiff vs. County of Los Angeles

1232274

```
 1        A.    No.
 2        Q.    On the day of the incident, September 24th,
 3   2021, did you consume any alcohol?
 4        A.    No.
 5        Q.    Can you recall the last time you used
 6   marijuana prior to the date of the incident, September
 7   24th, 2021?
 8        A.    No.
 9        Q.    And you didn't smoke any marijuana that
10   morning?
11        A.    No, ma'am.
12        Q.    Okay.  Do you recall where you were at the
13   time when you were pulled over?
14        A.    Newhall Ranch Road.  What is that street
15   called?  Sierra Highway off Newhall Ranch and Sierra
16   Highway.
17        Q.    And approximately how far away is that from
18   the location where you first got your citation in
19   approximately 2018?
20        A.    Approximately probably 20, 25 minutes.
21        Q.    They are both on Newhall Ranch Road but 25
22   minutes of driving between the two locations?
23        A.    One is Canyon Country.  That's all the way on
24   the other side of town.
25        Q.    The first time you got a traffic citation in
```

Case 2:22-cv-05367-RGK-MAA   Document 53-5   Filed 06/05/23   Page 4 of 10   Page ID #:1015

Joshua Assiff
Joshua Assiff vs. County of Los Angeles

1232274

```
 1  ticket in that area previously?
 2       A.   Sure.  I've seen somebody being pulled over
 3  there before, yes.
 4       THE REPORTER:  I'm sorry, I've seen what?
 5       THE WITNESS:  I have seen someone being pulled over
 6  there before, yes.
 7            How would I know if they got a ticket; right?
 8  You know.
 9  BY MS. GUPTA:
10       Q.   Accurate.  Okay.  Great.
11            Had you ever yourself been pulled over in
12  that area before?
13       A.   No.
14       Q.   But you generally knew that to be an area
15  where there were traffic cops out often?
16       A.   Yeah.
17       Q.   Okay.  All right.  So tell me what you were
18  doing immediately before you approached the intersection
19  of Newhall Road and Sierra Highway.
20       A.   Slowing down, getting ready to make a right-
21  hand turn on a green light.
22       Q.   And were you driving on Newhall or Sierra
23  Highway?
24       A.   I was on Newhall beginning to make right-hand
25  turn onto Sierra.
```

Case 2:22-cv-05367-RGK-MAA   Document 53-5   Filed 06/05/23   Page 5 of 10   Page ID #:1016

Joshua Assiff
Joshua Assiff vs. County of Los Angeles

1232274

```
 1   you did."
 2        Q.   And do you know approximately how many times
 3   you went back and forth with Sgt. Kelly?
 4        A.   No.
 5        Q.   What was your purpose in telling Sgt. Kelly
 6   that you hadn't run a red light?
 7        A.   I didn't think I ran a red light.  It was
 8   green.  That's exactly why.  I didn't believe I was in
 9   the wrong.
10        Q.   Okay.  And once he told you that he didn't
11   believe you or that he thought you had ran the red
12   light, what was your purpose of continuing to argue with
13   Sgt. Kelly?
14        A.   It wasn't an argument.
15        Q.   What were you doing when you say over and
16   over again that you did not?
17        A.   I was explaining to him what was happening.
18   He didn't let me finish my story really.  It was a very
19   small amount of time.  So as you could tell from the
20   video.  Wasn't any time for there being an argument.
21        Q.   I understand that.  I'm just trying to ask
22   your recollection of it.
23        A.   Uh-huh.
24        Q.   And so you stated one time that you did not
25   run the red light, and then obviously Sgt. Kelly as you
```

Case 2:22-cv-05367-RGK-MAA    Document 53-5    Filed 06/05/23    Page 6 of 10    Page ID #:1017
Joshua Assiff
Joshua Assiff vs. County of Los Angeles
1232274

```
 1   Sgt. Kelly was saying?
 2       A.   In the beginning, it sounds a little too
 3   muffled when he's getting off the bike.  I can't -- it
 4   doesn't really seem like intangible -- or not
 5   intangible -- intelligible to what he's saying.  I can't
 6   really tell what he's saying.
 7       Q.   And then what's the first audible sentence
 8   that you hear on the video?
 9       A.   Play it for me again one more time?  I'm
10   sorry.
11            (Video playing.)
12   BY MS. GUPTA:
13       Q.   Is it accurate that the first audible words
14   that can be heard are your saying "Officer" with a
15   questioning look on your face?
16       A.   Yeah.
17       Q.   And what were you trying to communicate when
18   you said that?
19       A.   That I didn't -- I didn't run the red light,
20   that it was a green light.
21       Q.   So prior to you saying the word "Officer"
22   with a questioning look on your face and a hand gesture
23   that seemed to also indicate that you were questioning
24   the stop, had Sgt. Kelly said anything about the reason
25   why he had stopped you?
```

Case 2:22-cv-05367-RGK-MAA   Document 53-5   Filed 06/05/23   Page 7 of 10   Page ID #:1018
Joshua Assiff
Joshua Assiff vs. County of Los Angeles
1232274

```
 1      Q.   Okay.  And he doesn't just make a request;
 2   does he?  He actually tells you that if you don't comply
 3   with his request, you are going to go to jail.  Do you
 4   agree that that's what he says?
 5      A.   Yes, that's what he said.
 6      Q.   Okay.  And obviously --.  No.  Strike that.
 7           Did you agree with him that if you did not
 8   provide your driver's license that you should go to
 9   jail?
10      A.   No, I did not agree with all that.  No.
11      Q.   Okay.
12      A.   I do not think I should go to jail for that.
13   No.
14      Q.   And is there a reason why between the first
15   request for the driver's license and the second request
16   for the driver's license you did not hand it over to
17   Sgt. Kelly?
18      A.   We were having an argument.  I was trying to
19   explain to him that I did not run the red light.  I
20   thought it was green.  I thought I was in the right.
21      Q.   And is it -- would it be accurate to say that
22   you didn't hand him the driver's license because you
23   thought that if you hand it to him, he would then just
24   walk away and start writing you a ticket?
25      A.   No.  The reason I didn't hand him my license
```

Case 2:22-cv-05367-RGK-MAA   Document 53-5   Filed 06/05/23   Page 8 of 10   Page ID #:1019
Joshua Assiff
Joshua Assiff vs. County of Los Angeles
1232274

```
 1   pipe?
 2        A.    I can't recall.
 3        Q.    Had -- did you ever keep the marijuana pipe
 4   in your vehicle?
 5        A.    I can't recall.
 6        Q.    Had you ever smoked marijuana in your vehicle
 7   prior to the date of the incident?
 8        A.    No.
 9        Q.    Are you -- do you know one way or the other
10   whether there was a marijuana pipe in your vehicle on
11   the date of the incident?
12        A.    Yes, there was.
13        Q.    And is that the same marijuana pipe that you
14   had purchased?
15        A.    Yes.
16        Q.    And when was the last time you had used it
17   prior to the date of the incident?
18        A.    I have no idea.
19        Q.    What was it doing in your car?
20        A.    Sitting there collecting dust.
21        Q.    Okay.  Why was it in your car?  Had you ever
22   used it in your car before?
23        A.    No.  Just in my car.  I didn't want to take
24   it inside my house.
25        Q.    And did you typically smoke marijuana in your
```

Case 2:22-cv-05367-RGK-MAA   Document 53-5   Filed 06/05/23   Page 9 of 10   Page ID #:1020

Joshua Assiff
Joshua Assiff vs. County of Los Angeles
1232274

```
 1    ground while he's telling me to get onto my stomach, he
 2    has -- it looks like he has his knee like on me.
 3              So when I am on my side, I'm on my left arm,
 4    so I can't move, and he's telling me to shut the fuck up
 5    and to get on my stomach, but I can't because he's
 6    literally forcing me down.  I'm trying to move.  So they
 7    are trying to make it seem like I'm struggling, so they
 8    can abuse me more.
 9              ==I was -- I was never --.  There was no --==
10    ==there was no fight.  It wasn't me, you know, besides me==
11    ==pulling my arm back, none of that.  While all that was==
12    ==going on, I didn't kick, I didn't punch, nothing.  You==
13    ==know?  So, yeah.==
14         Q.   Okay.  You mentioned that there's a -- you
15    can see a knee on you.  But now just from your
16    recollection, outside of what you recall seeing on the
17    video, do you know which part of your body the knee was
18    on?
19         A.   It was on my side.
20         Q.   Touching?
21         A.   It would have been on my side, on my opposite
22    side, because I was on one side, so, I mean, the knee
23    would have been -- I'm not 100 percent recollection,
24    maybe on like my rib cage.  I'm not 100 sure.  Don't
25    know.
```

Case 2:22-cv-05367-RGK-MAA   Document 53-5   Filed 06/05/23   Page 10 of 10   Page ID #:1021
Joshua Assiff
Joshua Assiff vs. County of Los Angeles
1232274

```
 1              DEPOSITION OFFICER'S CERTIFICATION

 2              I, DOROTHY M. SIMPSON, CSR No. 14323,

 3    Certified Shorthand Reporter, certify:

 4              That the foregoing proceedings were taken

 5    before me at the time and place therein set forth, at

 6    which time the witness declared under penalty of

 7    perjury; that the testimony of the witness and all

 8    objections made at the time of the examination were

 9    recorded stenographically by me and were thereafter

10    transcribed under my direction and supervision;

11              That the foregoing is a full, true, and

12    correct transcript of my shorthand notes so taken and of

13    the testimony so given;

14              (X)  Reading and signing was requested.

15              ( )  Reading and signing was waived.

16              ( )  Reading and signing was not requested.

17              I further certify that I am not financially

18    interested in the action, and I am not a relative or

19    employee of any attorney of the parties, nor of any of

20    the parties.

21              I declare under penalty of perjury under the

22    laws of California that the foregoing is true and

23    correct.  Dated this 25th day of April, 2023.

24                      [signature: Dorothy M Simpson]
                        _____
25                      Dorothy M. Simpson, CSR No. 14323
```