# Exhibit 6
# Redacted