# Exhibit 7
# Redacted