THOMAS M. FERLAUTO (SBN 155503)
LAW OFFICE OF THOMAS M. FERLAUTO, APC
25201 Paseo de Alicia, Suite 270
Laguna Hills, California 92653
Telephone: 949-334-8650
Fax: 949-334-8691
Email: TMF@lawofficeTMF.com

Attorney for Plaintiff, JOSHUA ASSIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA ASSIFF,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES;<br>SHERIFF DEPUTY BADGE<br>NUMBER 404532;<br>And DOES 1 through 10,<br><br>　　　　Defendants. | Case No. 2:22-cv-05367 RGK (MAAx)<br><br>**DECLARATION OF JOSHUA ASSIFF IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>DATE:　　　　June 26, 2023<br>TIME:　　　　9:00 a.m.<br>COURTROOM:　850<br><br>Action Filed: August 3, 2022<br>Pretrial Conference: July 10, 2023<br>Trial Date: July 25, 2023<br><br>Assigned to: Hon. R. Gary Klausner, District Judge, Courtroom 850 |

I, JOSHUA ASSIFF, hereby declare as follows:

　　1.　I am the Plaintiff in this action an have personal knowledge of all of the facts set forth in this declaration, and if given the opportunity, I can and will competently testify as follows:

---

1

DECLARATION OF JOSHUA ASSIFF IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT

2. On or about September 24, 2021, I was a 21-year-old black male. At the intersection Soledad Canyon Road and Sierra Highway, I made a legal right hand turn on a green light. There were no pedestrians in the crosswalk.

3. Although I had done nothing wrong, I was pulled over and subsequently pepper sprayed, beaten, tased, and arrested by a male Caucasian motorcycle officer ("Defendant Kelly").

4. At the time I was pulled over, it was approximate 7:50 a.m. in the morning. I am a college athlete, and I was on my way to basketball practice.

5. The incident that is the subject matter of this lawsuit happened while I was traveling to the Antelope Valley. However, it occurred in Santa Clarita, in a northern part of the County, but just one Sheriff's Department station adjacent to but south of the actual Antelope Valley.

6. At the time I was pulled over, my vehicle did not smell of marijuana. I had not smoked marijuana that morning. There was no marijuana in the vehicle, and I had never smoke marijuana in my vehicle. Any assertion that my car smelled of marijuana would be a complete fabrication.

7. At no time during the entire incident did I ever kick or punch Defendant Kelly. At no time during the entire incident did I ever kick or punch Deputy Clark. At no time during the entire incident did I ever kick or punch Deputy Gallegos.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this  5th  day of June, 2023 in Los Angeles County, California.

/s/ Joshua Assiff
JOSHUA ASSIFF

2
DECLARATION OF JOSHUA ASSIFF IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT

2. On or about September 24, 2021, I was a 21-year-old black male. At the intersection Soledad Canyon Road and Sierra Highway, I made a legal right hand turn on a green light. There were no pedestrians in the crosswalk.

3. Although I had done nothing wrong, I was pulled over and subsequently pepper sprayed, beaten, tased, and arrested by a male Caucasian motorcycle officer ("Defendant Kelly").

4. At the time I was pulled over, it was approximate 7:50 a.m. in the morning. I am a college athlete, and I was on my way to basketball practice.

5. The incident that is the subject matter of this lawsuit happened while I was traveling to the Antelope Valley. However, it occurred in Santa Clarita, in a northern part of the County, but just one Sheriff's Department station adjacent to but south of the actual Antelope Valley.

6. At the time I was pulled over, my vehicle did not smell of marijuana. I had not smoked marijuana that morning. There was no marijuana in the vehicle, and I had never smoke marijuana in my vehicle. Any assertion that my car smelled of marijuana would be a complete fabrication.

7. At no time during the entire incident did I ever kick or punch Defendant Kelly. At no time during the entire incident did I ever kick or punch Deputy Clark. At no time during the entire incident did I ever kick or punch Deputy Gallegos.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this __5th__ day of June, 2023 in Los Angeles County, California.

_JOSHUA ASSIFF_