THOMAS M. FERLAUTO (SBN 155503)
LAW OFFICE OF THOMAS M. FERLAUTO, APC
25201 Paseo de Alicia, Suite 270
Laguna Hills, California 92653
Telephone: 949-334-8650
Fax: 949-334-8691
Email: TMF@lawofficeTMF.com

Attorney for Plaintiff, JOSHUA ASSIFF

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSHUA ASSIFF,**<br><br>Plaintiff,<br><br>v.<br><br>**COUNTY OF LOS ANGELES; SHERIFF DEPUTY BADGE NUMBER 404532; And DOES 1 through 10,**<br><br>**Defendants.** | Case No. 2:22-cv-05367 RGK (MAAx)<br><br>**REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>DATE:           June 26, 2023<br>TIME:           9:00 a.m.<br>COURTROOM:   850<br><br>Action Filed: August 3, 2022<br>Pretrial Conference: July 10, 2023<br>Trial Date: July 25, 2023<br><br>Assigned to: Hon. R. Gary Klausner, District Judge, Courtroom 850 |

TO THE COURT, ALL PARTIES IN THIS ACTION AS WELL AS THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Joshua Assiff ""Plaintiff") hereby respectfully request the Court to take judicial notice of the following matters:

1. Attached hereto as **Exhibit 14** is a true and accurate copy of the Complaint filed by the United States of America against the County on April 28,

2015 in Case No. CV 15-03174. Plaintiff respectfully requests the Court to take judicial notice of this filing under Federal Rules of Evidence Rule 201.

2. Attached hereto as **Exhibit 15** is a true and accurate copy of the Settlement Agreement between the United States of America and the County filed on April 28, 2015 in Case No. CV 15-03174. Plaintiff respectfully requests the Court to take judicial notice of this filing under Federal Rules of Evidence Rule 201.

3. Attached hereto as **Exhibit 16** is a true and accurate copy of An Analysis of Racial/Ethnic Disparities in Stops by Los Angeles County Sheriff's Deputies in the Antelope Valley Dated September 2020. This report was personally downloaded by me from the Los Angeles County Sheriff's Department website on December 22, 2022. Plaintiff respectfully requests the Court to take judicial notice of this filing under Federal Rules of Evidence Rule 201.

DATED: June 5th, 2023        The Law Office Of Thomas M. Ferlauto, APC

By: _____
Thomas M. Ferlauto
Attorney For: Plaintiff, JOSHUA ASSIFF