PATRICK E. STOCKALPER, SBN 156954
MOLSHREE GUPTA, SBN 275101
KJAR, MCKENNA & STOCKALPER, LLP
841 Apollo Street, Suite 100
El Segundo, California 90245
Telephone (424) 217-3026
Facsimile (424) 367-0400
pstockalper@kmslegal.com
mgupta@kmslegal.com

Attorneys for Defendants,
**COUNTY OF LOS ANGELES and SERGEANT TRAVIS KELLY**
*(Defendants is exempt from filing fees pursuant to Government Code § 6103)*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA ASSIFF,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES; SHERIFF DEPUTY BADGE NUMBER 404532; And DOES 1 through 10,<br><br>Defendants. | **Case No.: 2:22-cv-05367 RGK(MAAx)**<br><br>**[PROPOSED] ORDER RE: DEFENDANTS' MOTION IN LIMINE NO. 2 TO PRECLUDE ANY EVIDENCE, ARGUMENT OR TESTIMONY RE: COMPLAINTS, INVESTIGATIONS, REPORTS, AGREEMENTS, AND OTHER FILINGS PERTAINING TO CASE NO. CV 15-03174**<br><br>Action Filed: August 3, 2022<br>Pretrial Conference: July 10, 2023<br>Trial Date: July 25, 2023<br><br>Assigned to:<br>Hon. R. Gary Klausner, District Judge<br>Courtroom 850<br><br>All Discovery Matters Referred to:<br>Hon. Maria A. Audero, District Judge |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendants COUNTY OF LOS ANGELES and SERGEANT TRAVIS KELLY's (hereinafter "Defendants") Motion in Limine #2 for an Order To Preclude Any Evidence, Argument Or Testimony Re: Complaints, Investigations, Reports, Agreements, And Other Filings Pertaining To Case No. CV 15-03174 came regularly for hearing.

Upon consideration of all papers, and after oral argument, the Court GRANTS Defendants' Motion in Limine #2 To Preclude Any Evidence, Argument Or Testimony Re: Complaints, Investigations, Reports, Agreements, And Other Filings Pertaining To Case No. CV 15-03174.

IT IS SO ORDERED.

Dated: _____

By: _____
HONORABLE R. GARY KLAUSNER
U.S. DISTRICT COURT JUDGE

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 841 Apollo Street, Suite 100, El Segundo, California 90245.

On June 9, 2023, I served the foregoing document described as **[PROPOSED] ORDER RE: DEFENDANTS' MOTION IN LIMINE NO. 2 TO PRECLUDE ANY EVIDENCE, ARGUMENT OR TESTIMONY RE: COMPLAINTS, INVESTIGATIONS, REPORTS, AGREEMENTS, AND OTHER FILINGS PERTAINING TO CASE NO. CV 15-03174** on all interested parties in this action by placing a true copy thereof in a sealed envelope addressed as follows:

## SEE ATTACHED SERVICE LIST

**By Mail**  I caused such envelope(s) to be deposited in the mail at El Segundo, California.  The envelope was mailed with postage thereon fully prepaid and addressed to the parties listed on the Service List. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  It is deposited with U.S. postal service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

XX   **By Email** Based upon a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the persons at the electronic service addresses listed in the Service List.  My email address is mnixon@kmslegal.com.

**By Personal Service** I caused such document to be Personally Served on the parties listed in the Service List.

XX   **State**  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 9, 2023, at El Segundo, California.

Maria Nixon

# SERVICE LIST

**Assiff, Joshua vs. County of Los Angeles, et al.**
Central District- Case No.: 2:22-cv-05367 RGK(MAAx)

| | |
|---|---|
| Thomas M. Ferlauto, Esq.<br>Law Office of Thomas M. Ferlauto, APC<br>25201 Paseo de Alicia, Ste. 270<br>Laguna Hills, CA 92653<br>EM: tmf@lawofficetmf.com | Attorney for Plaintiff,<br>**JOSHUA ASSIFF** |
| Philip Cohen, Esq.<br>Law Offices of Philip Kent Cohen, APC<br>100 Wilshire Boulevard, Suite 1300<br>Santa Monica, CA 90401<br>Telephone: 310/451-9111<br>Facsimile: 310/451-9119<br>EM: pcohen@pcohenlaw.com | Co-Attorney for Plaintiff.<br>**JOSHUA ASSIFF** |