# EXHIBIT C

THOMAS M. FERLAUTO (SBN 155503)
LAW OFFICE OF THOMAS M. FERLAUTO, APC
25201 Paseo de Alicia, Suite 270
Laguna Hills, California 92653
Telephone: 949-334-8650
Fax: 949-334-8691
Email: TMF@lawofficeTMF.com

Attorney for Plaintiff, JOSHUA ASSIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSHUA ASSIFF,** | **Case No. 2:22-cv-05367 RGK (MAAx)** |
| **Plaintiff,** | **PLAINTIFF'S INITIAL DISCLOSURES – DAMAGES FRCP 26(a)(1)(iii)** |
| **v.** | |
| **COUNTY OF LOS ANGELES; SHERIFF DEPUTY BADGE NUMBER 404532; And DOES 1 through 10,** | |
| **Defendants.** | |

Plaintiff JOSHUA ASSIFF (hereinafter referred to as "Plaintiff") hereby submits the following initial disclosures – documents – under Federal Rules of Civil Procedure, Rule 26(a)(1)(iii):

**1.    Compensatory Damages:**

A.    Physical harm to plaintiff during and after the events at issue, including ill health, physical pain, disability, disfigurement, or discomfort, and any such physical harm that plaintiff is reasonably certain to experience in the future. $2,000,000.00

1

B.     Emotional and mental harm to plaintiff during and after the events at issue, including fear, humiliation, and mental anguish, and any such emotional and mental harm that plaintiff is reasonably certain to experience in the future. $2,000,000.00

C.     The reasonable value of the medical, psychological, hospital, nursing, and similar care and supplies that plaintiff reasonably needed and actually obtained, and the present value of such care and supplies that plaintiff is reasonably certain to need in the future. $100,000.00

D.     The wages, salary, profits, reasonable value of the working time that plaintiff has lost because of his inability or diminished ability to work, and the present value of the wages, etc. that plaintiff is reasonably certain to lose in the future because of his inability or diminished ability to work. $0

E.     The reasonable value of property damaged or destroyed. $0

F.     The reasonable value of legal services that plaintiff reasonably needed and actually obtained to defend and clear himself.  $10,000.

G.     The reasonable value of improper confinement. $10,000.

## 2.    Nominal Damages

Even if plaintiff fails to prove compensatory damages, plaintiff is entitled to at least nominal damages of $1.00 as a result of defendant's violation of plaintiff's federal rights.

## 3.    Punitive Damages

Defendant acted maliciously and wantonly in violated plaintiff's federally protected rights.  Consequently, plaintiff is entitled to punitive damages in an amount to deter defendant, and other like defendant, from committing such conduct in the future.  The amount of punitive damages shall be proven at trial but should be no less than $2,000,000.00

**4.      Attorney Fees**

Plaintiff was required to employee attorneys to bring this action to vindicate his rights.  Plaintiff is entitled to a reasonable fee to compensate his attorneys.  The amount of that fee will be determined at the conclusion of this action.


DATED: October  26 , 2022          The Law Office Of Thomas M. Ferlauto, APC


By: _____
       Thomas M. Ferlauto
       Attorney For:  Plaintiff, JOSHUA ASSIFF