# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:22-cv-05367-RGK-MAA | Date | June 12, 2023 |
|---|---|---|---|
| Title | *Joshua Assiff v. County of Los Angeles et al* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Joseph Remigio (not present) | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) Order Re: Plaintiff's Application to File Under Seal [DE 53]**

On June 5, 2023, Plaintiff filed an Application to File Under Seal portions of his Opposition to Summary Judgment, Statement of Genuine Disputes of Material Fact, and a declaration in support thereof. (ECF No. 53.)

Plaintiff seeks to file under seal material that Defendants have designated as confidential pursuant to a protective order. Under Local Rule 79-5.2.2(b), a party may file an application to file under seal documents designated by another as confidential pursuant to a protective order. C.D. Cal. L.R. 79-5.2.2(b). After such an application is filed, "[w]ithin 4 days . . . the Designating Party must file a declaration establishing that all or part of the designated material is sealable, by showing good cause or demonstrating compelling reasons why the strong presumption of public access in civil cases should be overcome, with citations to the applicable legal standard." *Id.* 79-5.2.2(b)(i).

The Application was filed on June 5, 2023. Defendants therefore had until June 9, 2023 to file a declaration establishing that the designated material is sealable. Defendants failed to do so. If an application to file under seal is submitted for no other reason than compliance with a protective order, "**the Court will automatically deny the application** if the party designating the material as confidential does not file a declaration pursuant to L.R. 79-5.2.2.(b)(i)." (Standing Order ¶ 17, ECF No. 15.) (emphasis in original).

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-05367-RGK-MAA | Date | June 12, 2023 |
|---|---|---|---|
| Title | *Joshua Assiff v. County of Los Angeles et al* | | |

    Accordingly, the Court **DENIES** Plaintiff's Application to File Under Seal. Pursuant to Local Rule 79-5.2.2(b)(ii), Plaintiff shall file the unredacted documents in the public case file no earlier than 4 days, and no later than 10 days, from the issuance of this Order.

    **IT IS SO ORDERED.**

                                                                                                         :

Initials of Preparer          JRE/ak