UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA ASSIFF,<br><br>**Plaintiff,**<br><br>v.<br><br>**COUNTY OF LOS ANGELES;<br>SHERIFF DEPUTY BADGE<br>NUMBER 404532;<br>And DOES 1 through 10,**<br><br>**Defendants.** | Case No. 2:22-cv-05367 RGK (MAAx)<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION IN LIMINE #1<br><br>Action Filed: August 3, 2022<br>Pretrial Conference: July 10, 2023<br>Trial Date: July 25, 2023<br><br>Assigned to: Hon. R. Gary Klausner, District Judge, Courtroom 850<br><br>All Discovery Matters Referred to: Hon. Maria A. Audero, District Judge |

Having considered the moving and opposition papers in connection with Plaintiff's motion in limine #1, and for good cause shown,

IT IS HEREBY ORDERED that Defendants TRAVIS KELLY and COUNTY OF LOS ANGELES and their counsel are hereby prohibited from introducing at trial any evidence, references to evidence, witness testimony, contentions, or cross-examination relating to the following issues:

1. The traffic stop policies and procedures for the Los Angeles County Sheriff's Department in effect on September 24, 2021.

2. The de-escalation policies and procedures for the Los Angeles County Sheriff's Department in effect on September 24, 2021.

3. The use of force policies and procedures for the Los Angeles County Sheriff's Department in effect on September 24, 2021.

4. The education and training of Defendant Kelly in the traffic stop policies and procedures for the Los Angeles County Sheriff's Department in effect on September 24, 2021.

5. The education and training of Defendant Kelly in the de-escalation policies and procedures for the Los Angeles County Sheriff's Department in effect on September 24, 2021.

6. The education and training of Defendant Kelly in the use of force policies and procedures for the Los Angeles County Sheriff's Department in effect on September 24, 2021.

7. The supervision of Defendant Kelly on September 24, 2021.

8. The investigation into Defendant Kelly's conduct in the incident that is the subject matter of this litigation and that took place on September 24, 2021.

9. The efforts by the County of Los Angeles and the Los Angeles Sheriff's Department to comply with the Settlement Agreement entered in USDC Case No. CV-15-03174.

It is further ordered that each of these issues shall be conclusively established in Plaintiff's favor.

DATE: _____                    _____
                                     JUDGE