THOMAS M. FERLAUTO (SBN 155503)
LAW OFFICE OF THOMAS M. FERLAUTO, APC
25201 Paseo de Alicia, Suite 270
Laguna Hills, California 92653
Telephone: 949-334-8650
Fax: 949-334-8691
Email: TMF@lawofficeTMF.com

Attorney for Plaintiff, JOSHUA ASSIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA ASSIFF,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF LOS ANGELES;<br>SHERIFF DEPUTY BADGE<br>NUMBER 404532;<br>And DOES 1 through 10,<br><br>　　　　Defendants. | Case No. 2:22-cv-05367 RGK (MAAx)<br><br>**DECLARATION OF THOMAS M. FERLAUTO IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE NO. 1 AND 2**<br><br>Action Filed: August 3, 2022<br>Pretrial Conference: July 10, 2023<br>Trial Date: July 25, 2023<br><br>Assigned to: Hon. R. Gary Klausner, District Judge, Courtroom 850 |

I, Thomas M. Ferlauto, declare as follows:

1.　This declaration is submitted in support of Plaintiff's motions in limine #1 and #2. I am an attorney licensed to practice law in the State of California, and I am Plaintiff's counsel of record herein. Consequently, I have personal knowledge of the following:

2.　According to Plaintiff's complaint: Plaintiff is a 21-year old black male and a student at Antelope Valley College where he plays basketball. Plaintiff was driving from his home to a teammate's house in order to carpool to basketball practice.

1

PLAINTIFF'S MOTION IN LIMINE #1: FOR ISSUE AND EVIDENCE SANCTIONS FOR FAILURE TO PRODUCE WITNESSES FOR DEPOSITION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT

1  For no apparent reason and without probable cause, KELLY, a male Caucasian motorcycle Sheriff deputy, pulled Plaintiff over. For no apparent reason and without probable cause, KELLY – as well as other deputies who subsequently responded to the call – all tasered, choked, pepper sprayed, beat and arrested Plaintiff. Plaintiff has asserted two causes of action – the First Cause of Action against KELLY for violation of 42 USC § 1983 (arrest without probable cause and with excessive force), and the Second Cause of Action against COUNTY OF LOS ANGELES for violation of 42 USC § 1983 (*Monell* liability).

2. Plaintiff has complied with all of his discovery obligations. Plaintiff appeared for his deposition and gave testimony on April 14, 2023. Plaintiff made his expert witness disclosure -- including expert witness report -- in a timely fashion on May 10, 2023.

3. Defendants have not complied with their discovery obligations.

4. The discovery cut-off in this action was and is May 10, 2023.

5. On March 31, 2023, Plaintiff properly noticed the deposition of the persons most knowledgeable at COUNTY OF LOS ANGELES about 9 certain relevant topics for April 26, 2023. Plaintiff offered to reset the deposition for any mutually agreeable date prior to the discovery cut-off. Attached hereto as **Exhibit 1** is a true and accurate copy of the deposition notice.

6. Defendants failed to offer alternative deposition dates prior to the discovery cut-off for Defendant the COUNTY OF LOS ANGELES, and Defendant the COUNTY OF LOS ANGELES failed to appear for its scheduled deposition on April 26, 2023. Attached hereto as **Exhibit 2** is the Affidavit of Nonappearance of Defendant COUNTY OF LOS ANGELES.

7. On May 10, 2023, Defendants brought an ex parte application seeking to continue the trial date and other pre-trial deadlines.

8. On May 12, 2023, the Court denied Defendants' motion to continue trial and other pre-trial deadlines, but permitted the parties to agree to conduct the

depositions of the Defendants (who failed to appear at their noticed depositions) after the discovery cut-off.

9. In response to the Court order, Defendants produced Defendant KELLY for his deposition. However, Defendants have not produced any witnesses for the COUNTY OF LOS ANGELES on the 9 issues identified in the deposition notice. Counsel for Plaintiff met and conferred with counsel for Defendants on dates. Plaintiff offered a wide selection of dates for the depositions. Plaintiff's only requirement was that whichever date is selected that sufficient time (7 hours) be available for questioning.

10. Defendants failed to offer witnesses on all topics, and failed to offer any witnesses with sufficient time for questioning. Defendants offered a partial date with limited time for questioning for one witness on one topic and a partial date with limited time for questioning for another witness on another topic – and at a time Plaintiff's counsel was not available. It is difficult to determine what was actually offered, because Defendants refused to identify witnesses according to the topic numbers as set forth in the deposition notice. Plaintiff's counsel continued to request dates for these depositions, but Defendant stopped responding and no other dates were ever offered. No witnesses were ever produced.

11. Attached hereto as **Exhibit 3** is a true and accurate copy of the expert report of Defendant's police use of force expert. This report is filled with opinions that lack sufficient evidentiary foundation, cannot be stated to any reasonable scientific probability, are improper credibility and/or evidence weighing opinions, and, thus, are speculative, not helpful to the jury, and are not admissible. His opinions will not assist the jury in determining whether the purported conduct was constitutional. His report is permeated with improper legal conclusions such as probable cause.

12. On June 8, 2023. I attempted to meet and confer with Defendants' counsel on these motions. Attached to this email as **Exhibit 4** is a true and accurate

3

PLAINTIFF'S MOTION IN LIMINE #1: FOR ISSUE AND EVIDENCE SANCTIONS FOR FAILURE TO PRODUCE WITNESSES FOR DEPOSITION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT

1  copy of an email that I sent on June 8, 2023.  Defendants' counsel never responded
2  to the issues raised by my email, and no agreement could be reached.

4      I declare under penalty of perjury under the laws of the State of California and
5  the United States of America that the foregoing is true and correct.  Executed this
6  12th day of June, 2023 in Orange County, California.

                                          THOMAS M. FERLAUTO