**CERTIFIED TRANSCRIPT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA ASSIFF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. |
| vs. ) | 2:22-cv-05367 RGK (MAAx) |
| ) | |
| COUNTY OF LOS ANGELES; ) | AFFIDAVIT RE |
| SHERIFF DEPUTY BADGE ) | NONAPPEARANCE OF |
| NUMBER 404532; and ) | DEFENDANT |
| DOES 1 through 10, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

    I, Barbara C. Meek, a Certified Shorthand Reporter in and for the State of California, do hereby certify:

    That at the hour of 10:00 a.m. on Wednesday, April 26, 2023, I appeared remotely via Zoom videoconference for the purpose of reporting the deposition of the Person Most Knowledgeable for the

```
 1  County of Los Angeles, a defendant herein.
 2          At that time and place there also appeared
 3  Thomas M. Ferlauto, attorney for the plaintiff, and
 4  Jacob Mayeda, Zoom videoconference host.
 5          There being no appearance by the defendant,
 6  either in person or through counsel, I departed the
 7  Zoom videoconference at 10:15 a.m.
 8
 9          EXECUTED this 26th day of April,
10      2023.
11
12      [signature: Barbara Meek]
13      BARBARA C. MEEK, CSR #8090
14      Certified Shorthand Reporter in
15      and for the State of California
16
17
18
19
20
21
22
23
24
25
```

2