# EXPERT REPORT OF MICHAEL GRAY

*Assiff, Joshua vs. County of Los Angeles, et al.*

Case No. 2:22-cv-05367

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Dated: May 10, 2023

# EXPERT REPORT OF MICHAEL GRAY

1.    I am a retired deputy sheriff (effective 02-05-2001), attaining the rank of Deputy Sheriff/Detective for the County of Los Angeles, California, Sheriff's Department. I started in my career as a deputy sheriff in 1984 and worked in that field until retirement. I held the rank of Deputy Sheriff for seventeen years. The assignments that I have worked were Custody, Patrol Deputy, Traffic Enforcement Deputy, Field Training Officer (FTO), Station Detective, and Detective Division. For eleven (11) years of my active law enforcement career I was a detective investigating property crimes such as burglary and vehicle theft and crimes against persons including but not limited to; assaults, sexual assaults, child abuse, and robbery. I have personally written over 300 search warrants and participated in the service and execution of hundreds more. As a detective, I have conducted more than two thousand investigations covering almost every area of law enforcement and have conducted interviews of witnesses, victims, and suspects in the thousands. I have been a Field Training Officer, a Trainer of new Detectives and a classroom trainer for the Department and for the Training Center and have trained over one thousand – seven hundred (1,700) California law enforcement personnel in various aspects of investigations. I am a Trainer of Trainers, personally instructing over one hundred-seventy (170) California law enforcement trainers in the Commission on POST "Master Instructor Development Program" and over four hundred (400) California law enforcement trainers in the Commission on POST "Institute of Criminal Investigations Instructor Training Course." Many of the programs and training have a component of interview and interrogation and I am very experienced in *Monell* liability claims.

a.    In 2016, I performed civil rights work for the Federal Department of Justice – Civil Rights Division, as it relates to Use of Force training in an academy, Field Training Officer program and In-Service

training, during a DOJ investigation of a major mid-west city police department and have produced reports on observations and findings used in a final report to and by the Federal Department of Justice.

b.      Since 2014, I have served as a police practices expert for both plaintiff and defense cases and as a use of force / police practices expert witness I have been retained on a range of cases including officer involved shootings, alleged excessive force, patrol procedures, jail deaths and criminal investigations. I have testified in State courts as an expert on investigations and narcotics cases and in Federal courts as an expert witness in police practices.

c.      From 2019 – 2021 I served on the San Diego County Citizens Law Enforcement Review Board (CLERB) which has jurisdiction over San Diego County Peace Officers to conduct impartial and independent reviews and render decisions on all manner of citizen complaints including jail deaths and Officer Involved Shootings, along with other complaints on Use of Force. I have reviewed policy and procedures in the County of San Diego making policy change recommendations to the San Diego County Sheriff's Department.

d.      During my time as a patrol deputy for the LASD, I was assigned to a traffic unit, enforcing traffic laws and investigating traffic collisions. During my time working this assignment I wrote over 3,500 traffic citations for a variety of violations of the California Vehicle Code.

e.      Currently I am the Executive Director of the Intergovernmental Training and Develop Center (ITDC) in San Diego, CA (a government training center, training over 4,000 law enforcement personnel annually in over 75 California POST certified courses). As the Executive Director of the

ITDC, I am active as an executive, administrator, instructor, developer, author and consultant and have responsibility for the oversight and administration of the ITDC including the oversight of over three hundred fifty (350) instructors who teach in 77 different POST certified courses that the ITDC operates. I oversee over fifteen Commission on POST Institute of Criminal Investigation (ICI) courses, in which over two thousand (2,000) law enforcement investigators are trained each year, all of which discuss in some form or fashion the laws of arrest and interview and interrogation with current updated laws.

      f.     A true and correct copy of my curriculum vitae, which more completely sets forth my education, training, experience, qualifications, and publications is attached hereto as **Exhibit 1**.

      g.     A list of all other cases in which I have testified as an expert at trial or by deposition during the previous 4 years is attached hereto as **Exhibit 2**.

      h.     My fee is $275.00 per hour for case review and preparation, $900 for 3 hours of deposition testimony (and $300.00 per additional hour or any portion thereof), and $2,500 per day for scheduled hearings and/or Court appearances.

2.     In preparing this report, I reviewed and relied on the following documents:

      a.     First Amended Complaint for Damages;

      b.     Plaintiff's response to RFA#1 by Def COLA;

      c.     Plaintiff's response to RFA #2 by Def Travis Kelly;

      d.     Plaintiff's response to RFA #2 by Sgt Travis Kelly;

      e.     Plaintiff's response to SROGS #1 by Def. COLA;

f.   Plaintiff's response to SROGS #1 by Def Travis Kelly;

g.   Medical treatment report by Payam Yermian, D.C.;

h.   Body worn camera video dated 09/24/2021;

i.   Document production from County of LA, numbered page COUNTY000001 to COUNTY0000119 which includes;

j.   Arrested person's children form;

k.   Arrestee Medical Screening form;

l.   Bail form;

m.   Booking and property record form;

n.   CLETS printout;

o.   LA County Consolidated Criminal History Reporting System printout;

p.   Henry Mayo Newhall Hospital medical clearance form;

q.   LASD Preliminary field medical screening;

r.   Probable Cause Determination (Declaration);

s.   Release of vehicle hold;

t.   Assiff, Joshua release form;

u.   LASD Station Jail inmate classification questionnaire;

v.   CHP 180 vehicle report;

w.   Registration printouts for a 2021 GMC SUV;

x.   LASD voluntary delayed release form;

y.   LASD Crime Analysis Supplemental form;

z.   LASD Internal Affairs Bureau – Mandatory Notification form;

aa.  Deputy daily worksheet, 09/24/2021, Unit 65 SCT, Gallegos, Garrett;

bb.  Deputy daily worksheet, 09/24/2021, Unit 60M4 SCT, Clark, Joshua;

cc.  Deputy daily worksheet, 09/24/2021, Unit 60MS, Kelly, Travis;

dd.  County of Los Angeles Sheriff's Department Incident report 09/24/2021, URN#921-13126-0628-058;

ee.    LASD Santa Clarita Station AM Shift In-Service;

ff.    County of Los Angeles Sheriff's Department Supplemental report 09/24/2021, URN#921-13126-0628-058 by Clark, J.;

gg.    County of Los Angeles Sheriff's Department Supplemental report 09/24/2021, URN#921-13126-0628-058 by Deputy Cohen;

hh.    County of Los Angeles Sheriff's Department Supplemental report 09/24/2021, URN#921-13126-0628-058 by Deputy Gallegos;

ii.    County of Los Angeles Sheriff's Department Supplemental report 09/24/2021, URN#921-13126-0628-058 by Detective R. De La Maza;

jj.    Taser evidence report, 09/24/2021;

kk.    Unit history report for shift date 09/24/2021, Unit 60MS;

ll.    LASD Watch Commander's Use of Force Review and Incident Analysis;

mm.    LASD Supervisor's Report on Use of Force;

nn.    LASD Unit Commander's Use of Force Review and Incident Analysis;

oo.    North Patrol Division Force Review Checklist;

3.    Based on my review and analysis of the records indicated above, I understand that this case involves the following facts:

a.    Plaintiff alleges that, on or about September 24, 2021, he, a 21-year-old (black or mixed-race male), was pulled over and subsequently arrested by a male Caucasian motorcycle officer for no apparent reason and without probable cause. He further alleges that he was tasered, choked, pepper sprayed and beaten, all in violation of his constitutional rights.

b.    The subject Deputy ("Sergeant Kelly") initiated the traffic stop at the intersection of Soledad Canyon Road and Sierra Highway because he observed a black GMC Terrain (driven by Plaintiff Assif) make a right-hand

turn without stopping for the steady circular red traffic signal (violation of California *Vehicle Code* section 21453(b)) and without yielding to pedestrians in the crosswalk (violation of California *Vehicle Code* section 21950(a)).

      c.     The incident was captured on video by Sergeant Kelly once he activated his non-department issued personal Body Worn Camera ("BWC") as he was dismounting his motorcycle at the outset of the traffic stop.

      d.     From the beginning of the traffic stop, Plaintiff was argumentative with Sergeant Kelly about the reason for the traffic stop, and contradicted Sergeant Kelly's statement that Plaintiff made a right-hand turn without stopping for the red traffic signal.

      e.     Sergeant Kelly requested Plaintiff's driver's license three times in the first approximately 45 seconds of the BWC. In response, Plaintiff continued arguing with Sergeant Kelly and did not provide his driver's license. At the third request for Plaintiff's driver's license, Sergeant Kelly warned Plaintiff to "give me your driver's license or you're going to jail."

      f.     In response to the third request for Plaintiff's driver's license, Plaintiff stated "let me grab my phone," and began to reach towards the center console of the vehicle with his right hand. Immediately thereafter, Sergeant Kelly opened Plaintiff's driver's door and ordered Plaintiff to exit the vehicle. Plaintiff responded "no I'm not."

      g.     Sergeant Kelly made physical contact with Plaintiff's left wrist for a brief moment to pull him out of the vehicle, but Plaintiff pulled his left arm away. Sergeant Kelly's report on the incident indicates that he felt Plaintiff kick him during this brief struggle.

h.      Sergeant Kelly stepped back slightly from Plaintiff and radioed for backup; he also yelled out "Josh," presumably to another Deputy in the same parking lot.  Plaintiff began to video record the incident on his cellphone.

i.      Sergeant Kelly again ordered Plaintiff to exit his vehicle multiple times, and warned Plaintiff that he would be pepper sprayed for failing to comply.  Plaintiff continues to video record Sergeant Kelly and continues his refusal to comply with Kelly's verbal commands.  Plaintiff and Sergeant Kelly continued to verbally argue for a few seconds after Sergeant Kelly warned about the use of pepper spray, and Plaintiff demanded a supervisor respond to the scene.

j.      Around 1 minute and 20 seconds into the BWC footage, Sergeant Kelly deployed his pepper-spray against Plaintiff in a 1-2 second burst, and initiated second physical contact with Plaintiff to pull him out of the vehicle.  As they struggled, Sergeant Kelly radioed that he was involved in a fight.

k.      At about 1 minute and 25 seconds into the BWC footage, a second Deputy (identified as Deputy Joshua Clark) can be seen attempting to aid Sergeant Kelly with Plaintiff to pull him out of the vehicle.  Sergeant Kelly reported that he saw Plaintiff punch Deputy Clark in the chest, and punched Plaintiff in the face with his left fist.  The physical struggle between the two Deputies and Plaintiff continued for about 55 seconds.

l.      At about 2 minutes and 20 seconds, a third Deputy (Deputy Garrett Gallegos) arrived on the scene.  At this time, Sergeant Kelly and Deputy Clark were continuing to struggle with Plaintiff who was still seated in the driver's seat of his vehicle actively resisting.  Shortly thereafter,

Deputy Gallegos deployed his Taser to Plaintiff's back through direct contact.

m.      At about 2 minutes and 27 seconds, the three Deputies were able to bring Plaintiff out of his vehicle and to the ground next to it.  Once on the ground, Plaintiff continued kicking and pulling his arms away despite commands to get onto his stomach and stop resisting.

n.      Sergeant Kelly said that he punched Plaintiff twice in the stomach to get him to comply.  At about 2 minutes and 36 seconds, Deputy Gallegos again deployed his Taser to Plaintiff in an attempt to gain compliance.

o.      Sergeant Kelly ordered Plaintiff to roll onto his stomach and place his hands behind his back, and warned that the Taser would be used again if he did not comply.  Plaintiff then rolled onto his stomach, stopped resisting and was placed in handcuffs.  At about 2 minutes, a Deputy can be heard saying "Shut the fuck up."

p.      On September 25, 2021, a judicial officer of the State of California found that there was probable cause for Plaintiff's subject arrest for California *Penal Code* sections 69 (resisting an officer) and 243(b) (battery against the person of an officer). (See Exhibits "A" – "C".)

q.      As to Sergeant Kelly, Plaintiff alleges that he "acting under color or law or color of authority, deprived Plaintiff of his rights, privileges, or immunities secured by the State and Federal Constitutions, by arresting Plaintiff without probable cause and with use of excess force in violation of the Fourth and Fourteenth Amendment to the United States Constitution." (First Amended Complaint, ¶ 15.)

r.      As to the County, Plaintiff alleges in a conclusory manner that the "County knowingly and intentionally promulgated, maintained, applied, enforced, and continued policies, customs, practices and usages… include[ing], without limitation, the employment of motorcycle and other officers to make unnecessary and unwarranted traffic stops to bully and harass African American drivers. This would include among other things, the initiation of frivolous traffic stops, arrest without probably cause, and the use of excessive force to effectuate the arrest."

4.      It is my expert opinion, based on my education, training, experience, and review of materials to date, the force used during the incident was objectively reasonable and appropriate under the circumstances; there was probable cause for Plaintiff Assiff's arrest; the County of Los Angeles responded appropriately to the incident, and; no pattern of unconstitutional acts by Sergeant Kelly or the County of Los Angeles Sheriff's Department exist that caused Plaintiff's injury.

a.      Review of Kelly's BWC footage indicates that Plaintiff Assiff both verbally and physically resisted Sergeant Kelly's detention; specifically, Assiff verbally argued with Sergeant Kelly regarding the legality of the traffic stop, he declined to provide his driver's license when requested (three times) (a violation of California Vehicle Code 12951(b), a misdemeanor) and, even after he was warned that failure to do so would result in an arrest, he refused to exit the vehicle despite being ordered to do so several times. Citizens are aware (California DMV Handbook and CVC 12951(b)) that when stopped by law enforcement they must produce a driver's license, proof of insurance and vehicle registration and if told to exit a vehicle they must comply. Citizens are generally aware they do have a First Amendment right to records interactions with law enforcement but do not have a right to interfere with the officer's lawful

duties or commands. Plaintiff was warned that failure to do so would result in him being pepper sprayed, and he physically resisted and fought Sergeant Kelly's attempts to remove him from his vehicle to effectuate an arrest a violation of Penal Code Section 148.

b. Collectively, this series of failures to comply and the escalation from passive to active (and aggressive) resistance on Plaintiff Assiff's behalf provided Sergeant Kelly with the probable cause to lawfully arrest Plaintiff pursuant to California Penal Code section 836—which allows a peace officer to arrest a person without a warrant if the officer has probable cause to believe that the person to be arrested has committed a felony.

c. Based on the aforementioned conduct, it is my opinion that Sergeant Kelly's conduct appears reasonable under the circumstances and is compliant with law enforcement training, policies, and procedures.

d. The Fourth Amendment jurisprudence has long recognized that the right to make an arrest or investigatory stop necessarily carries with it the right to use some degree of physical coercion or threat thereof to effect it. Based on my review of the incident footage, my opinion is that Sergeant Kelly's conduct was not excessive force and, instead, appears to be an appropriate degree of force, that is objectively reasonable, in light of Plaintiff's continued resistance and failure to comply with Sergeant Kelly's orders.

e. It is my opinion that The County of Los Angeles, Sheriff's Department neither promulgates, maintains, nor enforces customs or policies that allowed for nor caused Plaintiff injury. Nothing in Sergeant Kelly's personnel history presented as concerns that would give Defendant

County of Los Angeles the impression that Sergeant Kelly is either unfit for duty or dismissive of relevant policies and procedures.

f.  It is my opinion that supervisor and management personnel of the LASD, who supervise and manage Sergeant Kelly for The County of Los Angeles, responded appropriately in the review and handling of this incident, specifically shown in Sergeant Kelly's superiors review and follow up report of the incident.


g.  I have found nothing to indicate that the LASD has a custom or practice of violating the civil rights of citizens. The LASD has a very comprehensive Use of Force manual that gives thorough and specific details on the use of force and the reporting of such use of force.  There is nothing in the record(s) reviewed that would indicate that the LASD failed to properly supervise Sergeant Kelly and it is my opinion the reporting process and follow up investigation was proper, thorough and followed LASD policies and procedures.

_____

Michael Gray

# Exhibit 1

# CURRICULUM VITAE

Michael Gray
PO Box 231250
Encinitas, CA 92023
760-710-1310
mgrayconsult@protonmail.com

EMPLOYMENT HISTORY

USE OF FORCE / POLICE PRACTICES EXPERT WITNESS CONSULTANT        2014 – PRESENT
(Self- employed):

As a use of force / police practices expert witness Mr. Gray has been retained on a range of cases including officer involved shootings, alleged excessive force, patrol procedures, jail deaths and criminal investigations. Gray has testified in State courts as an expert on investigations and narcotics cases and in Federal courts as an expert witness in police practices.

GOVERNMENT TRAINING AGENCY/REGIONAL TRAINING CENTER        2006 – PRESENT

During his time at the Government Training Agency (GTA), Executive Director Gray has supervised, managed and performed executive level functions for all staff at the GTA and over 350 law enforcement trainers.

Executive Director                                                                    2011 - PRESENT
Executive, administrator, leadership, curriculum developer, policy analysis and development and management of an annual budget in excess of $5.6 million dollars and training of over 4,000 law enforcement personnel each year.

Provides the organizational goals and vision as well as setting a Mission Statement and providing direction for the training center. A government entity, the GTA provides services to other government entities both in California and around the nation.

Manage and Administer all POST programs under contract to the GTA, the CA POST Command College, Middle Management (Lieutenant) program, Supervisor Academy, Instructor Development Institute and Criminal Investigations. Provide

oversight, recruiting, selecting or approving of instructors (Chiefs, Sheriff's, Commander's, Captain's and Lt's).

Consultant and Subject Matter Expert to the California Commission on POST for a variety of topics to include; Management, LE Supervision, Officer Involved Shooting course, Advanced Homicide Investigations, Investigations, Identity Theft, Mental Health, Procedural Justice and Police Legitimacy, and De-escalation

Management Assignments                                                    2006 – 2011

Director of Law Enforcement Training – manage a budget of $2.5 million dollars, identify, select and train instructors and coordinators for a number of CA POST Investigative courses under the POST Institute of Criminal Investigation.

Program Management of the CA POST Instructor Development Institute. Oversight, policy development and implementation for the IDI program, coordination of courses, curriculum development and instructor selection, development, mentoring and training.

Policy development for POST programs. Work with POST personnel on developing guidelines for updating curriculum, mentoring and course development.

BOARD MEMBER – SAN DIEGO COUNTY CITIZEN'S LAW ENFORCEMENT REVIEW BOARD (CLERB)
                                                    August 2019–November 2021

Board members of CLERB have jurisdiction over peace officers employed by the San Diego County Sheriff's Department and the Probation Department and conducts independent, and impartial reviews of complaints of misconduct and deaths and other specified incidents arising out of or in connection with actions of peace officers. CLERB has authority to review complaints and render decisions on all types of citizen complaints and all jail deaths and Officer Involved Shootings (OIS). In addition to reviewing complaints, CLERB reviews policy and makes policy change recommendations to the San Diego County Sheriff's Department and Probation department as is deemed necessary.  During Gray's term on CLERB, he reviewed over 20 Officer Involved Shooting cases, and in-custody death investigations as well as reviewing policies and procedures of the San Diego County Sheriff's department, rendering decisions with the Board on actions to take concerning these cases and making recommendations of policy change to the COSD Sheriff's Department.

REGIONAL TRAINING CENTER – (CONTRACT BASIS)                        11/1997 to 09/2006

Course Administrator

Program Administrator for a 40-hour instructional course for California law enforcement; Identity Theft Investigations & Hate Crimes

Program Coordinator
Program Coordinator and facilitator for the California Peace Officer Standards and Training (POST), Master Instructor Development Program (MIDP)


Instructional and Curriculum Design
Design both instructor training and conducted curriculum design for POST programs Advanced Homicide Course – curriculum development, course development, course planning and implementation.


LOS ANGELES COUNTY SHERIFF'S DEPARTMENT – DEPUTY SHERIFF/DETECTIVE/SUPERVISOR:
02/1984 to 02/2001

Deputy Sheriff – custody, patrol, field training officer, acting team sergeant.
- o Custody – Men's Central Jail, floor deputy, module deputy, main control
- o Patrol operations, Field Training Officer
- o Detective – station level, crimes against persons, property crimes, missing children
- o Detective – station level, vehicle theft investigations
- o Detective assigned to Taskforce for Regional Autotheft Prevention (TRAP)
- o Detective A/Sergeant, TRAP – established a team within the taskforce and supervised this team


EDUCATION

Point Loma Nazarene University
San Diego, CA
Degree: Master's in Organizational Leadership
Year: 2016

University of Phoenix
Phoenix AZ 85040-1908
Degree: Bachelor's in Business Management
Year: 2001

Rio Hondo Community College
Whittier, CA 90601-1699
Major: Administration of Justice
Year:    1987/1988

CALIFORNIA COMMISSION ON PEACE OFFICER STANDARDS AND TRAINING (POST) CERTIFICATES

| | |
|---|---|
| Basic | 1985 |
| Intermediate | 1990 |
| Advanced | 1993 |
| Master Instructor | 1997 |

PUBLICATIONS

2017 – Co-wrote article, "A Practitioner's Guide to the Documentation of the Use of Force – 2017," published in Illinois Enforcement Training and Standards Board, Executive Institute, Law Enforcement Executive Forum, Vol. 17, No 2. October 2017.

2017 – Wrote article, "Procedural Justice Framework as a Leadership Model," published in the quarterly newsletter for the International Association of Directors of Law Enforcement Standards and Training (IADLEST), April 2017.

2015 – Wrote article titled, "Is Law Enforcement Training Affective Enough," published in the International Chiefs of Police Association (IACP) online magazine, November 2015.

2015 – Co-authored article titled "Meeting Your Training Needs Simply and Effectively," published in the July 2015 issue of California Peace Officers' Association magazine.

2006 – Wrote article on mentoring for instructors for the California POST Master Instructor Development Program.

2001 – (Updated version 2004 and 2006) Wrote and published: Manual on "Mentoring Coordination for the Master Instructor Program."

2000 – (Updated 2006) Published: Manual on "Mentoring Coordination for the ICI Mentor."

1997 - Published author: Article on "Vehicle Theft by Fraud," Published 1997 in the International Auto Theft Investigators Magazine with worldwide audience.

JOB-RELATED HONORS, AWARDS, AND SPECIAL ACCOMPLISHMENTS:

2011 – State of California Commission on POST "Lifetime Achievement Award;"

2010 – Present: Member FBI-LEETA;

2009 – Commission on POST, ICI "Founders" Award;

2007 – Performance award for outstanding job performance at RTC;

1998 – 2005: Member of Association for Law Enforcement Trainers (ASLET);

1993 – Present: Member of the Association for Training and Development (ATD);

1993 – Awarded the silver medal for meritorious conduct by Sheriff Sherman Block, LASD;

1989 to 2000 Numerous commendations for exceptional performance – LASD;

1998 – Train the Trainer (California State University at Long Beach) Certificate;

1999 – Supervision Training (California State University at Long Beach) Certificate;

PROFESSIONAL ACTIVITIES
- Team Building – POST certified team building facilitator;
- Instructor / Presenter of law enforcement training to in-service officers or departments;
- Committee Member – POST Instructor Standards Advisory Committee;
- Specific area of expertise – investigations, police procedures & practices, supervision, training and Use of Force;
- Curriculum Developer and Reviewer of curriculum writing;
- Past Instructor – LASD Academy and In-service Instructor;
- Operation of POST Instructor Symposium;
- Training of trainers in police training procedures;
- Consultant - Commission on Peace Officer Standards and Training, State of California
- Organizational Consulting (leadership, training, administration)

ASSOCIATIONS

Member – International Association of Chiefs of Police

Member – International Association of Law Enforcement Academy Directors

Member – FBI-LEEDA

Member – Master Instructor Development Program Association

Member – Association for Talent Development

Member – California Police Officers Association

Member – Founding member of Women Leaders in Law Enforcement, San Diego Chapter.

## CONSULTING

1. **Vehicle Theft Telecourse Development**                     **1996**
   Development of a POST Telecourse to train patrol
   and detectives in procedures and processes of
   vehicle theft investigations.

2. **Institute of Criminal Investigation (ICI)**               **1997 to Present**
   ICI Instructors Training for Trainers Course,
   Instruct new trainers in instructional methodology
   on classroom presentation, facilitation,
   learning activity development, safety planning,
   course design and POST procedures.

3. **Master Instructor Development Program (MIDP)**            **2000 - 2007**
   Reviewed, designed and redesigned portions of
   the MIDP for the training and development of
   law enforcement trainers. Developed Lesson Plans
   for the program and updated on a yearly basis.

4. **Institute of Criminal Investigations (ICI)**              **2001 - present**
   Review curriculum, write curriculum and
   implement the ICI Identity Theft Investigations
   course. Made recommendations for investigative
   procedures related to investigations. Taught
   investigative procedures to Identity Theft and
   Financial Crimes Investigators.

5. **Institute of Criminal Investigations (ICI)**              **2001 - 2002**
   Review curriculum, write curriculum and
   implement the ICI Hate Crimes Investigations
   course. Made recommendations for investigative
   procedures related to investigations. Course certified by POST.

6. **POST Homicide Investigators Attributes Meeting**         **2004**
   Committee to study and document the attributes
   of the Criminal Homicide Investigator. Details of
   study used in POST work for update of Homicide
   course and creation of Advanced Homicide course

7. **POST Advanced Homicide Course Scenarios**               **2004**
   Committee to create curriculum for the POST
   Advanced Homicide course. Wrote curriculum,
   scenarios, learning activities and all documents
   related to this POST certified course.

**8.** **POST Advanced Homicide Course Pilot**                **2005**
Reviewed course pilot, reviewed investigative
techniques, processes for investigations,
reviewed and evaluated trainer performance,
student performance and wrote recommendations
for changes – adopted by POST in re-certification
of the course.

**9.** **POST Master Instructor Planning Committee**          **2005**
Committee to review, update and plan new
material for the POST Master Instructor Program.
Revisions/changes were adopted by POST.

**10.** **POST Master Instructor Update Conference**          **2006**
Committee to plan and present a conference
for POST Master Instructors in training and
development updates. Conference presented
with POST certification.

**11.** **POST VICE Curriculum Development Update**           **2006**
Review of VICE course, interview of instructors,
curriculum update and production of new/updated
VICE course instructional guidebook. Adopted and
certified by POST.

**12.** **POST ICI Presenters Meetings**                     **2006 – Present**
Participation on committee of ICI course presenters
which regularly review content and process for the
presentation of ICI courses.

**13.** **POST Law Enforcement Conference**                  **2006**
Committee planning and execution of the
annual POST law enforcement conference for
trainers/instructors.

**14.** **POST Instructor Standards Advisory Committee**     **2006 – Present**
Member of Committee which reviews, determines
new standards for law enforcement instructors
in California and makes recommendations to the
Commission on POST.

**15.** **POST Instructor Symposium Committee**              **2006 – 2016**
Head and direct the committee which gives
recommendations on the presentation of the
annual Instructor Symposium for California law
enforcement.

**16.**      **POST Instructor Development Institute (IDI)**          **2006 – Present**
Committee to create the POST Instructor
Development Institute which was adopted by
POST with courses presented by GTA.

**17.**      **POST Detective Symposium Committee**          **2008 – 2012**
Member of committee which reviews and determines
best practices and training for annual POST Detective
Symposium.

**18.**      **POST ICI Real Estate Fraud Curriculum Development**          **2008**
Facilitated committee and wrote curriculum in the
development of the ICI Real Estate Fraud
Investigations Course. Course certified by POST.

**19.**      **POST IDI Special Instructor Development Course**          **2008**
Committee to create and present the course for POST.
Certified in 2008 and presented 2008-2010.

**20.**      **Institute of Criminal Investigation (ICI)**          **2009 - 2010**
ICI Instructors Training for Trainers Course,
Headed and directed the re-design of this POST
course to meet the needs of the trainee. All
changes adopted and certified by POST.

**21.**       **Institute of Criminal Investigations (ICI)**          **2009**
Committee review and recommendations and
oversight in the development and writing of
curriculum in the for the ICI Technology in Investigations
Course. Course was certified by POST.

**22.**      **POST Strategic Planning Steering Committee**          **2009**
Facilitated meetings for the POST committee's
study of future direction and organizational
objectives for the Commission on POST.

**23.**      **POST Training Managers Committee**          **2010**
Committee member reviewing and discussing
current trends of training and instruction for training
managers within the law enforcement community.
Recommendations given to POST Staff.

**24.** **POST Quality Assessment Committee**                    **2011 – 2012**
Committee to study, review and make
recommendations to POST regarding the development
of standardized assessments across all POST training
programs. Participated in multiple meetings and review
of instruments to evaluate law enforcement instructors
and training programs.

**25.** **POST Management Course Update**                    **2013 – Present**
Committee to review, update and create new
curriculum for the Management (lieutenants) course.
Recommendations being presented to POST on ongoing basis.

**26.** **Traffic Collision Investigations**                    **2013 – 2015**
Work with Traffic Collision subject matter experts on
the design of a Traffic Collision Institute. Review and
provide training Recommendations and implementation
processes. Provide executive level review of curriculum,
outlines and all content regarding six levels of training
courses.

**27.** **POST Institute of Instructor Development**                    **4/2014 – 2017**
Committee member and presenter for the Academy
Instructor Certification Course update and creation of
Training for AICC Trainers course. Committee conducted
the review and update for the standardization of this
instructor course that affects all law enforcement academy
instructors – ongoing.

**28.** **Instructor Development Symposium**                    **2007 – 2014**
Planning and implementation of a law enforcement
training program for 420 law enforcement trainers from
throughout California.

**29.** **POST "Edge of Chaos: Response to Critical Incidents"**                    **8/2014 – 2016**
Review, provide training recommendations, present and
prepare for certification of the pilot program of Critical
Incident Response. Provide input and recommendations to
committee in the development of the program. Provide
consultation and recommendations to the Commission on
POST for implementation of training curriculum for this
program. Attended pilot class providing support and oversight.

**30.** **POST ICI Officer Involved Shooting (OIS) Course Update** 10/2015
Committee member and training Subject Matter Expert
for the POST ICI OIS course update. Review and update
of curriculum, review and update of training methods and
provide input on current methods of training in this area.

**31.** **POST Officer Involved Shooting Investigations** 01/2016
Attended 40-hour POST ICI OIS course presented
by Mira Mar College, San Diego. Viewed course
content and Instructors to evaluate for inclusion
into SDRTC ICI Course menu.

**32.** **POST Officer Involved Shooting Investigations** 01/2016
Oversaw the development of the CA POST Officer Involved
Shooting Investigations course, worked with coordinator's,
Attorney's and wrote/re-wrote curriculum to update
this forty-hour course. Applied for and was granted
certification of this course from POST. First offering of
course was presented August 2016 by the Regional
Training Center in Orange County, CA.

**33.** **Federal Department of Justice - Civil Rights Division** 07/2016 – 09/2016
Contracted to review training processes and procedures
at the Chicago Police Department. Reviewed training on the
Use of Force, Academy Training, In-Service Training, Tactics and
Firearms.  Authored a 17-page report to the USDOJ on my review
and findings on Use of Force, training within the academy, in-
service training, tactics and firearms and a summation on the
review of numerous videos, training materials, FTO materials
and interviews with personnel in the department as well as
my observations during two patrol "ride-alongs".

**34.** **California Commission on POST – De-escalation Project.** 2019 - 2020
Contract with POST to oversee and administer a
de-escalation summit of top law enforcement professionals
from around the country and create a publication on
de-escalation for dissemination to California law enforcement
and other states upon request. Publication released in August
2020.

35. **City of Imperial Beach – Consultant**                    **August 2020**
    Work with City Manager on Ad Hoc Committee on the current    **Sept 2020**
    state of affairs with Sheriff's contract for services. Review Use
    of Force reports and documents, RIPA stats and other pertinent
    documents in relation to police services for the City of Imperial
    Beach CA.

36. **Traffic Accident Investigations – Executive Director**    **2019 - 2021**
    Oversee and manage multiple traffic investigation courses
    presented by the RTC to include Basic Investigations,
    Intermediate Investigations, Advanced and Reconstruction.


**LAW ENFORCEMENT TRAINING**

| | |
|---|---|
| LASO JAIL OPERATIONS | 04/1984 |
| LASO BASIC ACADEMY | 08/1984 |
| LASO LASER FIREARMS TRAINING | 05/1987 |
| LASO ADVANCED OFFICER COURSE (FOSD) | 06/1987 |
| LASO INTOXILYZER BREATH MACHINE | 08/1987 |
| LASO LASER FIREARMS TRAINING - II | 08/1987 |
| LASO DRUG ALCOHOL RECOGNITION TRNG | 02/1988 |
| LASO DRIVER TRAINING | 03/1988 |
| LASO RADAR OPERATOR TRAINING | 03/1988 |
| LASO TRAFFIC ACCIDENT INVESTIGATION | 04/1988 |
| LASO COMMERCIAL VEHICLE ENFORCEMENT | 09/1988 |
| LASO HAZARDOUS MATERIALS TRANSP ENF | 09/1988 |
| LASO ADVANCED OFFICER COURSE | 02/1989 |
| LASO FIELD TRAINING OFFICER | 11/1989 |
| LASO CRIMINAL INVESTIGATION I | 03/1990 |
| LASO MISSING PERSONS/RUNAWAYS | 10/1990 |
| CSU-SN JOS SEXUAL ASSAULT INVESTIGATION | 06/1991 |
| LASO LASER FIREARMS TRNG-II, UPDATE | 06/1991 |
| LASO ADVANCED OFFICER COURSE | 08/1991 |

| | |
|---|---|
| LASO GANGS AND SUBCULTURES UPDATE | 08/1991 |
| CSU-SN JOS ROBBERY INVESTIGATION | 10/1991 |
| POST TELECON-LEGISLATIVE UPDATE | 04/1992 |
| LASO DRIVER TRAINING (EVOC) UPDATE | 08/1992 |
| LASO LASER FIREARMS TRAINING UPDATE | 03/1993 |
| CHP VEHICLE THEFT INVESTIGATION | 05/1993 |
| LASO SKILLS & KNOWLEDGE MODULAR TRN | 09/1993 |
| LASO SKILLS & KNOWLEDGE MODULAR TRN | 09/1993 |
| LASO SKILLS & KNOWLEDGE MODULAR TRN | 11/1993 |
| LASO ANALYTIC INTERVIEWING | 12/1993 |
| LASO FIREARMS/TACTICAL RIFLE | 09/1994 |
| LASO SKILLS & KNOWLEDGE MODULAR TRN | 12/1994 |
| LASO SKILLS & KNOWLEDGE MODULAR TRN | 08/1995 |
| LAPD S&K-PREV. SEXUAL HARASSMENT | 09/1995 |
| CSU-SN JOS FRAUD/FORGERY INV-BASIC (ICI) | 01/1996 |
| LASO ADVANCED OFFICER COURSE | 01/1996 |
| LASO SEXUAL HARASSMENT | 01/1996 |
| LASO S&K-CULTURAL DIVERSITY PART I | 01/1996 |
| LASO S&K-CULTURAL DIVESITY PART II | 02/1996 |
| LASO S&K-FORCE TRAINING PART II | 05/1996 |
| LASO S&K-CODE 3 PURSUIT DRIVING | 09/1996 |
| POST MASTER INSTRUCTOR CLASS #6 | 09/1996 |
| POST MASTER INSTRUCTOR DEVELOP PRGM | 11/1996 |
| LASO LASER FIREARMS TRAINING UPDATE | 12/1996 |
| POST MASTER INSTRUCTOR DEVELOPMNT 6 | 01/1997 |
| LASO S&K-FORCE TRAINING PART III | 04/1997 |
| POST MASTER INSTRUCTOR DEV. PROGRAM | 04/1997 |
| POST TRAINING SEMINAR | 06/1997 |
| POST MSTR. INSTR. DEV. CLASS #6 | 07/1997 |

| | |
|---|---|
| M TOLERNCE CULT. DIV.-TOOLS FOR TOLERANCE | 11/1998 |
| POST SUPERVISION COURSE INSTRUCTORS | 04/1999 |
| LASO DRIVER TRAINING (EVOC) UPDATE | 05/1999 |
| POST LAW ENF RESP TO WEAPO OF MASS | 02/2002 |
| POST LAW ENF RESP TO WEAPS OF MASS | 02/2002 |
| D-PREP TERRORISM L.E. RESP. SUPR/MGR | 08/2002 |
| HAYWARD PD EFF. EXECUTIVE COMMUNICATIONS | 02/2014 |
| LAW ENFORCEMENT RESPONSE TO TERRORISM | 02/2015 |
| POST/DOJ PRINCIPLED BASED POLICING COURSE | 09/2016 |
| POST ONLINE COURSE (COMMUNICATION) | 01/2017 |
| POST ONLINE COURSE (SEARCH WARRANT FUND) | 01/2017 |
| POST ONLINE COURSE (TARGET YOUR TEACHING) | 01/2017 |

**WORKSHOPS/MEETINGS ATTENDED/TRAINING CONDUCTED**

| | |
|---|---|
| POST VEHICLE THEFT TELECOURSE WKSP | 02/1996 |
| POST VEHICLE THEFT TELECOURSE WKSP | 04/1996 |
| POST VEHICLE THEFT TELECOURSE | 06/1996 |
| POST ICI INSTRUCTOR UPDATE WKSP #1 | 09/1997 |
| POST ICI INSTRUCTORS UPDATE WKSP M1 | 11/1997 |
| POST ICI INSTRUCTORS UPDTE WKKSP M2 | 12/1997 |
| POST ICI INSTRUCTOR UPDATE WKSP | 03/1998 |
| POST ICI INSTRUCTORS WKSP #22, A | 04/1998 |
| POST ICI INSTRUCTORS WORKSHOP #23 | 10/1998 |
| POST ICI INSTRUCTORS WKSP #24 PARTI | 11/1998 |
| POST MASTER INSTRUCTOR PRGRM #10 | 02/1999 |
| POST MASTER INSTRUCTOR REVIEW MTG | 02/1999 |
| POST MIDP UPDATE CONFERENCE | 06/1999 |
| POST SUPERV. COURSE INSTRUCTOR TRNG. | 06/1999 |
| POST MIDP CLASS #10M VALIDATION WKS | 07/1999 |
| POST MASTER INSTRUCTOR CLASS | 10/1999 |

| | |
|---|---|
| POST MASTER INSTR. DEV. PROGRAM | 11/2000 |
| POST ICI IDNETIFY THEFT CURR. WKSHP | 12/2000 |
| POST ICI INSTR. WORKSHOP CLASS 33 | 01/2001 |
| POST MIDP CLASS 13 | 01/2001 |
| POST ICI INSTR. WORKSHOP CLASS 33 | 02/2001 |
| POST ICI INSTR. WORKSHOP CLASS 34 | 03/2001 |
| POST PLANNING MEETING FOR MASTER IN | 03/2001 |
| POST ICI THEFT CURRICULUM WORKSHOP | 04/2001 |
| POST MIDP DIMENSIONS VALIDATION WRK | 05/2001 |
| POST MIDP UPD CONFERENCE | 06/2001 |
| POST ICI INSTR. WORKSHOP | 07/2001 |
| POST MASTER INSTR DEV PROG (MIDP) V | 08/2001 |
| POST MIDP CURRICULUM REVIEW MTG | 09/2001 |
| POST ICI INSTRUCTOR CLASS #36 | 10/2001 |
| POST MAST INST DEV PROG (MIDP) DIM | 04/2002 |
| SDRTC IDENTITY THEFT INVEST-ICI | 06/2002 |
| POST MIDP PROJECT VALIDATION WKSHOP | 08/2002 |
| SDRTC IDENTITY THEFT INVEST-ICI | 08/2002 |
| POST MASTER INST. DEV PROG (MIDP) | 11/2002 |
| POST MIDP LEARNING CONTRACT WKSHOP | 11/2003 |
| POST MASTER INST DEV PROG UPD CONF | 01/2004 |
| POST MIDP CORE COURSE | 03/2004 |
| POST MIDP DIMENSIONS WORKSHOP | 04/2004 |
| POST MIDP LEARNING CONTRACT WKSHOP | 04/2004 |
| POST ICI ADV HOM INV COURSE CURR MT | 07/2004 |
| POST MIDP FINAL VALID WKSHOP | 07/2004 |
| POST ICI HOMICIDE INV ATTRIBUTES MT | 08/2004 |
| POST MIDP CLASS 16 GRADUATION | 10/2004 |
| POST ICI ADV HOMICIDE COURSE SCEN | 10/2004 |

| | |
|---|---|
| POST ADVANCED HOMICIDE SCENARIO | 12/2004 |
| POST ADVANCED HOMICIDE SCENARIOS | 01/2005 |
| POST MIDP FINAL VALIDATION WKSHOP | 01/2005 |
| POST ICI ADVANCED HOM COURSE CURR | 02/2005 |
| POST MIDP CORE COURSE | 03/2005 |
| POST MIDP #19 LEARNING CONT WKSHOP | 04/2005 |
| POST ICI ADV HOM INV COURSE PRE-PIL | 05/2005 |
| POST ICI ADVANCED HOM INV COURSE | 06/2005 |
| POST ADV HOM INV COURSE INST./ACT | 07/2005 |
| POST ID THEFT COURSE ALIG MTG | 08/2005 |
| POST ADV. HOMICIDE INV COURSE INST | 09/2005 |
| POST MIDP CLASS #20 CORE COURSE | 10/2005 |
| POST MIDP STAFF MEETING | 10/2005 |
| POST MIDP CONTRACTS WKSHOP | 11/2005 |
| POST ICI ADVISORY COUNCIL | 12/2005 |
| POST MIDP CONF PLANNING COMM MTG | 12/2005 |
| POST ICI ADV HOMICIDE INV COURSE SC | 12/2005 |
| POST ISAC | 02/2006 |
| POST MIDP CLASS #21 CORE COURSE-BEG | 04/2006 |
| POST MIDP LEARNING CONT WKSHOP | 05/2006 |
| POST MIDP UPDATE CONFERENCE | 06/2006 |
| POST ICI INST UPD SYMPOSIUM | 06/2006 |
| POST MIDP-TTP VALIDATION | 08/2006 |
| POST ICI CORE COURSE PRESENT & COOR | 09/2006 |
| POST VICE CURRICULUM UPDATE | 10/2006 |
| POST ICI CORE COURSE MEETING | 11/2006 |
| POST PLANNING THE 2007 POST LAW ENF | 12/2006 |
| POST HUMAN TRAFFICKING COURSE DEV. | 02/2007 |
| POST ISAC MTG. | 02/2007 |

| | |
|---|---|
| POST INSTRUCTOR SYMPOSIUM MTG. | 02/2007 |
| POST JOB ANALYSIS USUABILITY MTG. | 03/2007 |
| POST INSTRUCTOR DEV. INSTITUTE | 04/2007 |
| POST ICI DETECTIVE SYMPOSIUM | 05/2007 |
| POST ADV. HOMICIDE INV-TELECOURSE WKSHOP | 08/2007 |
| POST MIDP-TTP VALIDATION | 08/2007 |
| POST ISAC MTG. | 09/2007 |
| POST ICI ADVISORY COUNCIL MTG. | 09/2007 |
| POST ICI PRESENTERS MTG. | 09/2007 |
| POST ADV. HOMICIDE INVES-TELECOURSE WKSHP | 09/2007 |
| POST INST. DEV. SYMPOSIUM MEETING | 10/2007 |
| POST MIDP-GRADUATION | 11/2007 |
| SDRTC ICI/IDI-SPECIAL INSTRUCTOR DEV. | 01/2008 |
| POST REAL ESTATE FRAUD CURR. DEV. WKSHOP | 04/2008 |
| SDRTC IDI-ADVANCED INSTRUCTOR, PHASE I | 04/2008 |
| POST REAL ESTATE FRAUD CURR. DEV. WKSHOP | 06/2008 |
| POST ISAC MTG. | 08/2008 |
| CSU-SN JOS ICI DETECTIVE SYMPOSIUM | 04/2009 |
| POST ICI PRESENTER/COORDINATOR MTG. | 04/2009 |
| SDRTC ICI INSTRUCTOR DEVELOPMENT SYMPOSIUM | 05/2009 |
| SDRTC INSTRUCTOR DEVELOPMENT SYMPOSIUM | 05/2009 |
| SDRTC IDI-LEADERSHIP AND MENTORING FOR INST | 11/2009 |
| SDRTC IDI-MASTER INSTRUCTOR CERTIFICATION | 11/2009 |
| SDRTC IDI-LEADERSHIP AND MENTORING FOR INST | 12/2009 |
| POST STRATEGIC PLAN | 12/2009 |
| POST ICI TECH. FOR INV. COURSE DEV. | 03/2010 |
| CSU-SN JOS ICI DETECTIVE SYMPOSIUM | 04/2010 |
| POST TRNG. MANAGERS COURSE REVIEW | 10/2010 |
| CSU-SAC COURSE ADMINISTRATOR TRAINING (ICI) | 01/2011 |

| | |
|---|---|
| POST QUALITY ASSESSMENT WORKSHOP | 03/2011 |
| LAPD ICI DETECTIVE SYMPOSIUM | 04/2011 |
| POST QUALITY ASSESSMENT WORKSHOP | 04/2011 |
| POST ICI PLANNING MEETING | 10/2011 |
| POST QUALITY ASSESSMENT WORKSHOP | 01/2012 |
| POST ICI CORE PRESENTER WORKSHOP | 08/2013 |
| POST ISAC WORKSHOP | 09/2013 |
| POST MANAGEMENT UPDATE-SME | 11/2013 |
| POST ISAC WORKSHOP | 12/2013 |
| POST MANAGEMENT COURSE UPDATE MEETING | 02/2014 |
| POST ISAC WORKSHOP | 04/2014 |
| IDI AICC INSTRUCTORS TRAINING FOR TRAINERS | 06/2014 |
| IDI AICC INSTRUCTORS TRAINING FOR TRAINERS | 07/2014 |
| ICI CORE COURSE COORDINATOR LEAD INSTRUC. | 01/2015 |
| RECORDS COURSE SUPERVISORY UPDATE | 03/2015 |
| HOMELAND SECURITY MGT COURSE UPDATE | 06/2015 |
| ICI PROGRAM MANAGEMENT BUDGET MEETING | 07/2015 |
| POST ISAC WORKSHOP | 07/2015 |
| ICI OIS COURSE UPDATE MEETING | 10/2015 |
| POST IDI PRESENTERS MEETING | 10/2015 |
| ICI OIS COURSE UPDATE MEETING | 10/2015 |
| POST MANAGEMENT COURSE UPDATE | 03/2016 |
| POST ICI CORE COURSE UPDATE | 07/2016 |
| POST ICI TERRORISM COURSE UPDATE | 10/2016 |
| POST ISAC MEETING | 11/2016 |
| POST ICI TERRORISM COURSE UPDATE | 12/2016 |
| POST ICI TERRORISM COURSE UPDATE | 01/2017 |
| POST BASIC COURSE CONSORTIUM MEETING | 01/2017 |
| POST PROCEDURAL JUSTICE MEETING | 01/2017 |

| | |
|---|---|
| POST ICI PRINCIPLED POLICING UPDATE | 02/2017 |
| POST FTO COURSE UPDATE MEETING | 03/2017 |
| POST COURT ROOM PREP DEVELOPMENT WKSHOP | 04/2017 |
| POST BASIC COURSE CONSORTIUM MEETING | 05/2017 |
| IACP ANNUAL CONFERENCE 2017 PHILADELPHIA | 10/2017 |
| TEAM BUILDING WORKSHOP, BENICIA PD | 05/2017 |
| TEAM BUILDING WORKSHOP, EAST BAY CHIEFS | 09/2017 |
| TEAM BUILDING WORKSHOP, WESTMINSTER PD | 09/2018 |
| TEAM BUILDING WORKSHOP, ALBANY PD | 12/2018 |
| TEAM BUILDING WORKSHOP, ALHAMBRA PD | 05/2019 |
| LEADERSHIP AND EXEC. TRAINING, CO OF SAN DIEGO | 03/2019 – 10/2019 |
| POST DE-ESCALATION SUMMIT, SAN DIEGO, CA | 10/2019 |
| POST MANAGEMENT COURSE UPDATE | 11/2020 |
| TEAM BUILDING WORKSHOP, FRESNO PD | 02/2022 |
| TEAM BUILDING AND EXEC. DEVELOPMENT COSD | 11/2022 |

# Exhibit 2

**<u>Testimony:</u>**

| | | |
|---|---|---|
| Isom. et al., Plaintiffs vs. | Deposition | 01/15/2016 |
| City of Los Angeles, et al. | Trial | 04/20/2016 |
| Case No.: CV 14-8826 AB (RZx) | | |
| | | |
| Hunter; et al., Plaintiffs vs. | Deposition | 02/15/2016 |
| County of Los Angeles; et al., Defendants | | |
| Case No.: CV 14 – 09482-GHK (MANx) | | |
| | | |
| Sheppard; et al., Plaintiffs vs. | Trial | 09/15/2016 |
| County of Los Angeles; et al., Defendants | | |
| Case No.: CV 15 – 02920 SJO-JC (MANx) | | |
| | | |
| J. Gocke vs. United States of America and | Deposition | 07/15/2019 |
| County of San Bernardino, et al. | | |
| Case No.: 16-CV-1560 MWF (SHK) | | |
| | | |
| Estate of Keagan Schweikle et. al., Plaintiffs | Deposition | 08/12/2020 |
| City of Benton Arkansas, et. al, Defendants | | |
| Case No. 4:17-CV-00460-BSM | | |