UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA ASSIFF,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF LOS ANGELES;<br>SHERIFF DEPUTY BADGE<br>NUMBER 404532;<br>And DOES 1 through 10,<br><br>　　　　Defendants. | Case No. 2:22-cv-05367 RGK (MAAx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION IN LIMINE #2**<br><br>Action Filed: August 3, 2022<br>Pretrial Conference: July 10, 2023<br>Trial Date: July 25, 2023<br><br>Assigned to: Hon. R. Gary Klausner, District Judge, Courtroom 850<br><br>All Discovery Matters Referred to: Hon. Maria A. Audero, District Judge |

　　Having considered the moving and opposition papers in connection with Plaintiff's motion in limine #2, and for good cause shown,

　　IT IS HEREBY ORDERED that Defendants TRAVIS KELLY and COUNTY OF LOS ANGELES and their counsel are hereby prohibited from introducing at trial any evidence, references to evidence, witness testimony, contentions, or cross-

examination relating to the expert opinions of Defendants' expert Michael Gray, specifically:

    1)     Whether Defendant Kelly had "probable cause" to arrest Plaintiff;

    2)     Whether Defendant Kelly used "excessive force" to arrest Plaintiff;

    3)     Whether customs or policies promulgated, maintained, or enforced by the LASD caused Plaintiff's harm; and

    4)     Whether an LASD custom or practice violated the civil rights of its citizens.

DATE: _____                _____
                                                       JUDGE