1 | PATRICK E. STOCKALPER, SBN 156954
MOLSHREE GUPTA, SBN 275101
2 | KJAR, MCKENNA & STOCKALPER, LLP
841 Apollo Street, Suite 100
3 | El Segundo, California 90245
Telephone (424) 217-3026
4 | Facsimile (424) 367-0400
pstockalper@kmslegal.com
5 | mgupta@kmslegal.com

6 | Attorneys for Defendants,
**COUNTY OF LOS ANGELES and DEPUTY TRAVIS KELLY**
7 | *(Defendants is exempt from filing fees pursuant to Government Code § 6103)*

8 |

9 | **UNITED STATES DISTRICT COURT**

10 | **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 11 JOSHUA ASSIFF, | **Case No.: 2:22-cv-05367 RGK(MAAx)** |
| 12 | |
| 13 Plaintiffs, | **DECLARATION OF MOLSHREE GUPTA, ESQ. IN SUPPORT OF PLAINTIFF'S APPLICATION TO FILE DOCUMENTS UNDER SEAL (L.R. 79-5.2.2(B)(1))** |
| 14 v. | |
| 15 | |
| 16 COUNTY OF LOS ANGELES; SHERIFF DEPUTY BADGE | |
| 17 NUMBER 404532; And DOES 1 through 10, | *(Filed Concurrently with Defendants' Reply ISO Motion for Partial Summary Judgment)* |
| 18 | |
| 19 Defendants. | Date:      June 26, 2023 |
| 20 | Time:      9:00 a.m.<br>Crtrm:     850 |
| 21 | |
| 22 | Action Filed: August 3, 2022 |
| 23 | Pretrial Conference: July 10, 2023<br>Trial Date: July 25, 2023 |
| 24 | |
| 25 | Assigned to: |
| 26 | Hon. R. Gary Klausner, District Judge<br>Courtroom 850 |
| 27 | |
| 28 | |

1

# DECLARATION OF MOLSHREE GUPTA, ESQ.

I, MOLSHREE GUPTA, ESQ., declare and state as follows:

1.     I am an attorney at law duly licensed to practice as such before all the courts of the State of California and am a partner in the law offices of Kjar, McKenna & Stockalper, LLP, attorneys of record for moving parties, Defendants COUNTY OF LOS ANGELES and SERGEANT TRAVIS KELLY (collectively, "Defendants") in the action entitled *Assiff v. County of Los Angeles, et al*, Case Number 2:22-cv-05367 RGK(MAAx).

2.     I have personal knowledge of the matters set forth herein, and if called to testify, I could and would competently testify to the facts set forth in this Declaration based upon my personal knowledge.

3.     This declaration is made in connection with Plaintiff's Application for leave to file documents under seal, filed on June 5, 2023 (Dckt. # 53) and in response to this Court's Order regarding the same, filed on June 12, 2023 (Dckt. #69).

4.     On June 5, 2023, Plaintiff filed his Opposition to Defendants' Motion for Partial Summary Judgment, in conjunction with the subject Application, to attempt to provide as evidence certain portions of Defendant Travis Kelly's personnel file or contain references to Defendant Travis Kelly's personnel file.

1.     On June 9, 2023, Defendants filed their Motion in *Limine* #1 to exclude at trial any evidence, references to evidence, witness testimony, contentions, or cross-examination relating to the foregoing.

2.     On June 12, 2023, Defendants filed their Reply in support of their Motion for Partial Summary Judgment, and objections to Plaintiff's evidence – including the use of certain portions of Defendant Travis Kelly's personnel file or contain references to Defendant Travis Kelly's personnel file.

2

DECLARATION OF MOLSHREE GUPTA, ESQ. IN SUPPORT OF PLAINTIFF'S APPLICATION TO FILE DOCUMENTS UNDER SEAL (L.R. 79-5.2.2(B)(1))

3.     Defendant Travis Kelly's personnel records have been *confidentially* produced in this litigation subject to a Stipulated Protective Order.

4.     Based on information and belief, all parts of the designated material are sealable for the following reasons:

a. Personnel records of government personnel are privileged official information.  See *Miller v. Pancucci* (C.D. Cal. 1992) 141 F.R.D. 292, 301;

b. The subject materials implicate hearsay statements from third parties, and are therefore unreliable.

c. The subject materials implicate the private information of third parties, who are not party to this action and who have their own right to privacy.

d. The subject materials implicate the government investigatory privilege, which preserves the confidentiality of investigative files and applies to informal investigatory material and preliminary determinations.  See *Valley Surgical Ctr. v. Cty. of Los Angeles* (C.D. Cal. 2017) 2017 WL 10574239, at *4 (citing *N.L.R.B. v. Silver Spur Casino* (9th Cir. 1980) 623 F.2d 571, 580); see also *Scalia v. Int'l Longshore & Warehouse Union* (N.D. Cal. 2020) 336 F.R.D. 603, 617.

e. The publication of hearsay statements of third parties which bear no indicia of reliability will be harmful  to Defendants.

f. The publication of Defendant Kelly's personnel records will be harmful to his interest in maintaining the privacy of such records.

5.     On June 12, 2023, Defendants received and reviewed this Court's Order (Dckt. #69) regarding Plaintiff's Application for leave to file documents under seal. Specifically, Defendants were alerted to the Local Rule 79-5.2.2., which requires a supporting Declaration from Defendants' counsel establishing that the designated materials are sealable.

**DECLARATION OF MOLSHREE GUPTA, ESQ. IN SUPPORT OF PLAINTIFF'S APPLICATION TO FILE DOCUMENTS UNDER SEAL (L.R. 79-5.2.2(B)(1))**

6.      Defendants, by and through their counsel of record, submit this Declaration in support of Plaintiff's June 5, 2023, Application for leave to file documents under seal.

7.      Defendants further request relief from the Court's Order (Dckt. #69) denying Plaintiff's June 5, 2023, Application for leave to file documents under seal for the following reasons:

      a.  Based on the Court's Order (Dckt. #69), it appears that the Court ordered Plaintiff to file unredacted documents no sooner than June 16, 2023, and no later than June 22, 2023.

      b.  Publication of unredacted documents which are believed to be subject to sealing would harm not only the privacy interest of Defendant Kelly, but also the privacy interests of third-party Sheriff's Department personnel and civilians alike.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 13, 2023, at El Segundo, California.

_____
MOLSHREE GUPTA

**DECLARATION OF MOLSHREE GUPTA, ESQ. IN SUPPORT OF PLAINTIFF'S APPLICATION TO FILE DOCUMENTS UNDER SEAL (L.R. 79-5.2.2(B)(1))**

**CERTIFICATE OF SERVICE**

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 841 Apollo Street, Suite 100, El Segundo, California 90245.

On June 14, 2023, I served the foregoing document described as **DECLARATION OF MOLSHREE GUPTA, ESQ. IN SUPPORT OF PLAINTIFF'S APPLICATION TO FILE DOCUMENTS UNDER SEAL (L.R. 79-5.2.2(B)(1))** on all interested parties in this action by placing a true copy thereof in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

    **By Mail**  I caused such envelope(s) to be deposited in the mail at El Segundo, California.  The envelope was mailed with postage thereon fully prepaid and addressed to the parties listed on the Service List. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  It is deposited with U.S. postal service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

XX    **By Email** Based upon a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the persons at the electronic service addresses listed in the Service List.  My email address is mnixon@kmslegal.com.

    **By Personal Service** I caused such document to be Personally Served on the parties listed in the Service List.

XX    **State**  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 14, 2023, at El Segundo, California.

_____
Maria Nixon

5

DECLARATION OF MOLSHREE GUPTA, ESQ. IN SUPPORT OF PLAINTIFF'S APPLICATION TO FILE DOCUMENTS UNDER SEAL (L.R. 79-5.2.2(B)(1))

# SERVICE LIST

## Assiff, Joshua vs. County of Los Angeles, et al.
Central District- Case No.: 2:22-cv-05367 RGK(MAAx)

| | |
|---|---|
| Thomas M. Ferlauto, Esq.<br>Law Office of Thomas M. Ferlauto, APC<br>25201 Paseo de Alicia, Ste. 270<br>Laguna Hills, CA 92653<br>EM: tmf@lawofficetmf.com | Attorney for Plaintiff,<br>**JOSHUA ASSIFF** |
| Philip Cohen, Esq.<br>Law Offices of Philip Kent Cohen, APC<br>100 Wilshire Boulevard, Suite 1300<br>Santa Monica, CA  90401<br>Telephone:  310/451-9111<br>Facsimile:  310/451-9119<br>EM:  pcohen@pcohenlaw.com | Co-Attorney for Plaintiff.<br>**JOSHUA ASSIFF** |

**DECLARATION OF MOLSHREE GUPTA, ESQ. IN SUPPORT OF PLAINTIFF'S APPLICATION TO FILE DOCUMENTS UNDER SEAL (L.R. 79-5.2.2(B)(1))**