THOMAS M. FERLAUTO (SBN 155503)
LAW OFFICE OF THOMAS M. FERLAUTO, APC
25201 Paseo de Alicia, Suite 270
Laguna Hills, California 92653
Telephone: 949-334-8650
Fax: 949-334-8691
Email: TMF@lawofficeTMF.com

Attorney for Plaintiff, JOSHUA ASSIFF


PATRICK E. STOCKALPER, SBN 156954
MOLSHREE GUPTA, SBN 275101
KJAR, MCKENNA & STOCKALPER, LLP
841 Apollo Street, Suite 100
El Segundo, California 90245
Telephone (424) 217-3026
Facsimile (424) 367-0400
pstockalper@kmslegal.com
mgupta@kmslegal.com

Attorneys for Defendants,
**COUNTY OF LOS ANGELES and**
**DEPUTY WILLIAMS**
*(Exempt from filing fees pursuant to*
*Government Code § 6103)*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA


| | |
|---|---|
| **JOSHUA ASSIFF,** | **Case No. 2:22-cv-05367 RGK (MAAx)** |
| **Plaintiff,** | **JOINT EXHIBIT LIST** |
| v. | Action Filed: August 3, 2022<br>Pretrial Conference: July 10, 2023<br>Trial Date: July 25, 2023 |
| **COUNTY OF LOS ANGELES;**<br>**SHERIFF DEPUTY BADGE**<br>**NUMBER 404532;**<br>**And DOES 1 through 10,** | Assigned to: Hon. R. Gary Klausner,<br>District Judge, Courtroom 850 |
| **Defendants.** | |

Plaintiff, JOSHUA ASSIFF (hereinafter "Plaintiff") and Defendants COUNTY OF LOS ANGELES and TRAVIS KELLY and hereby respectfully submit the following JOINT EXHIBIT LIST.

Plaintiff's Exhibits:

| No. | Description | Objection | Response | Admitted |
|-----|-------------|-----------|----------|----------|
| 1 | Defendant Kelly's Body Worn Camera Video | | | |
| 2 | Supervisor's Report on Use of Force COUNTY 109-111 | | | |
| 3 | Assiff Mobile Phone Video ASSIFF 30/31 | • Cumulative (FRE 403) <br> • Foundation (FRE 901) | Foundation will be established by witness at trial; Not cumulative, different angle, different information | |
| 4 | Service Comment Report #232314 COLA-34-37 | • Hearsay (FRE 801) <br> • Foundation (FRE 901) <br> • Relevance (FRE 401, 402) | Foundation will be established at trial; Non-hearsay, not for the truth of the matter asserted, statement of | |

| | | | | |
|---|---|---|---|---|
| | | • Prejudice (FRE 403)<br>• Character Evidence (FRE 404) | independent significance, exceptions to hearsay apply; Relevant to show notice, County's inadequate supervision, discipline and training; Probative value out weights prejudice; Shows motive, lack of mistake, habit, modus operandi | |
| 5 | Service Comment Report #246263 COLA-65-67 | • Hearsay (FRE 801)<br>• Foundation (FRE 901)<br>• Relevance (FRE 401, 402)<br>• Prejudice (FRE 403) | Foundation will be established at trial; Non-hearsay, not for the truth of the matter asserted, statement of independent | |

| | | | • Character Evidence (FRE 404) | significance, exceptions to hearsay apply; Relevant to show notice, County's inadequate supervision, discipline and training; Probative value out weights prejudice; Shows motive, lack of mistake, habit, modus operandi | |
|---|---|---|---|---|---|
| 6 | Service Comment Report #255777 COLA-71-72 | | • Hearsay (FRE 801)<br>• Foundation (FRE 901)<br>• Relevance (FRE 401, 402)<br>• Prejudice (FRE 403) | Foundation will be established at trial; Non-hearsay, not for the truth of the matter asserted, statement of independent significance, | |

| | | | |
|---|---|---|---|
| | | • Character Evidence (FRE 404) | exceptions to hearsay apply; Relevant to show notice, County's inadequate supervision, discipline and training; Probative value out weights prejudice; Shows motive, lack of mistake, habit, modus operandi |
| 7 | Service Comment Report #2508915 COLA-69 | • Hearsay (FRE 801)<br>• Foundation (FRE 901)<br>• Relevance (FRE 401, 402)<br>• Prejudice (FRE 403) | Foundation will be established at trial; Non-hearsay, not for the truth of the matter asserted, statement of independent significance, exceptions to |

| | | | | |
|---|---|---|---|---|
| | | • Character Evidence (FRE 404) | hearsay apply; Relevant to show notice, County's inadequate supervision, discipline and training; Probative value out weights prejudice; Shows motive, lack of mistake, habit, modus operandi | |
| 8 | Service Comment Report #258463 COLA-73-75 | • Hearsay (FRE 801) <br> • Foundation (FRE 901) <br> • Relevance (FRE 401, 402) <br> • Prejudice (FRE 403) <br> • Character Evidence (FRE 404) | Foundation will be established at trial; Non-hearsay, not for the truth of the matter asserted, statement of independent significance, exceptions to hearsay apply; | |

| | | | | Relevant to show notice, County's inadequate supervision, discipline and training; Probative value out weights prejudice; Shows motive, lack of mistake, habit, modus operandi | |
|---|---|---|---|---|---|
| 9 | Service Comment Report #236956 COLA-39-43 | | • Hearsay (FRE 801)<br>• Foundation (FRE 901)<br>• Relevance (FRE 401, 402)<br>• Prejudice (FRE 403)<br>• Character Evidence (FRE 404) | Foundation will be established at trial; Non-hearsay, not for the truth of the matter asserted, statement of independent significance, exceptions to hearsay apply; Relevant to | |

| | | | | show notice, County's inadequate supervision, discipline and training; Probative value out weights prejudice; Shows motive, lack of mistake, habit, modus operandi | |
|---|---|---|---|---|---|
| 10 | Supervisor's Report on Use of Force COLA-57-59 | • Hearsay (FRE 801) • Foundation (FRE 901) • Relevance (FRE 401, 402) • Prejudice (FRE 403) • Character Evidence (FRE 404) | | Foundation will be established at trial; Non-hearsay, not for the truth of the matter asserted, statement of independent significance, exceptions to hearsay apply; Relevant to show notice, | |

| | | | | |
|---|---|---|---|---|
| | | | County's inadequate supervision, discipline and training; Probative value out weights prejudice; Shows motive, lack of mistake, habit, modus operandi | |
| 11 | Supervisor's Report on Use of Force COLA-60-64 | • Hearsay (FRE 801) • Foundation (FRE 901) • Relevance (FRE 401, 402) • Prejudice (FRE 403) • Character Evidence (FRE 404) | Foundation will be established at trial; Non-hearsay, not for the truth of the matter asserted, statement of independent significance, exceptions to hearsay apply; Relevant to show notice, County's | |

| | | | | |
|---|---|---|---|---|
| | | | inadequate supervision, discipline and training; Probative value out weights prejudice; Shows motive, lack of mistake, habit, modus operandi | |
| 12 | LASD Revised Disciplinary Action COLA-44 | • Hearsay (FRE 801)<br>• Foundation (FRE 901)<br>• Relevance (FRE 401, 402)<br>• Prejudice (FRE 403)<br>• Character Evidence (FRE 404) | Foundation will be established at trial; Non-hearsay, not for the truth of the matter asserted, statement of independent significance, exceptions to hearsay apply; Relevant to show notice, County's inadequate | |

| | | | | supervision, discipline and training; Probative value out weights prejudice; Shows motive, lack of mistake, habit, modus operandi | |
|---|---|---|---|---|---|
| 13 | Report On Performance Evaluation COLA-23 | • Hearsay (FRE 801)<br>• Foundation (FRE 901)<br>• Relevance (FRE 401, 402)<br>• Prejudice (FRE 403)<br>• Character Evidence (FRE 404)<br>• Incomplete record | Foundation will be established at trial; Non-hearsay, not for the truth of the matter asserted, statement of independent significance, exceptions to hearsay apply; Relevant to show notice, County's inadequate supervision, | |

| | | | | |
|---|---|---|---|---|
| | | | discipline and training; Probative value out weights prejudice; Shows motive, lack of mistake, habit, modus operandi | |
| 14 | COMPLAINT CV-15-03174 | • Hearsay (FRE 801) <br> • Foundation (FRE 901) <br> • Relevance (FRE 401, 402) <br> • Prejudice (FRE 403) <br> • Character Evidence (FRE 404) | Foundation will be established at trial; Non-hearsay, not for the truth of the matter asserted, statement of independent significance, exceptions to hearsay apply; Shows County's unlawful policies and practices as well as notice of unlawful | |

| | | | | |
|---|---|---|---|---|
| | | | outcomes and inadequate training and supervision; Probative value out weighs prejudice; Not character evidence | |
| 15 | SETTLEMENT AGREEMENT CV-15-03174 | • Hearsay (FRE 801)<br>• Foundation (FRE 901)<br>• Relevance (FRE 401, 402)<br>• Prejudice (FRE 403)<br>• Character Evidence (FRE 404) | Foundation will be established at trial; Non-hearsay, not for the truth of the matter asserted, statement of independent significance, exceptions to hearsay apply; Shows County's unlawful policies and practices as well as notice of unlawful | |

| | | | | |
|---|---|---|---|---|
| | | | outcomes and inadequate training and supervision; Probative value out weighs prejudice; Not character evidence | |
| 16 | An Analysis of Racial/Ethnic Disparities in Stops by Los Angeles County Sheriff's Deputies in the Antelope Valley Dated: 9/20 | • Hearsay (FRE 801) <br> • Foundation (FRE 901) <br> • Relevance (FRE 401, 402) <br> • Prejudice (FRE 403) <br> • Character Evidence (FRE 404) | Foundation will be established at trial; Non-hearsay, not for the truth of the matter asserted, statement of independent significance, exceptions to hearsay apply; Shows County's unlawful policies and practices as well as notice of unlawful | |

| | | | | |
|---|---|---|---|---|
| | | | outcomes and inadequate training and supervision; Probative value out weighs prejudice; Not character evidence | |
| 17 | Yermain File ASSIFF-32-39 | • Hearsay (FRE 801) • Foundation (FRE 901) | Foundation will be established at trial; Non-hearsay, not for the truth of the matter asserted, statement of independent significance, exceptions to hearsay apply; | |
| 18 | Towing Receipt ASSIFF-1-2 | • Foundation (FRE 901) | Foundation will be established at trial; | |

| | | | |
|---|---|---|---|
| 19 | Bail Bond File<br>ASSIFF-3-9, 18-23 | • Cumulative /Best Evidence (FRE 403)<br>• Hearsay (FRE 801)<br>• Foundation (FRE 901) | Foundation will be established at trial; Non-hearsay, not for the truth of the matter asserted, statement of independent significance, exceptions to hearsay apply; Not cumulative |
| 20 | HMNH Invoice<br>ASSIFF-10-11 | • Hearsay (FRE 801)<br>• Foundation (FRE 901) | Foundation will be established at trial; Non-hearsay, not for the truth of the matter asserted, statement of independent significance, exceptions to hearsay apply; |

| | | | |
|---|---|---|---|
| 21 | Santa Clarita Emergency Medical Group Invoice ASSIFF-12-13 | • Hearsay (FRE 801) <br> • Foundation (FRE 901) | Foundation will be established at trial; Non-hearsay, not for the truth of the matter asserted, statement of independent significance, exceptions to hearsay apply; | |
| 22 | Photos of Plaintiff's Injuries ASSIFF-24-29 | • Foundation (FRE 901) | Foundation will be established at trial; | |
| 23 | Photos of Plaintiff's Injuries COLA 120-146, 155-156 | | | |
| 24 | Performance Evaluation COLA 15-17 | • Hearsay (FRE 801) <br> • Foundation (FRE 901) <br> • Relevance (FRE 401, 402) | Foundation will be established at trial; Non-hearsay, not for the truth of the matter asserted, statement of | |

| | | | • Prejudice (FRE 403)<br>• Character Evidence (FRE 404) | independent significance, exceptions to hearsay apply; Relevant to show notice, County's inadequate supervision, discipline and training; Probative value out weights prejudice; Shows motive, lack of mistake, habit, modus operandi | |

Plaintiff reserves the right to supplement this list based upon late discovery. This list does not include documents for impeachment or rebuttal purposes.

Defendants' Documents:

| No. | Description | Objection | Response | Admitted |
|-----|-------------|-----------|----------|----------|
| | Arrestee Medical Screening Form COUNTY000003-04 | Foundation (901) Hearsay (801) Relevance (401, 402) | Foundation will be established at trial; | |

| | | | |
|---|---|---|---|
| | | Prejudice (403) | Non-hearsay, not for the truth of the matter asserted, statement of independent significance, exceptions to hearsay apply; Relevant to show injuries reported and/or observed immediately after the incident; Probative value out weights prejudice. | |
| Bail Bond Records COUNTY000005-09, | | | | |
| Booking/Arrest Records COUNTY000010-22, 35-55 | Foundation (901) Hearsay (801) Relevance (401, 402) Prejudice (403) | Foundation will be established at trial; Non-hearsay, not for the truth of the matter | |

| | | | |
|---|---|---|---|
| | | | asserted, statement of independent significance, exceptions to hearsay apply; Relevant to show the Penal Code violation for which Plaintiff was arrested and general compliance with process; Probative value out weights prejudice. | |
| | Consolidated Criminal History Report COUNTY000023-25 | Foundation (901) Hearsay (801) Relevance (401, 402) Prejudice (403) | Foundation will be established at trial; Non-hearsay, not for the truth of the matter asserted, statement of independent | |

| | | | |
|---|---|---|---|
| | | | significance, exceptions to hearsay apply; Relevant to show the Penal Code violation for which Plaintiff was arrested and general compliance with process; Probative value out weights prejudice. | |
| | Henry Mayo Patient Visit Report COUNTY000026-32 | Foundation (901) Hearsay (801) Relevance (401, 402) Prejudice (403) | Foundation will be established at trial; Non-hearsay, not for the truth of the matter asserted, statement of independent significance, exceptions to hearsay apply; | |

| | | | Relevant to show injuries reported and/or observed immediately after the incident; Probative value out weights prejudice. | |
|---|---|---|---|---|
| | Preliminary Field Medical Screening COUNTY000033 | Foundation (901) Hearsay (801) Relevance (401, 402) Prejudice (403) | Foundation will be established at trial; Non-hearsay, not for the truth of the matter asserted, statement of independent significance, exceptions to hearsay apply; Relevant to show injuries reported and/or observed immediately | |

| | | | |
|---|---|---|---|
| | | | after the incident; Probative value out weights prejudice. |
| Probable Cause Determination COUNTY000034 | Foundation (901) Hearsay (801) Relevance (401, 402) Prejudice (403) | Foundation will be established at trial; Non-hearsay, not for the truth of the matter asserted, statement of independent significance, exceptions to hearsay apply; Relevant to show the Penal Code violation for which Plaintiff was arrested and general compliance with process; Probative value | |

| | | | | |
|---|---|---|---|---|
| | | | out weights prejudice. Plaintiff has created an issue of fact by misrepresenting the basis of his arrest in this litigation. | |
| | Incident History Report COUNTY000069 | Foundation (901) Hearsay (801) Relevance (401, 402) Prejudice (403) | Foundation will be established at trial; Non-hearsay, not for the truth of the matter asserted, statement of independent significance, exceptions to hearsay apply; Relevant to show the Penal Code violation for which Plaintiff was arrested and | |

| | | | general compliance with process; Probative value out weights prejudice. | |
|---|---|---|---|---|
| | Incident Report, by Sergeant Travis Kelly, COUNTY000070-74 | Foundation (901) Hearsay (801) Relevance (401, 402) Prejudice (403) | Foundation will be established at trial; Non-hearsay, not for the truth of the matter asserted, statement of independent significance, exceptions to hearsay apply incl. party admission, state of mind; Relevant to show the Penal Code violation for which Plaintiff was arrested and | |

| | | | general compliance with process; Probative value out weights prejudice. | |
|---|---|---|---|---|
| | Supplemental Report, by Deputy Joshua Clark COUNTY000076-78 | Foundation (901) Hearsay (801) Relevance (401, 402) Prejudice (403) | Foundation will be established at trial; Non-hearsay, not for the truth of the matter asserted, statement of independent significance, exceptions to hearsay apply incl. state of mind; Relevant to show the Penal Code violation for which Plaintiff was arrested and general compliance with | |

| | | | |
|---|---|---|---|
| | | | process; Probative value out weights prejudice. |
| | Supplemental Report, by Deputy T. Cohen COUNTY000079 | Foundation (901) Hearsay (801) Relevance (401, 402) Prejudice (403) | Foundation will be established at trial; Non-hearsay, not for the truth of the matter asserted, statement of independent significance, exceptions to hearsay apply incl. state of mind; Relevant to show the Penal Code violation for which Plaintiff was arrested and general compliance with process; Probative value |

| | | | out weights prejudice. | |
|---|---|---|---|---|
| | Incident Report, by Deputy Garrett Gallegos COUNTY000080-81 | Foundation (901) Hearsay (801) Relevance (401, 402) Prejudice (403) | Foundation will be established at trial; Non-hearsay, not for the truth of the matter asserted, statement of independent significance, exceptions to hearsay apply incl. state of mind; Relevant to show the Penal Code violation for which Plaintiff was arrested and general compliance with process; Probative value out weights prejudice. | |

| | | | |
|---|---|---|---|
| Supplementary Report, by Detective R. De La Maza COUNTY000082-84, 96 | Foundation (901) Hearsay (801) Relevance (401, 402) Prejudice (403) | Foundation will be established at trial; Non-hearsay, not for the truth of the matter asserted, statement of independent significance, exceptions to hearsay apply; Relevant to show the Penal Code violation for which Plaintiff was arrested and general compliance with process; Probative value out weights prejudice. | |
| Taser Report COUNTY000085 | Foundation (901) Hearsay (801) | Foundation will be established at trial; | |

| | | | | |
|---|---|---|---|---|
| | | Relevance (401, 402) Prejudice (403) | Non-hearsay, not for the truth of the matter asserted, statement of independent significance, exceptions to hearsay apply; Relevant to show the Penal Code violation for which Plaintiff was arrested and general compliance with process; Probative value out weights prejudice. | |
| | Watch Commander's Use of Force Review and Incident Analysis, by Sergeant Keith Greene COUNTY000088-95 | Foundation (901) Hearsay (801) Relevance (401, 402) Prejudice (403) | Foundation will be established at trial; Non-hearsay, not for the truth of the matter | |

| | | | asserted, statement of independence significance, exceptions to hearsay apply; Relevant to show the Penal Code violation for which Plaintiff was arrested and general compliance with process; Probative value out weights prejudice. Establishes that all departmental protocol was followed. | |
|---|---|---|---|---|
| | Supervisor's Report on Use of Force, by Captain Justin Diez COUNTY000097-111 | Foundation (901) Hearsay (801) Relevance (401, 402) Prejudice (403) | Foundation will be established at trial; Non-hearsay, not for the truth | |

| | | | | |
|---|---|---|---|---|
| | | | of the matter asserted, statement of independent significance, exceptions to hearsay apply; Relevant to show the Penal Code violation for which Plaintiff was arrested and general compliance with process; Probative value out weights prejudice. Establishes that all departmental protocol was followed. | |
| | Unit Commander's Use of Force Report, by Captain Justin Diez COUNTY000112-114 | Foundation (901) Hearsay (801) Relevance (401, 402) | Foundation will be established at trial; | |

| | | | Prejudice (403) | Non-hearsay, not for the truth of the matter asserted, statement of independent significance, exceptions to hearsay apply; Relevant to show the Penal Code violation for which Plaintiff was arrested and general compliance with process; Probative value out weights prejudice. Establishes that all departmental protocol was followed. | |
|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Division Commander's Use of Force Report, by Commander Christopher Reed COUNTY000115-116 | Foundation (901) Hearsay (801) Relevance (401, 402) Prejudice (403) | Foundation will be established at trial; Non-hearsay, not for the truth of the matter asserted, statement of independent significance, exceptions to hearsay apply; Relevant to show the Penal Code violation for which Plaintiff was arrested and general compliance with process; Probative value out weights prejudice. Establishes that all departmental | |

| | | | | |
|---|---|---|---|---|
| | | | protocol was followed. | |
| | Force Review Package Checklist COUNTY000117 | Foundation (901) Hearsay (801) Relevance (401, 402) Prejudice (403) | Foundation will be established at trial; Non-hearsay, not for the truth of the matter asserted, statement of independent significance, exceptions to hearsay apply; Relevant to show the Penal Code violation for which Plaintiff was arrested and general compliance with process; Probative value out weights prejudice. Establishes that | |

| | | | | |
|---|---|---|---|---|
| | | | all departmental protocol was followed. | |
| | Photographs of Plaintiff COUNTY000120-156 | | | |
| | Videos of Scene and Plaintiff Interviews | Foundation (901) Hearsay (801) Relevance (401, 402) Prejudice (403) | Foundation will be established at trial; Non-hearsay, not for the truth of the matter asserted, statement of independent significance, exceptions to hearsay apply – incl. party admission and state of mind; Relevant to show the Penal Code violation for which Plaintiff was arrested and general | |

| | | | compliance with process; Probative value out weights prejudice. Establishes that all departmental protocol was followed. |
|---|---|---|---|
| | Sergeant Kelly's Personal BWC Video | | |
| | LASD Policies and Procedures – Exhibit A (produced March 15, 2023) | Foundation (901) | Foundation will be established at trial. |
| | | | |

Defendants reserve the right to supplement this list based upon late discovery. This list does not include documents for impeachment or rebuttal purposes.

DATED: June  16 , 2023          The Law Office Of Thomas M. Ferlauto, APC

By: _____

Thomas M. Ferlauto
Attorney For:  Plaintiff, JOSHUA ASSIFF

DATED: June  16 , 2023          KJAR, McKENNA & STOCKALPER, LLP


By: _____/s/ Molshree Gupta_____
Molshree Gupta
Attorney For:  Defendants COUNTY OF LOS
ANGELES and TRAVIS KELLY