THOMAS M. FERLAUTO (SBN 155503)
LAW OFFICE OF THOMAS M. FERLAUTO, APC
25201 Paseo de Alicia, Suite 270
Laguna Hills, California 92653
Telephone: 949-334-8650
Fax: 949-334-8691
Email: TMF@lawofficeTMF.com

Attorney for Plaintiff, JOSHUA ASSIFF

PATRICK E. STOCKALPER, SBN 156954
MOLSHREE GUPTA, SBN 275101
KJAR, MCKENNA & STOCKALPER, LLP
841 Apollo Street, Suite 100
El Segundo, California 90245
Telephone (424) 217-3026
Facsimile (424) 367-0400
pstockalper@kmslegal.com
mgupta@kmslegal.com

Attorneys for Defendants,
**COUNTY OF LOS ANGELES and DEPUTY WILLIAMS**
*(Exempt from filing fees pursuant to Government Code § 6103)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSHUA ASSIFF,**<br><br>Plaintiff,<br><br>v.<br><br>**COUNTY OF LOS ANGELES; SHERIFF DEPUTY BADGE NUMBER 404532; And DOES 1 through 10,**<br><br>**Defendants.** | **Case No. 2:22-cv-05367 RGK (MAAx)**<br><br>**JOINT WITNESS LIST**<br><br>Action Filed: August 3, 2022<br>Pretrial Conference: July 10, 2023<br>Trial Date: July 25, 2023<br><br>Assigned to: Hon. R. Gary Klausner, District Judge, Courtroom 850 |

Plaintiff, JOSHUA ASSIFF (hereinafter "Plaintiff") and Defendants COUNTY OF LOS ANGELES and TRAVIS KELLY (hereinafter "Defendants") hereby respectfully submit the following JOINT WITNESS LIST.

Plaintiff's Witnesses:

| Name | Subject | Direct | Cross | Re-Direct |
|---|---|---|---|---|
| Joshua Assiff | Plaintiff | 3.0 | 3.0 | 1.0 |
| Johnathon Danials | Plaintiff's teammate/carpooler, percipient witness of Plaintiff's injuries. | .5 | 0.5 | .25 |
| Kelly Assiff | Plaintiff's father, percipient witness of Plaintiff's injuries. | .5 | 1.0 | .5 |
| Payam Yermain, D.C. | Plaintiff's chiropractor, percipient witness of Plaintiff's injuries. | .25 | 1.0 | .25 |
| Rafael A. Rosado-Cosme MD | Plaintiff's treating physician, percipient witness of Plaintiff's injuries. | .25 | .5 | .25 |
| Darrin D. Privett, M.D. | Plaintiff's treating physician, percipient witness of Plaintiff's injuries. | .25 | 0.5 | .25 |

| Name | Description | | | |
|---|---|---|---|---|
| Max Schwartz | Plaintiff's cousin, percipient witness of Plaintiff's injuries | .25 | 0.5 | .25 |
| Travis Kelly | Defendant | 3.0 | 3.0 | 1.0 |
| Jeffrey Nobel | Plaintiff's Police Practices Expert | 3.0 | 3.0 | 1.0 |
| Roosevelt Johnson | LASD Captain, Sergeant Kelly's Supervisor for Service Comment Report # 236956 | .5 | 0.5 | .25 |
| Jim Curio * | Video technician to establish foundations for video freeze frames, blow-up, etc. (if necessary) | .25 | 0.5 | .25 |
| Lieutenant Joseph Fender LASD | Defendant Kelly's supervisor   7/19-6/21 | .5 | 0.5 | .25 |
| Michael W. Prottung LASD 466205 | Supervisor investigating Defendant Kelly's use of force 015-01439-5640-057 | .5 | 0.5 | .25 |
| Sergeant, Richard Cohen LASD 220764 | Supervisor for Defendant Kelly during Service Comment Report # 236956 | .5 | 0.5 | .25 |
| Justine Diez, Captain LASD | Supervisor for Defendant Kelly during Service Comment Report # 258463 and at time of incident | .5 | 1.0 | .25 |

| | | | | |
|---|---|---|---|---|
| Sergeant Troy Rodriguez LASD 476740 | Watch Commander For Service Comment Report # 254607 | .5 | 0.5 | .25 |
| Salvador Becerra, Captain LASD | Supervisor for Defendant Kelly during Service Comment Report # 255777 | .5 | 0.5 | .25 |
| Lieutenant John Rush LASD 257049 | Watch Commander For Service Comment Report # 232314 | .5 | 0.5 | .25 |
| Capatain Matthew S. Vander Horch, LASD | Supervisor for Defendant Kelly during Service Comment Report # 246263 | .5 | 0.5 | .25 |
| Lieutenant Rodney Loughridge LASD | Supervisor for Defendant Kelly at time of incident – should have been summoned at Plaintiff's request | .5 | 0.5 | .25 |
| Sergeant Keith R. Green LASD 464259 | Watch Commander at time of incident | .5 | 1.0 | .5 |

Plaintiff reserves the right to supplement this list based upon late discovery. This list does not include witnesses for impeachment or rebuttal.

Defendants' Witnesses:

| Name | Subject | Direct | Cross | Re-Direct |
|---|---|---|---|---|
| Sergeant Tavis Kelly | Defendant | 4.0 | 2.0 | 1.0 |
| Deputy Joshua Clark | Percipient witness of incident | 2.0 | 1.0 | 0.5 |
| Deputy Garrett Gallegos | Percipient witness of incident | 1.0 | 1.0 | 0.5 |
| Deputy T. Cohen | Percipient witness of incident | 1.0 | .75 | 0.5 |
| Sergeant Keith Greene | Watch Commander - Use of Force Review and Incident Analysis | 2.0 | .75 | 0.5 |
| Detective R. De La Maza | Incident investigation | 1.0 | .75 | 0.25 |
| Captain Justin Diez | Use of Force Reports | 1.0 | .75 | 0.5 |
| Commander Christopher Reed | Incident investigation | 1.0 | .75 | 0.25 |
| R. Elsee | Incident investigation | 1.0 | .25 | 0.25 |
| Sergeant Jacob (Employee No. 464272) | Incident investigation | 1.0 | .25 | 0.25 |
| Sergeant Gonzalez (Employee No. 516336) | Incident investigation | 1.0 | .25 | 0.25 |

| Deputy Brandon Wicker | Traffic stop policies and procedures | 1.5 | 1.0 | 0.5 |
|---|---|---|---|---|
| Lieutenant Annadennise Briz | De-escalation policies and procedures | 2.0 | 1.0 | 0.75 |
| Sergeant Eric Odenthal | Use of force policies and procedures | 2.0 | 1.0 | 0.75 |
| Michael Gray | Defendants' Police Practices Expert | 3.0 | 1.5 | 1.0 |
| Rafael A. Rosado-Cosme MD | Plaintiff's medical treater | 0.5 | .25 | 0.25 |
| Payam Yermain, D.C. | Plaintiff's chiropractic treater | 1.0 | .25 | 0.25 |
| Michael Van Tran, MD | Plaintiff's medical treater | 0.5 | .25 | 0.25 |
| Darrin D. Privvet, M.D. | Plaintiff's medical treater | 0.5 | .25 | 0.25 |

Defendants reserve the right to supplement this list based upon late discovery. This list does not include witnesses for impeachment or rebuttal.

DATED: June  16 , 2023        The Law Office Of Thomas M. Ferlauto, APC

By: _____
    Thomas M. Ferlauto
    Attorney For: Plaintiff, JOSHUA ASSIFF

DATED: June 16, 2023          KJAR, McKENNA & STOCKALPER, LLP


By: /s/ Molshree Gupta
Molshree Gupta
Attorney For:  Defendants COUNTY OF LOS ANGELES and TRAVIS KELLY