Exhibit 4

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**
**WATCH COMMANDER'S SERVICE COMMENT REPORT**

13-190
232314
SGT COHEN

Receiving Bur/Stn/Fac: SCV STATION
Report Date: 7/11/13
Time: 1710
SC#: 2337546 (15)

Investigating Bur/Stn/Fac: SCV STATION
URN #:
IAB #:

**Received By:** ☑ Telephone

**Personnel Complaint:** ☑ Discourtesy, ☑ Dishonesty

### Reporting Party Information
Sex: F
Age: 62
Race: W

Third Party: No ☑
Present at Incident: Yes ☑

Has any member of this Department attempted to discourage you in any way from bringing this matter to the attention of the Department? No ☑

### Contact/Event Information
Date: 7/10/13
Time: 0750 HRS
City or Station Area: SANTA CLARITA
Location/Address: NEWHALL RANCH RD AT MEADOW RIDGE ROAD, SANTA CLARITA

Synopsis of Contact/Event: [REDACTED] SAID SHE WAS ISSUED A CITATION FOR SPEEDING. SHE TOLD THE DEPUTY SHE WAS A NURSE AND WOULD EXTEND THE SAME COURTESY TO HIM SOMEDAY.

☑ See Attached

Was a Supervisor Present? No ☑

### Involved Employee Information
Last Name: KELLY
First Name: TRAVIS
MI: E
Work Phone: 661-255-1121
Height: 5'11
Weight: 215
Employee #: 404532
Unit of Assignment: SCV
Work Assignment: 67T2
☑ Day Shift
☑ Regular Shift

### Watch Commander (Person Completing Report)
Print Full Name: JOHN RUSH
Employee #: 257049
Signature: [signed]

CONFIDENTIAL-PURSUANT TO STIPULATED PROTECTIVE ORDER        COLA-000034

WSCR # 23234

Reporting Party: ▇▇▇▇▇

Involved Employee: Travis Kelly

She said Deputy Kelly threw her licence at her. Later he took her citation and license, changed the citation, gave it back to her and said, "Now it's double." He also told her he was going to report her to the Nursing Board.

*CONFIDENTIAL-PURSUANT TO STIPULATED PROTECTIVE ORDER*                    *COLA-000035*

## RESULT OF SERVICE COMMENT REVIEW

| SC# (PDE) | 2337546 | | SCR# | 232314 | |
|---|---|---|---|---|---|
| | Rank and Name | Employee # | Unit | | ☐ COMMENDATION |
| SCR Intake Completed by: | Lieutenant John Rush | 257049 | Santa Clarita | | ☐ SERVICE COMPLAINT |
| SCR Review Conducted by: | Sergeant Richard Cohen | 225762 | Santa Clarita | | ☑ PERSONNEL COMPLAINT |

### REVIEW DISPOSITION

☐ Commendation Public (Received from individual members of the public, businesses, corporations, etc.)

☐ Commendation Professional (Government entities expressing appreciation for professional services rendered by our personnel.)

☐ Review Comp - Service Only - No Further Action

☐ Employee Conduct Appears Reasonable (Review indicated the employee's actions appear to be in compliance with procedures, policies, guidelines or training.)

☐ Appears Employee Conduct Could Have Been Better (The employee's actions were in compliance with procedures, policies, guidelines. The complaint could have been minimized if the employee had employed tactical communication principles or common sense.)

☐ Employee Conduct Should Have Been Different (The employee's actions were not in compliance with established procedures, policies, guidelines or training. W/C will take appropriate actions.)

☐ Unable to Make a Determination (The review revealed insufficient information to assess the employee's alleged conduct or to identify the employees involved.)

☑ Resolved - Conflict Resolution Meeting (A conflict resolution meeting with the reporting party and involved employee(s) was held. The meeting adequately addressed all concerns and no further actions are deemed necessary.)

Note: Refer to the Service Comment Review Handbook for specific definitions of each result

### FINAL NOTIFICATIONS/PROCESSING

Date WCSCR Received by Unit: 07/11/13

Date Acknowledgement Letter Sent To Reporting Party: 07/22/13

Date Review Completed: 08/31/13

Date Final Outcome Letter Sent To Reporting Party: 09/03/13

Date Completed Review Form Provided To Involved Employees: __/__/__

Provided by: _____ Emp #: _____

### ATTACHMENTS INCLUDED

☑ Original WCSCR
☑ Watch Commander's Memo
☑ Acknowledgement Letter to Reporting Party
☑ Final Outcome Letter to Reporting Party
☐ Audio Tapes    Quantity: _____
☐ Video Tapes    Quantity: _____
☐ Unit Performance Log
☐ Other _____

### CONFLICT RESOLUTION TECHNIQUES UTILIZED:
This section must be completed    ☒ YES   ☐ NO

### WATCH COMMANDER'S DISCRETION SERVICE REVIEW TERMINATED

☐ Reporting Party under the influence at time of complaint and re-contacted when sober - no misconduct reported.

☐ Factually impossible complaint or reporting party demonstrated diminished capacity.

☐ Third party complaint without witnesses where the allegedly aggrieved party is uncooperative or unavailable and there is insufficient evidence to continue review or inquiry.

☐ Watch Commander has personal knowledge the complaint is false.

### EXONERATION

☐ The employee was not personally involved or in any way connected to the incidents or alleged conduct.

☐ Inquiry revealed that all allegations were clearly false or reporting party demonstrated diminished capacity.

☐ The allegations, broadly construed and even if true, would not in any circumstances constitute a violation of the law or Department policy, rule, or procedure, and the conduct is not otherwise censurable.

It is requested that the below employee(s) be deemed exonerated:

| Name | Employee # |
|---|---|
| | |

Division Chief (Name): _____
Signature: _____   Date: __/__/__

### APPROVED DISPOSITION
(a separate disposition is required for each involved employee)

☒ Recommended Outcome Approved - No Further Action
☐ Unit Performance Log Required
☐ Internal or Outside Agency Criminal Investigation Initiated
☐ Internal Affairs Investigation Initiated
☐ Unit Level Administrative Investigation Initiated

IAB #: _____   Date Initiated: __/__/__

### FINAL APPROVAL

The below, signed, reviewed and approved the disposition of this service review.

Captain Paul Becker
Unit Commander (Print Name)
Signature: _____   Date: 9/10/13

Commander Ray Leyva
Division Commander (Print Name)
Signature: _____   Date: 9/17/13

### FOR DISCOVERY UNIT USE ONLY

Received at Discovery Unit by: CO   Date: 9/23/13
Reviewed by: VB   Date: 10/9/13
Entered into PPI by: _____   Date: _____
Comments:

Rev. 05/14/2009

CONFIDENTIAL-PURSUANT TO STIPULATED PROTECTIVE ORDER      COLA-000036



**County of Los Angeles**
## Sheriff's Department Headquarters
*4700 Ramona Boulevard*
*Monterey Park, California 91754-2169*

(661) 255-1121

PLEASE REFER TO FILE NO. _____

September 3, 2013



SERVICE COMMENT REPORT # 232314

Dear ▮

Thank you for taking the time to express your concerns regarding personnel from the Santa Clarita Valley Station. Your complaint was documented and assigned to ▮ for investigation.

On July 10, 2013, you filed a complaint with the Santa Clarita Valley Sheriff's Station alleging that one of our personnel was discourteous during a traffic stop. Your complaint has been thoroughly investigated. On August 21, 2013, you participated in a conflict resolution meeting with the involved employee. The meeting adequately addressed all concerns and no further actions are deemed necessary. Please know that, regardless of the final outcome of this incident, we have discussed and documented the matter with our personnel, continuing to emphasize our expectation of professional courtesy and conduct when dealing with the public we serve.

I appreciate you bringing this matter to my attention and the opportunity it has afforded me to evaluate the conduct of our personnel. If you have any questions about the results of our review of your complaint, please contact me at (661) 255 - 1121. If you are not satisfied with our investigation, you may contact the Department of Ombudsman at 510 South Vermont Avenue, Suite 215, Los Angeles, California 90020, (800) 801-0030 or (213) 738 - 2003, or fax (213) 637 - 8662.

Sincerely,

LEROY D. BACA, SHERIFF

*[signature]*

Paul Becker, Captain
Santa Clarita Valley Station

*A Tradition of Service Since 1850*

*CONFIDENTIAL-PURSUANT TO STIPULATED PROTECTIVE ORDER*   COLA-000037