# Exhibit 5

 

# OFFICE OF THE SHERIFF
## COUNTY OF LOS ANGELES
### HALL OF JUSTICE

ALEX VILLANUEVA, SHERIFF
(818) 878-1808

February 6, 2020



Dear ▬▬▬

**WATCH COMMANDER'S SERVICE COMMENT REPORT #246263**

Thank you for taking the time to express your concern regarding personnel from the Malibu/Lost Hills Station. Your complaint was documented and assigned to ▬▬▬ for investigation.

On December 5, 2020, you emailed Malibu/Lost Hills Station Captain Matthew S. Vander Horck to complain regarding a traffic report which you felt was incomplete and the contact you had with a traffic sergeant. Your complaint has been thoroughly investigated and our inquiry revealed that the conduct of our employee could have been better. We have documented and discussed the matter with the personnel involved, continuing to emphasize our expectation of professional conduct and courtesy when dealing with the public we serve. Please be assured the appropriate administrative action has been taken.

I appreciate you bringing this matter to our attention and the opportunity it afforded me in evaluating the level of law enforcement service provided by the men and women assigned to Malibu/Lost Hills Station.

Sincerely,

ALEX VILLANUEVA, SHERIFF

*[signature]*

Matthew S. Vander Horck, Captain
Malibu/Lost Hills Station

211 WEST TEMPLE STREET, LOS ANGELES, CALIFORNIA 90012

*A Tradition of Service — Since 1850*

*CONFIDENTIAL-PURSUANT TO STIPULATED PROTECTIVE ORDER*    COLA-000065

| Employee: Sgt. Kelly, Travis #404532 | **RESULT OF SERVICE COMMENT REVIEW** | Lt. Carrillo, Anna #444631 |

| SC# (PDE) | 2503068 | SCR# | 246263 |
|---|---|---|---|
| SCR Intake Completed by: | Lt. Carrillo, Anna #444631 | LHS | ☐ COMMENDATION |
| SCR Review Conducted by: | Lt. Carrillo, Anna #444631 | LHS | ☐ SERVICE COMPLAINT |
| | | | ☒ PERSONNEL COMPLAINT |

☐ **Commendation Public** (Received from individual members of the public, businesses, corporations, etc.)
☐ **Commendation Professional** (Government entities expressing appreciation for professional services rendered by our personnel.)
☐ **Review Comp - Service Only - No Further Action**
☒ **Employee Conduct Appears Reasonable** (Review indicated the employee's actions appear to be in compliance with procedures, policies, guidelines or training.)
☐ **Appears Employee Conduct Could Have Been Better** (The employee's actions were in compliance with procedures, policies, guidelines. The complaint could have been minimized if the employee had employed tactical communication principles or common sense.)
☐ **Employee Conduct Should Have Been Different** (The employee's actions were not in compliance with established procedures, policies, guidelines or training. W/C will take appropriate actions.)
☐ **Unable to Make a Determination** (The review revealed insufficient information to assess the employee's alleged conduct or to identify the employees involved.)
☐ **Resolved - Conflict Resolution Meeting** (A conflict resolution meeting with the reporting party and involved employee(s) was held. The meeting adequately addressed all concerns and no further actions are deemed necessary.)

Note: Refer to the Service Comment Review Handbook for specific definitions of each result

| Date WCSCR Received by Unit: | 12/5/19 |
|---|---|
| Date Acknowledgement Letter Sent To Reporting Party | 12/06/19 |
| Date Review Completed: | 02/10/20 |
| Date Final Outcome Letter Sent To Reporting Party | 02/10/20 |
| Date Completed Review Form Provided to Involved Employees | 02/14/20 |
| Provided by: [redacted] | Emp #: [redacted] |

**ATTACHMENTS INCLUDED**
☒ Original WCSCR
☒ Watch Commander's Memo
☒ Acknowledgement Letter to Reporting Party
☒ Final Outcome Letter to Reporting Party
☒ Audio tapes   Quantity: 1 CD
☐ Video Tapes   Quantity: ___
☒ Unit Performance Log
☒ Other: Traffic collision report, supplemental reports, in-Service, (specify) DDWS, Performance Log Entry, R/P email, DVD

**CONFLICT RESOLUTION TECHNIQUES UTILIZED:**
This section must be completed    ☐ Yes   ☒ No

**WATCH COMMANDER'S DISCRETION - SERVICE REVIEW TERMINATED**
☐ Reporting Party under the influence at time of complaint and re-contacted when sober - no misconduct reported.
☐ Factually impossible complaint or reporting party demonstrated diminished capacity.
☐ Third party complaint without witnesses where the allegedly aggrieved party is uncooperative or unavailable and there is insufficient evidence to continue review or inquiry.
☐ Watch Commander has personal knowledge the complaint is false.

(a separate disposition is required for each involved employee)
☒ Recommended Outcome Approved - No Further Action
☐ Unit Performance Log Required
☐ Internal or Outside Agency Criminal Investigation Initiated
☐ Internal Affairs Investigation Initiated
☐ Unit Level Administrative Investigation Initiated

IAB #: ___    Date Initiated: ___

**EXONERATION**
☐ The employee was not personally involved or in any way connected to the incidents or alleged conduct.
☐ Inquiry revealed that all allegations were clearly false or reporting party demonstrated diminished capacity.
☐ The allegations, broadly construed and even if true, would not in any circumstances constitute a violation of the law or Department policy, rule, or procedure, and the conduct is not otherwise censurable.

It is requested that the below employee(s) be deemed exonerated:

| Name | Employee Number |
|---|---|
| | |
| | |
| | |
| | |

Division Chief (Name): ___
Signature: ___    Date: ___

**FINAL APPROVAL**
The below signed reviewed and approved the disposition of this service review.

Salvador Becerra, Acting Captain
Unit Commander (Print Name)
Signature: [signed]    Date: 3-5-20

Christopher J. Reed, Commander
Division Commander (Print Name)
Signature: [signed]    Date: 3/5/20

FOR DISCOVERY UNIT USE ONLY [stamp, partially illegible]

Rev. 03/2011

*CONFIDENTIAL-PURSUANT TO STIPULATED PROTECTIVE ORDER*    COLA-000066

2020-00023

## LOS ANGELES COUNTY SHERIFF'S DEPARTMENT
## WATCH COMMANDER'S SERVICE COMMENT REPORT

246263

12-05-19

| Receiving Bur/Stn/Fac: MALIBU / LOST HILLS | Report Date: 12/05/20 | Time: 1600 | SC #: 2503068 |
|---|---|---|---|
| Investigating Bur/Stn/Fac: MALIBU / LOST HILLS | URN #: 919-06643-1017-471 | | IAB #: |

**Received By:** ☒ E-Mail/Fax

**Personnel Complaint:** ☒ Discourtesy; ☒ Neglect of Duty

### Reporting Party Information
Sex: F
Third Party: No ☒
Present at Incident: Yes ☒
Has any member of this Department attempted to discourage you...: No ☒

### Contact/Event Information
Date: 11/17/19  Time: 1830  City or Station Area: MALIBU  RD: 1017
Location/Address: PACIFIC COAST HIGHWAY @ BIG ROCK DRIVE

Synopsis: ALLEGED DEPUTY TELLES FAILED TO INCLUDE PERTINENT INFORMATION IN A TRAFFIC COLLISION REPORT SHE WAS INVOLVED IN. [redacted] ALSO STATED THAT SERGEANT KELLY WAS DEFENSIVE AND BORDERLINE DISRESPECTFUL AND CONDESCENDING TOWARDS HER.

Was a Supervisor Present? No ☒

### Involved Employee Information
Work Assignment: ☒ M Shift; ☒ Regular Shift

Last Name: KELLY  First Name: TRAVIS  MI: E.  Work Phone: (818) 878-1808
Employee #: 404532  Unit of Assignment: MAL/LHS  Work Assignment: TRAFFIC  ☒ Day Shift  ☒ Regular Shift

### Watch Commander (Person Completing Report)
Print Full Name: ANNA H. CARRILLO  Employee #: 444631  Signature: [signed]

White - LTD Hdqtrs    Canary - Unit Commander    Pink - Division Hdqtrs    Green - Reporting Party

CONFIDENTIAL-PURSUANT TO STIPULATED PROTECTIVE ORDER    COLA-000067