# Exhibit 6

 

# OFFICE OF THE SHERIFF

## COUNTY OF LOS ANGELES
### HALL OF JUSTICE

ALEX VILLANUEVA, SHERIFF
(818) 878-1808

December 17, 2020

Dear

**WATCH COMMANDER'S SERVICE COMMENT REPORT #255777**

Thank you for taking the time to express your concern regarding personnel from the Malibu/Lost Hills Station. Your complaint was documented and assigned to ▉▉▉▉▉▉▉▉▉▉ for investigation.

Your complaint has been thoroughly investigated and our inquiry revealed that the conduct of our employee could have been better. We have documented and discussed the matter with the personnel involved, continuing to emphasize our expectation of professional conduct and courtesy when dealing with the public we serve. Please be assured the appropriate administrative action has been taken.

I appreciate you bringing this matter to our attention and the opportunity it afforded me in evaluating the level of law enforcement service provided by the men and women assigned to Malibu/Lost Hills Station.

Sincerely,

ALEX VILLANUEVA, SHERIFF

Salvador Becerra, Captain
Malibu/Lost Hills Station

211 WEST TEMPLE STREET, LOS ANGELES, CALIFORNIA 90012

*A Tradition of Service*
*— Since 1850 —*

*CONFIDENTIAL-PURSUANT TO STIPULATED PROTECTIVE ORDER*                              COLA-000071

LOS ANGELES COUNTY SHERIFF'S DEPARTMENT
WATCH COMMANDER'S SERVICE COMMENT REPORT

255777

| | | |
|---|---|---|
| Receiving Bur/Stn/Fac: IAB | Report Date: 09/03/20  Time: 1010 | SC #: 2516472 |
| Investigating Bur/Stn/Fac: IAB | URN #: 920-00862-2290-252 | IAB #: |

### Received By
- [ ] Mail
- [ ] In Person
- [ ] Telephone
- [ ] 800 Line
- [x] E-Mail/Fax
- [ ] Website

### Commendation
- [ ] Application to Duties
- [ ] Commendable Restraint
- [ ] Exemplary Conduct
- [ ] Tactical Excellence

### Personnel Complaint
- [ ] Criminal Conduct (All copies to Unit Cmdr)
- [ ] Discourtesy
- [ ] Dishonesty
- [ ] Force
- [ ] Improper Tactics
- [ ] Improper Detention, Search, or Arrest
- [ ] Neglect of Duty
- [ ] Operation of Vehicles
- [ ] Off Duty Conduct
- [x] Harassment
- [ ] Discrimination
- [ ] Other

### Service Complaint
- [ ] Policy/Procedures
- [ ] Response Time
- [ ] Traffic Citation
- [ ] Other

### Reporting Party Information
Sex: M  Age: 60  Race: W

Third Party: No [x]   Present at Incident: Yes [x]

Has any member of this Department attempted to dissuade you in any way from bringing this matter to the attention of the Department? If Yes, Who?  Yes [ ] No [x]

### Contact/Event Information
Date: 08/10/20  Time: 1357  City or Station Area: HIDDEN HILLS  RD: 2290
Location/Address: 5151 ROUND MEADOW ROAD

Synopsis of Contact/Event: ___ WAS GIVEN A CITATION FOR EXPIRED REGISTRATION. BELIEVES HE WAS HARASSED BECAUSE HE WAS ARRESTED A FEW HOURS LATER BY ___   [x] See Attached

Was a Supervisor Present? Yes [ ] No [x]

### Involved Employee Information

Last Name: KELLY   First Name: TRAVIS
Employee #: 404532
Shift: [x] Day

### Watch Commander
Print Full Name: ANNA CARRILLO   Employee #: 444631   Signature: ___

CONFIDENTIAL-PURSUANT TO STIPULATED PROTECTIVE ORDER          COLA-000072