# Exhibit 7

LOS ANGELES COUNTY SHERIFF'S DEPARTMENT
WATCH COMMANDER'S SERVICE COMMENT REPORT

254607

| | |
|---|---|
| Receiving Bur/Stn/Fac: | IAB |
| Investigating Bur/Stn/Fac: | NPD / MALIBU STATION |
| Report Date: | 4/27/20 |
| Time: | 16:00 |
| SC #: | 1508915 |
| URN #: | |
| IAB #: | |

**Received By:** ☒ 800 Line

**Personnel Complaint:** ☒ Discourtesy; ☒ Neglect of Duty

**Service Complaint:** ☒ Policy/Procedures

### Reporting Party Information
Recording of Contact with Reporting Party Submitted: ☒ Yes

Sex: F   Age: 59   Race: W

Third Party: ☒ No   Present at Incident: ☒ Yes

Has any member of this Department attempted to discourage you in any way from bringing this matter to the attention of the Department? ☒ No

### Contact/Event Information
Date: 4/27/20   Time: 10:00   City or Station Area: MALIBU

**Synopsis of Contact/Event:** THE R/P STATES SHE CALLED THE STATION AND SERGEANT KELLY WAS RUDE AND THREATENED TO HANG UP ON HER. R/P CLAIMS SERGEANT KELLY REFUSED TO ENFORCE MOTORCYCLE CVC VIOLATIONS FOR NOISE AND EARPHONES/PLUGS.

### Involved Employee Information
Last Name: KELLY   First Name: TRAVIS   MI: E.
Work Phone: 818-878-1808
Employee #: 404532   Unit of Assignment: LHS   Work Assignment: W/C
☒ Day Shift   ☒ Regular Shift   ☒ O.T. Shift

### Watch Commander (Person Completing Report)
Print Full Name: RODRIGUEZ, TROY SGT   Employee #: 476740   Signature: [signed]

White - LTD Hdqtrs   Canary - Unit Commander   Pink - Division Hdqtrs   Green - Reporting Party

*CONFIDENTIAL-PURSUANT TO STIPULATED PROTECTIVE ORDER*

COLA-000069