# Exhibit 8





# OFFICE OF THE SHERIFF

## COUNTY OF LOS ANGELES
### HALL OF JUSTICE

ALEX VILLANUEVA, SHERIFF

July 19, 2022

Dear

### SERVICE COMMENT REPORT #288463

Thank you for taking the time to express your concern regarding personnel from the Santa Clarita Valley Sheriff's Station. Your complaint was documented and assigned to ▮▮▮▮▮ for investigation.

On June 23, 2022, you filed a complaint in regards to a deputy's conduct during a traffic stop. Your complaint has been thoroughly investigated and our inquiry revealed that our employee's conduct could have been better, and appropriate administrative action has been taken. We have documented and discussed the matter with the personnel involved, continuing to emphasize our expectation of professional conduct and courtesy when dealing with the public we serve.

I appreciate your bringing this matter to our attention and the opportunity it afforded me to evaluate our service. If you have any questions about the results of our review of your complaint, please contact me at (661) 260-4000.

Sincerely,

ALEX VILLANUEVA, SHERIFF

Justin Diez, Captain
Santa Clarita Valley Station

211 WEST TEMPLE STREET, LOS ANGELES, CALIFORNIA 90012

*A Tradition of Service*
— *Since 1850* —

*CONFIDENTIAL-PURSUANT TO STIPULATED PROTECTIVE ORDER*            COLA-000073

LOS ANGELES COUNTY SHERIFF'S DEPARTMENT
WATCH COMMANDER'S SERVICE COMMENT REPORT

258463

| Receiving Bur/Stn/Fac: | NPD 1SCT | Report Date: 06/23/22 | Time: 0953 | SC #: 2557819 |
|---|---|---|---|---|
| Investigating Bur/Stn/Fac: | NPO 1SCT | URN #: | | IAB #: |

**Inquiry** | **Commendation** | **Personnel Complaint** | **Service Complaint**

- [ ] Mail
- [ ] In Person
- [ ] Telephone
- [x] 800 Line
- [ ] E-Mail/Fax
- [ ] Website

- [ ] Application to Duties
- [ ] Commendable Restraint
- [ ] Exemplary Conduct
- [ ] Tactical Excellence

- [ ] Criminal Conduct (All copies to Unit Cmdr)
- [x] Discourtesy
- [ ] Dishonesty
- [ ] Force
- [ ] Improper Tactics
- [ ] Improper Detention, Search, or Arrest

- [ ] Neglect of Duty
- [ ] Operation of Vehicles
- [ ] Off Duty Conduct
- [ ] Harassment
- [ ] Discrimination
- [ ] Other

- [ ] Policy/Procedures
- [ ] Response Time
- [ ] Traffic Citation
- [ ] Other

**Reporting Party Information**

Last Name: [redacted]  First Name: [redacted]  MI: [redacted]  Sex: M  Age: 24  Race: W

Residence: [redacted]
Home Phone: [redacted]  Work Phone: [redacted]  Cell: [redacted]
Home E-Mail Address: [redacted]  Work E-Mail Address: [redacted]

Third Party: Yes [ ] No [x]   Present at Incident: Yes [x] No [ ]

Has any member of this Department attempted to discourage you in any way from bringing this matter to the attention of the Department? Yes [ ] No [x]
If Yes, Who?

**Involved Party Information (If not Reporting Party)**

Last Name:   First Name:   MI:   Sex:   Age:   Race:
Residence:   City:   State:   Zip:
Home Phone:   Work Phone:   Cell Phone:
Home E-Mail Address:   Work E-Mail Address:

**Contact/Event Information**

Date: 05/25/22   Time: 0502   City or Station Area: CHATSWORTH   RD:
Location/Address: E/B 118 FREEWAY WEST OF RESEDA BLVD

Synopsis of Contact/Event: R/P CALLED TO SAY MOTOR COP WAS RUDE AND THREW HIS CREDENTIALS AT HIM AFTER SAYING "ENJOY YOUR CITATION!"

[ ] See Attached

Was a Supervisor Present? Yes [x] No [ ]   Last Name: KELLY   First Name: TRAVIS   MI:   Rank: SGT   Employee #: 404532

**Witness Information**

Last Name:   First Name:   MI:   Race:   Sex:   Home Phone:   Work Phone:
Residence:   City:   State:   Zip:   Cell Phone:
Home E-Mail Address:   Work E-Mail Address:

**Involved Employee Information**

| Last Name: KELLY | First Name: TRAVIS | MI: E | Work Phone: 661 255 1121 | Height: | Weight: |
| Employee #: 404532 | Unit of Assignment: SCT | Work Assignment (Unit #, Module, etc): 60M9 | [ ] EM Shift  [x] Day Shift  [ ] PM Shift | [x] Regular Shift  [ ] O.T. Shift  [ ] Off Duty | |
| Last Name: | First Name: | MI: | Work Phone: | Height: | Weight: |
| Employee #: | Unit of Assignment: | Work Assignment (Unit #, Module, etc): | [ ] EM Shift  [ ] Day Shift  [ ] PM Shift | [ ] Regular Shift  [ ] O.T. Shift  [ ] Off Duty | |

**Employee Will Contact Form Completed**

Last Name:   First Name:   MI:   Employee #:   Last Name:   First Name:   MI:   Employee #:

**Watch Commander (Person Completing Report)**

Print Full Name: BRANDON L BARCLAY   Employee #: 524124   Signature: [signed]

White - LTD Hdqtrs   Canary - Unit Commander   Pink - Division Hdqtrs   Gold - Reporting Party

17

*CONFIDENTIAL-PURSUANT TO STIPULATED PROTECTIVE ORDER*   COLA-000074

# RESULT OF SERVICE COMMENT REVIEW

| | | | | |
|---|---|---|---|---|
| SC# (PDE) 2557819 | | | SCR# 258463 | |
| SCR Intake Completed by: | Rank and Name: Lt. Brandon Barclay | Employee # 524124 | Unit NPD/SCT | ☐ COMMENDATION |
| SCR Review Conducted by: | Lt. Marcus Phillips | 442419 | NPD/SCT | ☐ SERVICE COMPLAINT ☑ PERSONNEL COMPLAINT |

☐ Commendation Public (Received from individual members of the public, businesses, corporations, etc.)

☐ Commendation Professional (Government entities expressing appreciation for professional services rendered by our personnel.)

☐ Review Comp - Service Only - No Further Action

☐ Employee Conduct Appears Reasonable (Review indicated the employee's actions appear to be in compliance with procedures, policies, guidelines or training.)

☑ Appears Employee Conduct Could Have Been Better (The employee's actions were in compliance with procedures, policies, guidelines. The complaint could have been minimized if the employee had employed tactical communication principles or common sense.)

☐ Employee Conduct Should Have Been Different (The employee's actions were not in compliance with established procedures, policies, guidelines or training. W/C will take appropriate actions.)

☐ Unable to Make a Determination (The review revealed insufficient information to assess the employee's alleged conduct or to identify the employees involved.)

☐ Resolved - Conflict Resolution Meeting (A conflict resolution meeting with the reporting party and involved employee(s) was held. The meeting adequately addressed all concerns and no further actions are deemed necessary.)

Note: Refer to the Service Comment Review Handbook for specific definitions of each result.

Date WCSCR Received by Unit: 06/23/22
Date Acknowledgement Letter Sent To Reporting Party: 07/05/22
Date Review Completed: 07/13/22
Date Final Outcome Letter Sent To Reporting Party: 07/19/22
Date Completed Review Form Provided To Involved Employees: 07/13/22
Provided by: [redacted]    Emp #: [redacted]

## ATTACHMENTS INCLUDED
☑ Original WCSCR
☐ Watch Commander's Memo
☑ Acknowledgement Letter to Reporting Party
☑ Final Outcome Letter to Reporting Party
☐ Audio Tapes  Quantity:
☐ Video Tapes  Quantity: RMTSCT2022-00268
☐ Unit Performance Log
☑ Other  In-service, DDWS, Copy of citation

## CONFLICT RESOLUTION TECHNIQUES UTILIZED:
This section must be completed    ☐ YES  ☑ NO

### WATCH COMMANDER'S DISCRETION SERVICE REVIEW TERMINATED

☐ Reporting Party under the influence at time of complaint and re-contacted when sober - no misconduct reported.

☐ Factually impossible complaint or reporting party demonstrated diminished capacity.

☐ Third party complaint without witnesses where the allegedly aggrieved party is uncooperative or unavailable and there is insufficient evidence to continue review or inquiry.

☐ Watch Commander has personal knowledge the complaint is false.

### EXONERATION

☐ The employee was not personally involved or in any way connected to the incidents or alleged conduct.

☐ Inquiry revealed that all allegations were clearly false or reporting party demonstrated diminished capacity.

☐ The allegations, broadly construed and even if true, would not in any circumstances constitute a violation of the law or Department policy, rule, or procedure, and the conduct is not otherwise censurable.

It is requested that the below employee(s) be deemed exonerated:

☐ Recommended Outcome Approved - No Further Action
☐ Unit Performance Log Required
☐ Internal or Outside Agency Criminal Investigation Initiated
☐ Internal Affairs Investigation Initiated
☐ Unit Level Administrative Investigation Initiated

IAB #    Date Initiated

### FINAL APPROVAL
The below, signed, reviewed and approved the disposition of this service review.

Justin R. Diez, Captain
Unit Commander (Print Name)
Signature    Date: 7/18/22

Edward C. Ramirez, Commander
Division Commander (Print Name)
Signature    Date: 08/01/22

### FOR DISCOVERY UNIT USE ONLY
Received at Discovery Unit by:
Reviewed by:
Entered into PPI by:
Comments:

Name:
Division Chief (Name):
Signature:

RECEIVED JUL 28 2022 NORTH PATROL DIVISION

R. LOUGHRIDGE CONTENTS NOTED

Rev. 05/14/2009

*CONFIDENTIAL-PURSUANT TO STIPULATED PROTECTIVE ORDER*    *COLA-000075*