# Exhibit 9

 

# County of Los Angeles
## Sheriff's Department Headquarters
4700 Ramona Boulevard
Monterey Park, California 91754-2169

(661) 255-1121

June 27, 2014



SERVICE COMMENT REPORT # 236956

Dear ■■■■■■:

Thank you for taking the time to express your concerns regarding personnel from the Santa Clarita Valley Station. Your complaint was documented and assigned to ■■■■■■ for investigation.

On June 6, 2014, you filed a complaint at the Santa Clarita Valley Sheriff's Station regarding the off-duty conduct of one of our personnel. Your complaint has been thoroughly investigated, and I have determined that the actions of the involved deputy should have been better. Therefore, I am taking the appropriate administrative action. Please know that, regardless of the final outcome of this incident, we have discussed and documented the matter with our personnel, continuing to emphasize our expectation of professional courtesy and conduct when dealing with the public we serve.

I appreciate you bringing this matter to my attention and the opportunity it has afforded me to evaluate the conduct of our personnel. If you have any questions about the results of our review of your complaint, please contact me at (661) 255-1121. If you are not satisfied with our investigation, you may contact the Department of Ombudsman at 510 South Vermont Avenue, Suite 215, Los Angeles, California 90020, (800) 801-0030 or (213) 738-2003, or fax (213) 637 - 8662.

Sincerely,

JOHN L. SCOTT, SHERIFF

Roosevelt Johnson, Captain
Santa Clarita Valley Station

*A Tradition of Service Since 1850*

CONFIDENTIAL-PURSUANT TO STIPULATED PROTECTIVE ORDER       COLA-000039



*Los Angeles County*
**Sheriff's Department**

# SANTA CLARITA VALLEY SHERIFF'S STATION
## *PERFORMANCE LOG ENTRY*

NAME: Travis Kelly                    EMPLOYEE NUMBER: 404532

DATE: June 6, 2014                    FILE NUMBER: _____

*Entries in this log are a record of incidents/events and are not disciplinary in nature nor are they a substitute for discipline.*

### COMMENT / COUNSELING

### DESCRIPTION OF PERFORMANCE

On June 6, 2014, you were off-duty riding your motorcycle when you were stopped by a Sergeant from the Los Angeles Police Department. The Sergeant indicated in his complaint that you were driving at an unsafe speed. He conducted a traffic stop and checked your license plate before contacting you. Once he learned that your license returned to your name and the Los Angeles County Sheriff's Department, he decided to pull up alongside you to discuss the reason for the traffic stop.

The Sergeant indicated that during the traffic stop, you were rude, and questioned him as to where he worked. Before he could decide whether to cite you or warn you about your unsafe speed, you started your motorcycle and drove away from him.

Your actions were unprofessional and your behavior brought discredit to yourself and the Department. You are required by law and Department policy to be accountable for your actions both on and off-duty. You are also supposed to be obedient to all laws, regulations, and orders. Your conduct was officious and overbearing.

This performance log entry is being issued to you as a warning. Any future behavior along these lines might subject you to further discipline.

_[signature]_
Richard Cohen, Sergeant #220764
DATE: 7-1-14

_[signature]_
Travis Kelly, #404532

## LOS ANGELES COUNTY SHERIFF'S DEPARTMENT
## WATCH COMMANDER'S SERVICE COMMENT REPORT

**236956**

| Receiving Bur/Stn/Fac: | NPD/MALIBU LOST HILLS STA | Report Date: 06/06/2014 | Time: 1250 | SC #: 2357060 |
|---|---|---|---|---|
| Investigating Bur/Stn/Fac: | | URN #: | | IAB #: |

**Received By:** Telephone (checked)

**Commendation:** (none checked)

**Personnel Complaint:** Discourtesy (checked)

**Neglect of Duty / Operation of Vehicles / Off Duty Conduct / Harassment / Discrimination / Other:** Off Duty Conduct (checked), Other (checked)

**Service Complaint:** (none checked)

### Reporting Party Information
- Sex: M
- Age: 45
- Race: W
- Third Party: No
- Present at Incident: Yes
- Has any member of this Department attempted to discourage you...: No

### Involved Party Information
(blank)

### Contact/Event Information
- Date: 06/06/2014
- Time: 0835
- City or Station Area: PORTER RANCH
- Location/Address: EAST BOUND 118 @ RESEDA BLVD
- Synopsis of Contact/Event: [redacted] PULLED OVER DEPUTY KELLY (KELLY WAS IN CIVILIAN CLOTHES ON HIS MOTORCYCLE). DEPUTY KELLY WAS GOING 80 MPH. DURING THE STOP, DEPUTY KELLY WAS RUDE AND DROVE AWAY BEFORE [redacted]. See Attached.
- Was a Supervisor Present? No

### Witness Information
(blank)

### Involved Employee Information
| Last Name | First Name | Work Phone | Employee # | Unit of Assignment | Work Assignment | Shift |
|---|---|---|---|---|---|---|
| KELLY | TRAVIS | (661) 799-5111 | 404532 | SCT | DETECTIVE | Off Duty |

### Employee Witness Information
(blank)

### Watch Commander (Person Completing Report)
- Print Full Name: JENNIFER BARSH
- Employee #: 447063
- Signature: [signed]

White - LTD Hdqtrs    Canary - Unit Commander    Pink - Division Hdqtrs    Green - Reporting Party

**CONFIDENTIAL-PURSUANT TO STIPULATED PROTECTIVE ORDER**    COLA-000041

WCSCR #236956

Deputy Kelly drove away before ▮▮▮▮▮ finished his traffic stop. ▮▮▮▮▮ did not have the chance to warn and/or issue Deputy Kelly a citation.

*CONFIDENTIAL-PURSUANT TO STIPULATED PROTECTIVE ORDER*                    *COLA-000042*

## RESULT OF SERVICE COMMENT REVIEW

| SC# (PDE) | 2357060 | | SCR# | 236956 | |
|---|---|---|---|---|---|
| | Rank and Name | Employee # | Unit | | ☐ COMMENDATION |
| SCR Intake Completed by: | Lieutenant Barsh | 447063 | Malibu/Lost Hills Station | | ☐ SERVICE COMPLAINT |
| SCR Review Conducted by: | Sergeant Cohen | 220764 | Santa Clarita Valley Station | | ☑ PERSONNEL COMPLAINT |

### REVIEW DISPOSITION

☐ Commendation Public (Received from individual members of the public, businesses, corporations, etc.)

☐ Commendation Professional (Government entities expressing appreciation for professional services rendered by our personnel.)

☐ Review Comp - Service Only - No Further Action

☐ Employee Conduct Appears Reasonable (Review indicated the employee's actions appear to be in compliance with procedures, policies, guidelines or training.)

☐ Appears Employee Conduct Could Have Been Better (The employee's actions were in compliance with procedures, policies, guidelines. The complaint could have been minimized if the employee had employed tactical communication principles or common sense.)

☑ Employee Conduct Should Have Been Different (The employee's actions were not in compliance with established procedures, policies, guidelines or training. W/C will take appropriate actions.)

☐ Unable to Make a Determination (The review revealed insufficient information to assess the employee's alleged conduct or to identify the employees involved.)

☐ Resolved - Conflict Resolution Meeting (A conflict resolution meeting with the reporting party and involved employee(s) was held. The meeting adequately addressed all concerns and no further actions are deemed necessary.)

Note: Refer to the Service Comment Review Handbook for specific definitions of each result

### FINAL NOTIFICATIONS/PROCESSING

| | |
|---|---|
| Date WCSCR Received by Unit: | 06/12/14 |
| Date Acknowledgement Letter Sent To Reporting Party: | 06/16/14 |
| Date Review Completed: | __/__/__ |
| Date Final Outcome Letter Sent To Reporting Party: | 06/22/14 |
| Date Completed Review Form Provided To Involved Employees: | __/__/__ |
| Provided by: _____ | Emp #: _____ |

### ATTACHMENTS INCLUDED

☑ Original WCSCR
☑ Watch Commander's Memo
☑ Acknowledgement Letter to Reporting Party
☑ Final Outcome Letter to Reporting Party
☐ Audio Tapes   Quantity: _____
☐ Video Tapes   Quantity: _____
☑ Unit Performance Log
☑ Other    Lt. Barsh and Cpt. Davoren Memos

**RECEIVED JUL 1 0 2014 NORTH PATROL DIVISION**

### CONFLICT RESOLUTION TECHNIQUES UTILIZED:
This section must be completed    ○ YES  ● NO

### WATCH COMMANDER'S DISCRETION SERVICE REVIEW TERMINATED

☐ Reporting Party under the influence at time of complaint and re-contacted when sober - no misconduct reported.

☐ Factually impossible complaint or reporting party demonstrated diminished capacity.

☐ Third party complaint without witnesses where the allegedly aggrieved party is uncooperative or unavailable and there is insufficient evidence to continue review or inquiry.

☐ Watch Commander has personal knowledge the complaint is false.

### EXONERATION

☐ The employee was not personally involved or in any way connected to the incidents or alleged conduct.

☐ Inquiry revealed that all allegations were clearly false or reporting party demonstrated diminished capacity.

☐ The allegations, broadly construed and even if true, would not in any circumstances constitute a violation of the law or Department policy, rule, or procedure, and the conduct is not otherwise censurable.

It is requested that the below employee(s) be deemed exonerated:

| Name | Employee # |
|---|---|

Division Chief (Name) _____

Signature _____ Date __/__

### APPROVED DISPOSITION
(A separate disposition is required for each involved employee)

☐ Recommended Outcome Approved - No Further Action
☑ Unit Performance Log Required
☐ Internal or Outside Agency Criminal Investigation Initiated
☐ Internal Affairs Investigation Initiated
☐ Unit Level Administrative Investigation Initiated

IAB # _____    Date Initiated __/__/__

### FINAL APPROVAL
The below, signed, reviewed and approved the disposition of this service review.

ROOSEVELT JOHNSON, CAPTAIN
Unit Commander (Print Name)

Signature _____    Date 07/01/14

MATHEW A. DENDO, COMMANDER
Division Commander (Print Name)

Signature _____    Date 7/10/14

### FOR DISCOVERY UNIT USE ONLY

Received at Discovery Unit by _____    Date 9/16/14
Reviewed by _____    Date 9/18/14
Entered into PPI by _____    Date __/__
Comments: _____

Rev. 05/14/2009

CONFIDENTIAL-PURSUANT TO STIPULATED PROTECTIVE ORDER    COLA-000043