# Exhibit 12

761551N52A – SH-AD (3/16)

COUNTY OF LOS ANGELES
# SHERIFF'S DEPARTMENT
*"A Tradition of Service Since 1850"*

OFFICE CORRESPONDENCE

DATE: MARCH 22, 2017

FILE NO: 2381967

FROM: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  TO: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
INTERNAL AFFAIRS BUREAU            PERSONNEL ADMINISTRATION

SUBJECT: **REVISED DISCIPLINARY ACTION - SUSPENSION**

Please verify and/or adjust payroll records to reflect the following:

| | |
|---|---|
| SUBJECT NAME: | TRAVIS E. KELLY |
| EMPLOYEE NO.: | #404532 |
| ITEM NAME/NO.: | SERGEANT, #2717A |
| UNIT/DIVISION: | NORTH COUNTY CORRECTIONAL FACILITY |
| DISCIPLINE: | FOUR (4) DAYS |
| EFFECTIVE DATE(S): | APRIL 10, 2017 – APRIL 13, 2017 |



3/22/17
DATE

*** PLEASE RETURN TO PATTY CHOE OF
INTERNAL AFFAIRS BUREAU AS SOON AS POSSIBLE*

RIGHT FAX: 323-415-6598

TAA:PC:pc

*CONFIDENTIAL-PURSUANT TO STIPULATED PROTECTIVE ORDER*                    COLA-000044