# Exhibit 13

**REPORT ON PERFORMANCE EVALUATION**

**PAGE 6**
**07/13/2019 TO 07/12/2020**

**EMPLOYEE NAME:** KELLY, TRAVIS E.
**EMPLOYEE NUMBER:** 404532
**POSITION:** SERGEANT

**OTHER (continued)**

Sergeant Kelly has reviewed his personnel file and found his personal and beneficiary information to be current.

Sergeant Kelly possesses a valid California driver license which expires on August 29, 2023.

Sergeant Kelly has reviewed and acknowledged understanding of the Electronic Communications policy.

Sergeant Kelly and I reviewed and discussed the Department's Core Values. Sergeant Kelly performed in a manner that exceeded Department expectations.

*[Handwritten note]: Travis, You are an outstanding Sergeant, and a key member of my team. Thank you for your hard work and all you do.*

*CONFIDENTIAL-PURSUANT TO STIPULATED PROTECTIVE ORDER*   *COLA-000023*