THOMAS M. FERLAUTO (SBN 155503)
LAW OFFICE OF THOMAS M. FERLAUTO, APC
25201 Paseo de Alicia, Suite 270
Laguna Hills, California 92653
Telephone: 949-334-8650
Fax: 949-334-8691
Email: TMF@lawofficeTMF.com

Attorney for Plaintiff, JOSHUA ASSIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSHUA ASSIFF,**<br><br>**Plaintiff,**<br><br>v.<br><br>**COUNTY OF LOS ANGELES; SHERIFF DEPUTY BADGE NUMBER 404532; And DOES 1 through 10,**<br><br>**Defendants.** | **Case No. 2:22-cv-05367 RGK (MAAx)**<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION IN LIMINE #5**<br><br>Action Filed: August 3, 2022<br>Pretrial Conference: July 10, 2023<br>Trial Date: July 25, 2023<br><br>Assigned to: Hon. R. Gary Klausner, District Judge, Courtroom 850 |

Plaintiff, JOSHUA ASSIFF (hereinafter "Plaintiff") hereby respectfully submits the following memorandum of points and authorities in opposition to Defendants' motion in limine #5 to preclude evidence of comments, findings and/or opinions from third-parties associated with the Los Angeles Sheriff's Department's ("LASD") review regarding the subject incident as evidence of liability.

**I.   INTRODUCTION**

Plaintiff is a 21-year old black male and a student at Antelope Valley College where he plays basketball. Plaintiff was driving from his home to a teammate's house

in order to carpool to basketball practice. For no apparent reason and without probable cause, KELLY, a male Caucasian motorcycle Sheriff deputy, pulled Plaintiff over. For no apparent reason and without probable cause, KELLY – as well as other deputies who subsequently responded to the call – all tasered, choked, pepper sprayed, beat and arrested Plaintiff. Plaintiff has asserted the First Cause of Action against KELLY for violation of 42 USC § 1983 (arrest without probable cause and with excessive force).

**II.  THIS MOTION IS VAGUE AND AMBIGUOUS AS TO WHAT EVIDENCE IT REFERS TO, AND SHOULD BE DENIED**

Defendants argue that "comments, findings and/or opinions from third-parties associated with the Los Angeles Sheriff's Department's ("LASD") review regarding the subject incident as evidence of liability" should be precluded. However, it is unclear what evidence this motion refers to. The motion fails to identify the "third-parties" and fails to identify the "comments, findings and/or opinions." Thus, any order based upon this motion would be fatally vague, and Plaintiff would not know how to comply with the order or what might violate it.

**III.  CONCLUSION**

For the reasons set forth above, this motion should be denied..

DATED: June 30th, 2023        The Law Office Of Thomas M. Ferlauto, APC

By: _____/s/ Thomas M. Ferlauto_____
Thomas M. Ferlauto
Attorney For: Plaintiff, JOSHUA ASSIFF