THOMAS M. FERLAUTO (SBN 155503)
LAW OFFICE OF THOMAS M. FERLAUTO, APC
25201 Paseo de Alicia, Suite 270
Laguna Hills, California 92653
Telephone: 949-334-8650
Fax: 949-334-8691
Email: TMF@lawofficeTMF.com

Attorney for Plaintiff, JOSHUA ASSIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSHUA ASSIFF,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**COUNTY OF LOS ANGELES; SHERIFF DEPUTY BADGE NUMBER 404532; And DOES 1 through 10,**<br><br>**Defendants.** | **Case No. 2:22-cv-05367 RGK (MAAx)**<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION IN LIMINE #8**<br><br>Action Filed: August 3, 2022<br>Pretrial Conference: July 10, 2023<br>Trial Date: July 25, 2023<br><br>Assigned to: Hon. R. Gary Klausner, District Judge, Courtroom 850 |

Plaintiff, JOSHUA ASSIFF (hereinafter "Plaintiff") hereby respectfully submits the following memorandum of points and authorities in opposition to Defendants' motion in limine #8 to preclude any "evidence, references, argument and testimony by Plaintiff JOSHUA ASSIFF and his counsel to Plaintiff's youth or immaturity."

///

///

///

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## I.    INTRODUCTION

Plaintiff is a 21-year old black male and a student at Antelope Valley College where he plays basketball.  Plaintiff was driving from his home to a teammate's house in order to carpool to basketball practice.  For no apparent reason and without probable cause, KELLY, a male Caucasian motorcycle Sheriff deputy, pulled Plaintiff over.  For no apparent reason and without probable cause, KELLY – as well as other deputies who subsequently responded to the call – all tasered, choked, pepper sprayed, beat and arrested Plaintiff.  Plaintiff has asserted the First Cause of Action against KELLY for violation of 42 USC § 1983 (arrest without probable cause and with excessive force).

At the time of the incident, Plaintiff was 20.

## II.    THIS MOTION SHOULD BE DENIED

Defendants argue that evidence of Plaintiff "youth or immaturity" should be precluded.  However, *Defendants fail to cite to any authority for the proposition that such general background information should be withheld from the jury*.  This information is relevant for the jury to understand the general context in which the incident occurred, as well as relevant to the calculation of damages.  Future suffering must be based upon Plaintiff's future anticipated life span which of course must be determine by Plaintiff's current age.

## III.    THIS MOTION IS VAGUE AND AMBIGUOUS AS TO WHAT EVIDENCE IT REFERS TO, AND SHOULD BE DENIED

Defendants argue that evidence of Plaintiff "youth or immaturity" should be precluded.  However, it is unclear what evidence this motion refers to.  It could arguably apply to references to the fact that Plaintiff is a student and was on his way to basketball practice.  Thus, any order based upon this motion would be fatally vague, and Plaintiff would not know how to comply with the order or what might violate it.

**IV.    CONCLUSION**

For the reasons set forth above, this motion should be denied.

DATED: June  30th, 2023        The Law Office Of Thomas M. Ferlauto, APC

By: _____

Thomas M. Ferlauto
Attorney For:  Plaintiff, JOSHUA ASSIFF

MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION IN LIMINE #8