# EXHIBIT D

**Maria L. Nixon**
___

| | |
|---|---|
| **From:** | Molshree Gupta |
| **Sent:** | Friday, June 23, 2023 4:00 PM |
| **To:** | Thomas Ferlauto; Maria L. Nixon |
| **Cc:** | Patrick Stockalper |
| **Subject:** | RE: 610-2: Assiff, Joshua vs. County of Los Angeles, et al. / Deft's Ntc of Expert Deposition - Jeffrey J. Nobel |

Well can Mr. Nobel at least provide a date so we can get something calendared?

We have previously provided dates for these witnesses many times, and you have imposed an unreasonable and arbitrary restriction that all PMK depos must occur on the same day.  Given the disparate categories and topics you have chosen to enumerate, that is not possible.  We continue to want to work with you to provide the depos – but they cannot all proceed on one day.  The witnesses have disparate work schedules, as I am sure you know from having worked with law enforcement.

Please confirm whether you will withdraw you unreasonable and arbitrary restriction that all PMK depos must occur on the same day.



Molshree Gupta
Partner
**KJAR, McKENNA & STOCKALPER, LLP**

___

**From:** Thomas Ferlauto <tmf@lawofficetmf.com>
**Sent:** Friday, June 23, 2023 11:10 AM
**To:** Maria L. Nixon <mnixon@kmslegal.com>
**Cc:** Patrick Stockalper <pstockalper@kmslegal.com>; Molshree Gupta <mgupta@kmslegal.com>
**Subject:** Re: 610-2: Assiff, Joshua vs. County of Los Angeles, et al. / Deft's Ntc of Expert Deposition - Jeffrey J. Nobel

The last time I spoke with Mr. Stockalper he requested to take Mr. Nobel's deposition off calendar, because he did not want to take Mr. Nobel's deposition until Mr. Nobel had an opportunity to review the depositions of Sergeant Kelly and the County representatives.  Mr. Nobel has just been provided with Sergeant Kelly's transcript, and we are still waiting on your office for dates for the deposition of the County representatives.

_____

LAW OFFICE OF
THOMAS M. FERLAUTO
**A Professional Law Corporation**

**Direct Dial 310-849-7554**

**25201 Paseo de Alicia, Suite 270**
**Laguna Hills, CA  92653**
**Phone: 949-334-8650**
**Facsimile: 949-334-8691**

1

**Email:** TMF@lawofficeTMF.com
**Website**: www.lawofficeTMF.com
The information contained in this e-mail message is information protected by attorney-client and/or the attorney/work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by e-mail. If the person actually receiving this e-mail or any other reader of the e-mail is not the name recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, please delete it immediately.

On Jun 22, 2023, at 2:51 PM, Maria L. Nixon <mnixon@kmslegal.com> wrote:

Good afternoon. Following up again regarding Mr. Nobel's availability in the afternoon of July 5 or 7. Kindly advise.

Thank you.

<image001.jpg>

Maria Nixon
Legal Assistant/Paralegal to
Molshree Gupta, Esq.
Carina M. Jordan, Esq.
**KJAR, McKENNA & STOCKALPER, LLP**
841 Apollo Street, Suite 100
El Segundo, California 90245
424-217-3026 - Main No. (Ext. 1099)
424-369-8664 - Direct
424-367-0400 - Fax No.
424-369-8566 - Direct Fax No.
mnixon@kmslegal.com

www.kmslegal.com

**THIS MESSAGE IS CONFIDENTIAL,** INTENDED FOR THE NAMED RECIPIENT(S) AND MAY CONTAIN INFORMATION THAT IS (I) PROPRIETARY TO THE SENDER, AND/OR, (II) PRIVILEGED, CONFIDENTIAL, AND/OR OTHERWISE EXEMPT FROM DISCLOSURE UNDER APPLICABLE STATE AND FEDERAL LAW, INCLUDING, BUT NOT LIMITED TO, PRIVACY STANDARDS IMPOSED PURSUANT TO THE FEDERAL HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT OF 1996 ("HIPAA"). IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR BY TELEPHONE AT 424-217-3026 AND DESTROY THE ORIGINAL TRANSMISSION AND ITS ATTACHMENTS WITHOUT READING OR SAVING THEM TO DISK. THANK YOU.

**From:** Maria L. Nixon
**Sent:** Wednesday, June 21, 2023 2:26 PM
**To:** Thomas Ferlauto <tmf@lawofficetmf.com>
**Cc:** Patrick Stockalper <pstockalper@kmslegal.com>; Molshree Gupta <mgupta@kmslegal.com>
**Subject:** RE: 610-2: Assiff, Joshua vs. County of Los Angeles, et al. / Deft's Ntc of Expert Deposition - Jeffrey J. Nobel

Dear Counsel:

We would like to get Mr. Nobel's deposition back on calendar.

Please advise if Mr. Nobel is available in the afternoon of July 5th or July 7th.

Sincerely,

<image001.jpg>

Maria Nixon
Legal Assistant/Paralegal to
Molshree Gupta, Esq.
Carina M. Jordan, Esq.
**KJAR, McKENNA & STOCKALPER, LLP**
841 Apollo Street, Suite 100
El Segundo, California 90245
424-217-3026 - Main No. (Ext. 1099)
424-369-8664 - Direct
424-367-0400 - Fax No.
424-369-8566 - Direct Fax No.
mnixon@kmslegal.com

www.kmslegal.com

**THIS MESSAGE IS CONFIDENTIAL**, INTENDED FOR THE NAMED RECIPIENT(S) AND MAY CONTAIN INFORMATION THAT IS (I) PROPRIETARY TO THE SENDER, AND/OR, (II) PRIVILEGED, CONFIDENTIAL, AND/OR OTHERWISE EXEMPT FROM DISCLOSURE UNDER APPLICABLE STATE AND FEDERAL LAW, INCLUDING, BUT NOT LIMITED TO, PRIVACY STANDARDS IMPOSED PURSUANT TO THE FEDERAL HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT OF 1996 ("HIPAA"). IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE

NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR BY TELEPHONE AT 424-217-3026 AND DESTROY THE ORIGINAL TRANSMISSION AND ITS ATTACHMENTS WITHOUT READING OR SAVING THEM TO DISK. THANK YOU.

**From:** Maria L. Nixon
**Sent:** Monday, May 15, 2023 4:32 PM
**To:** Thomas Ferlauto <tmf@lawofficetmf.com>
**Cc:** Patrick Stockalper <pstockalper@kmslegal.com>; Molshree Gupta <mgupta@kmslegal.com>
**Subject:** RE: 610-2: Assiff, Joshua vs. County of Los Angeles, et al. / Deft's Ntc of Expert Deposition - Jeffrey J. Nobel

Dear Counsel:

Attached please find our below documents in the above matter.

- Amended Notice of Deposition of Expert Jeffrey Nobel

Thank you,

<image001.jpg>

Maria Nixon
Legal Assistant/Paralegal to
Molshree Gupta, Esq.
Carina M. Jordan, Esq.
**KJAR, McKENNA & STOCKALPER, LLP**
841 Apollo Street, Suite 100
El Segundo, California 90245
424-217-3026 - Main No. (Ext. 1099)
424-369-8664 - Direct
424-367-0400 - Fax No.
424-369-8566 - Direct Fax No.
mnixon@kmslegal.com

www.kmslegal.com

**THIS MESSAGE IS CONFIDENTIAL,** INTENDED FOR THE NAMED RECIPIENT(S) AND MAY CONTAIN INFORMATION THAT IS (I) PROPRIETARY TO THE SENDER, AND/OR, (II) PRIVILEGED, CONFIDENTIAL, AND/OR OTHERWISE EXEMPT FROM DISCLOSURE UNDER APPLICABLE STATE AND FEDERAL LAW, INCLUDING, BUT NOT LIMITED TO, PRIVACY STANDARDS IMPOSED PURSUANT TO THE FEDERAL HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT OF 1996 ("HIPAA"). IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION,

DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR BY TELEPHONE AT 424-217-3026 AND DESTROY THE ORIGINAL TRANSMISSION AND ITS ATTACHMENTS WITHOUT READING OR SAVING THEM TO DISK. THANK YOU.

**From:** Thomas Ferlauto <tmf@lawofficetmf.com>
**Sent:** Monday, May 15, 2023 12:31 PM
**To:** Maria L. Nixon <mnixon@kmslegal.com>
**Subject:** Re: 610-2: Assiff, Joshua vs. County of Los Angeles, et al. / Deft's Ntc of Expert Deposition - Jeffrey J. Nobel

Yes.  June 1 will work.

_____

LAW OFFICE OF
THOMAS M. FERLAUTO
**A Professional Law Corporation**

**Direct Dial 310-849-7554**

**25201 Paseo de Alicia, Suite 270**
**Laguna Hills, CA  92653**
**Phone: 949-334-8650**
**Facsimile: 949-334-8691**

**Email: TMF@lawofficeTMF.com**
**Website**:  www.lawofficeTMF.com

The information contained in this e-mail message is information protected by attorney-client and/or the attorney/work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by e-mail. If the person actually receiving this e-mail or any other reader of the e-mail is not the name recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, please delete it immediately.

> On May 15, 2023, at 10:23 AM, Maria L. Nixon <mnixon@kmslegal.com> wrote:
>
> Dear Counsel:
>
> We would like to schedule Mr. Nobel's deposition on June 1, 2023 at 10:00 a.m.
>
> If there are no objections, I will re-notice his deposition.
>
> Regards,
>
>
>
> <image001.jpg>
>
> Maria Nixon
> Legal Assistant/Paralegal to
> Molshree Gupta, Esq.
> Carina M. Jordan, Esq.
> **KJAR, McKENNA & STOCKALPER, LLP**

841 Apollo Street, Suite 100
El Segundo, California 90245
424-217-3026 - Main No. (Ext. 1099)
424-369-8664 - Direct
424-367-0400 - Fax No.
424-369-8566 - Direct Fax No.
mnixon@kmslegal.com

www.kmslegal.com

**THIS MESSAGE IS CONFIDENTIAL**, INTENDED FOR THE NAMED RECIPIENT(S) AND MAY CONTAIN INFORMATION THAT IS (I) PROPRIETARY TO THE SENDER, AND/OR, (II) PRIVILEGED, CONFIDENTIAL, AND/OR OTHERWISE EXEMPT FROM DISCLOSURE UNDER APPLICABLE STATE AND FEDERAL LAW, INCLUDING, BUT NOT LIMITED TO, PRIVACY STANDARDS IMPOSED PURSUANT TO THE FEDERAL HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT OF 1996 ("HIPAA"). IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR BY TELEPHONE AT 424-217-3026 AND DESTROY THE ORIGINAL TRANSMISSION AND ITS ATTACHMENTS WITHOUT READING OR SAVING THEM TO DISK. THANK YOU.

---

**From:** Thomas Ferlauto <tmf@lawofficetmf.com>
**Sent:** Friday, May 12, 2023 9:07 AM
**To:** Maria L. Nixon <mnixon@kmslegal.com>
**Cc:** Patrick Stockalper <pstockalper@kmslegal.com>; Molshree Gupta <mgupta@kmslegal.com>
**Subject:** Re: 610-2: Assiff, Joshua vs. County of Los Angeles, et al. / Deft's Ntc of Expert Deposition - Jeffrey J. Nobel

Counsel:

Mr. Nobel is already scheduled for a deposition in another case on May 31. He is available on May 29 and 30 as well as June 1 and 2.

_____

LAW OFFICE OF
THOMAS M. FERLAUTO
**A Professional Law Corporation**

Direct Dial 310-849-7554

**25201 Paseo de Alicia, Suite 270**
**Laguna Hills, CA  92653**
**Phone: 949-334-8650**

```
```
Here:

**Facsimile: 949-334-8691**

**Email: TMF@lawofficeTMF.com**
**Website**:  **www.lawofficeTMF.com**

The information contained in this e-mail message is information protected by attorney-client and/or the attorney/work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by e-mail. If the person actually receiving this e-mail or any other reader of the e-mail is not the name recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, please delete it immediately.

On May 11, 2023, at 3:15 PM, Maria L. Nixon <mnixon@kmslegal.com> wrote:

Dear Counsel:

Attached please find our below documents in the above matter.

- Deft's Ntc of Expert Deposition - Jeffrey J. Nobel

Thank you,

<image001.jpg>

Maria Nixon
Legal Assistant/Paralegal to
Molshree Gupta, Esq.
Carina M. Jordan, Esq.
**KJAR, McKENNA & STOCKALPER, LLP**
841 Apollo Street, Suite 100
El Segundo, California 90245
424-217-3026 - Main No. (Ext. 1099)
424-369-8664 - Direct
424-367-0400 - Fax No.
424-369-8566 - Direct Fax No.
mnixon@kmslegal.com

www.kmslegal.com

**THIS MESSAGE IS CONFIDENTIAL**, INTENDED FOR THE NAMED RECIPIENT(S) AND MAY CONTAIN INFORMATION THAT IS (I) PROPRIETARY TO THE SENDER, AND/OR, (II) PRIVILEGED, CONFIDENTIAL, AND/OR OTHERWISE EXEMPT FROM DISCLOSURE UNDER APPLICABLE STATE AND FEDERAL LAW, INCLUDING, BUT NOT LIMITED TO, PRIVACY STANDARDS IMPOSED PURSUANT TO THE FEDERAL HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT OF 1996 ("HIPAA"). IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR

AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR BY TELEPHONE AT 424-217-3026 AND DESTROY THE ORIGINAL TRANSMISSION AND ITS ATTACHMENTS WITHOUT READING OR SAVING THEM TO DISK. THANK YOU.

<Deft's Ntc of Expert Deposition - Jeffrey J. Nobel.PDF>