PATRICK E. STOCKALPER, SBN 156954
MOLSHREE GUPTA, SBN 275101
KJAR, MCKENNA & STOCKALPER, LLP
841 Apollo Street, Suite 100
El Segundo, California 90245
Telephone (424) 217-3026
Facsimile (424) 367-0400
pstockalper@kmslegal.com
mgupta@kmslegal.com

Attorneys for Defendant,
**SERGEANT TRAVIS KELLY**
*(Defendant is exempt from filing fees pursuant to Government Code § 6103)*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA ASSIFF,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES; SHERIFF DEPUTY BADGE NUMBER 404532; And DOES 1 through 10,<br><br>　　　　Defendants. | **Case No.: 2:22-cv-05367 RGK(MAAx)**<br><br>**STATEMENT OF QUALIFICATIONS AND ANTICIPATED TESTIMONY OF DEFENSE EXPERT**<br><br>Action Filed: August 3, 2022<br>Pretrial Conference: July 10, 2023<br>Trial Date: July 25, 2023<br><br>Assigned to:<br>Hon. R. Gary Klausner, District Judge<br>Courtroom 850<br><br>All Discovery Matters Referred to:<br>Hon. Maria A. Audero, District Judge |

　　Defendant SERGEANT TRAVIS KELLY ("Defendant") hereby submits its short narrative statement of the qualifications Expert Michael Gray and the testimony expected to be elicited at Trial.

　　**Qualifications:** Mr. Gray is a retired deputy sheriff (effective 02-05-2001), attaining the rank of Deputy Sheriff/Detective for the County of Los Angeles, California,

Sheriff's Department. He started in his career as a deputy sheriff in 1984 and worked in that field until retirement. The assignments that he has worked were Custody, Patrol Deputy, Traffic Enforcement Deputy, Field Training Officer (FTO), Station Detective, and Detective Division. For eleven (11) years of my active law enforcement career, he was a detective investigating property crimes such as burglary and vehicle theft and crimes against persons including but not limited to; assaults, sexual assaults, child abuse, and robbery. He has personally written over 300 search warrants and participated in the service and execution of hundreds more. As a detective, he has conducted more than two thousand investigations covering almost every area of law enforcement and has conducted interviews of witnesses, victims, and suspects in the thousands.

In addition, he has been a Field Training Officer, a Trainer of new Detectives and a classroom trainer for the Department and for the Training Center and has trained over one thousand – seven hundred (1,700) California law enforcement personnel in various aspects of investigations. He is a Trainer of Trainers, personally instructing over one hundred-seventy (170) California law enforcement trainers in the Commission on POST "Master Instructor Development Program" and over four hundred (400) California law enforcement trainers in the Commission on POST "Institute of Criminal Investigations Instructor Training Course." Many of the programs and training have a component of interview and interrogation.

In 2016, Mr. Gray performed civil rights work for the Federal Department of Justice – Civil Rights Division, as it relates to Use of Force training in an academy, Field Training Officer program and In-Service training during a DOJ investigation of a major mid-west city police department and has produced reports on observations and findings.

Currently, he is the Executive Director of the Intergovernmental Training and Develop Center (ITDC) in San Diego, California; ITDC is a government training center, training over 4,000 law enforcement personnel annually. As the Executive Director of the ITDC, he is active as an executive, administrator, instructor, developer, author and consultant and has responsibility for the oversight and administration of the ITDC

including the oversight of over three hundred fifty (350) instructors who teach in 62 different POST certified courses that the ITDC operates. He personally oversees thirteen Commission on POST Institute of Criminal Investigation (ICI) courses, in which over nine hundred (900) law enforcement investigators are trained each year, all of which discuss in some form or fashion the laws of arrest and interview and interrogation with current updated laws.

**Anticipated Testimony:** Mr. Gray has served as a police practices expert for both plaintiff and defense. He will provide expert opinions regarding the standard of care and duties of sheriff's deputies who conduct traffic stops in general and in particular the standard of care and duties owed to Plaintiff in the underlying litigation. In addition, he will provide testimony which will relate to the objective reasonableness of Defendant Kelly's conduct during the incident. Mr. Gray's testimony and opinions will address the conduct of Defendant Kelly, and all involved parties, relating to the facts alleged in the operative complaint and determined through discovery and investigation.

Dated: July 5, 2023                           KJAR, MCKENNA & STOCKALPER, LLP

By: _/s/ Molshree Gupta_____
PATRICK E. STOCKALPER
MOLSHREE GUPTA
Attorneys for Defendants,
COUNTY OF LOS ANGELES and SERGEANT TRAVIS KELLY

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 841 Apollo Street, Suite 100, El Segundo, California 90245.

On July 5, 2023, I served the foregoing document described as **STATEMENT OF QUALIFICATIONS AND ANTICIPATED TESTIMONY OF DEFENSE EXPERT** on all interested parties in this action by placing a true copy thereof in a sealed envelope addressed as follows:

### SEE ATTACHED SERVICE LIST

**By Mail**  I caused such envelope(s) to be deposited in the mail at El Segundo, California.  The envelope was mailed with postage thereon fully prepaid and addressed to the parties listed on the Service List. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  It is deposited with U.S. postal service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

XX  **By Email** Based upon a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the persons at the electronic service addresses listed in the Service List.  My email address is mnixon@kmslegal.com.

**By Personal Service** I caused such document to be Personally Served on the parties listed in the Service List.

XX  **State**  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 5, 2023, at El Segundo, California.

Maria Nixon

# SERVICE LIST

**Assiff, Joshua vs. County of Los Angeles, et al.**
Central District- Case No.: 2:22-cv-05367 RGK(MAAx)

| | |
|---|---|
| Thomas M. Ferlauto, Esq.<br>Law Office of Thomas M. Ferlauto, APC<br>25201 Paseo de Alicia, Ste. 270<br>Laguna Hills, CA 92653<br>EM: tmf@lawofficetmf.com | Attorney for Plaintiff,<br>**JOSHUA ASSIFF** |
| Philip Cohen, Esq.<br>Law Offices of Philip Kent Cohen, APC<br>100 Wilshire Boulevard, Suite 1300<br>Santa Monica, CA 90401<br>Telephone: 310/451-9111<br>Facsimile: 310/451-9119<br>EM: pcohen@pcohenlaw.com | Co-Attorney for Plaintiff.<br>**JOSHUA ASSIFF** |

STATEMENT OF QUALIFICATIONS AND ANTICIPATED TESTIMONY OF DEFENSE EXPERT