THOMAS M. FERLAUTO (SBN 155503)
LAW OFFICE OF THOMAS M. FERLAUTO, APC
25201 Paseo de Alicia, Suite 270
Laguna Hills, California 92653
Telephone: 949-334-8650
Fax: 949-334-8691
Email: TMF@lawofficeTMF.com

Attorney for Plaintiff, JOSHUA ASSIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA ASSIFF,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF LOS ANGELES;<br>SHERIFF DEPUTY BADGE<br>NUMBER 404532;<br>And DOES 1 through 10,<br><br>　　　　　Defendants. | Case No. 2:22-cv-05367 RGK (MAAx)<br><br>**STATEMENT OF QUALIFICATION OF PLAINTIFF'S EXPERT AND EXPECTED TESTIMONY**<br><br>Action Filed: August 3, 2022<br>Pretrial Conference: July 10, 2023<br>Trial Date: July 25, 2023<br><br>Assigned to: Hon. R. Gary Klausner, District Judge, Courtroom 850 |

　　　Plaintiff, JOSHUA ASSIFF (hereinafter "Plaintiff") hereby respectfully submits the following statement of qualification of Plaintiff's expert and expected testimony. Plaintiff expects to elicit expert testimony from Mr. Jeffrey Nobel.

**I.　QUALIFICATIONS**

　　　Mr. Nobel was a police officer in the City of Irvine for 28 years rising to the position of Deputy Chief of Police prior to his retirement. He served as an interim Deputy Chief of Police at the Westminster Police Department for nine months. He has a Juris Doctor degree, with honors, from Western State University College of Law, and he is admitted to practice law in the State of California. He has a Bachelor's

degree in Criminal Justice with an emphasis on Administration from California State University at Long Beach.

In 2014, he was part of a Carnegie Institute of Peace Think Tank for addressing police use of force in developing countries.

He has consulted with other police organizations on a wide range of police practices, procedures, including criminal and administrative investigations. For instance, he was retained in 2004 as an expert to review and evaluate the internal investigation conducted by the San Francisco, California, Office of Community Complaints of the case widely known as "Fajitagate" involving the indictment of seven command staff members and three officers of the San Francisco Police Department. In 2007 and again in 2009, he was retained by the City of Austin, Texas to review the police department's internal homicide and Internal Affairs investigation of two officer involved fatal shootings.

He has been retained as both a defense and a plaintiff's expert in over 300 cases and have testified as an expert in state court in California, Washington, Tennessee, Connecticut, Minnesota, Illinois and New Mexico and in federal court in Illinois, Tennessee, Georgia, South Carolina, North Carolina, Virginia, Texas and California.

He has prepared expert reports for cases in the states of California, Washington, Pennsylvania, Georgia, Illinois, Tennessee, Idaho, Arkansas, Texas, Colorado, New York, Oklahoma, Connecticut, Florida, New Mexico, Minnesota, Ohio, Kentucky, Louisiana, Indiana, Wisconsin, Virginia, Delaware, Oregon, Arizona, New Mexico, New Jersey, Mississippi, North Carolina, South Carolina, Wyoming, Kansas and Missouri.

He has been retained in criminal cases involving allegations of criminal uses of force by police officers in the states of New Mexico, Delaware, Minnesota, Pennsylvania, California, Georgia, Washington, and Florida.

He served as an independent policy advisor to the Large City Internal Affairs Project, which was funded by the United States Department of Justice. This group consists of the 12 largest police agencies in the United States as well as a select group of independent policy advisors and academics. The project was an effort to develop national best practices in internal investigations for police agencies. He was the chair of a sub-committee whose efforts were focused on the investigation of allegations of officer misconduct. Because of this project the COPS Office published a document entitled, "Standards and Guidelines for Internal Affairs: Recommendations from a Community of Practice."

He has given presentations at the International Association of Chiefs of Police conference in 2004, 2009, 2012, and 2014; the national COPS conference on Internal Affairs issues and the Academy of Criminal Justices Sciences annual meeting on tactical reckless decision making in 2009; the American Psychological Association annual conference in 2013; and National Tactical Officers' Association annual conference in 2004.

In 2013, he gave a presentation in Mexico at the request of the Mexican government on preventing corruption in police institutions.

He has published 21 articles on policing which discussed the subject matters of: Internal Affairs, personnel issues, pursuits, use of force issues and investigative procedures.

He has published two chapters for policing textbooks on tactical recklessness and the code of silence.

He has co-authored, along with Geoffrey Alpert, Ph.D., a textbook on police Internal Affairs investigations titled, "Managing Accountability Systems for Police Conduct: Internal Affairs and External Oversight." This book was cited extensively in the COPS 2009 publication, "Building Trust Between the Police and the Citizens They Serve: An Internal Affairs Promising Practice Guide for Local Law Enforcement."

In 2020, he co-authored a textbook, "Evaluating Police Uses of Force," with Seth Stoughton and Geoffrey Alpert.

As a police consultant and expert witness, he has extensive experience on matters involving police investigative procedures, misconduct and corruption.

## II.   TESTIMONY EXPECTED TO BE ELICITED

Mr. Nobel is a recognized expert on police procedures and use of force. Mr. Nobel is expected to testify concerning the generally accepted police practices relevant to traffic stops and the use of force generally.  He will discuss the standards of care and duties owed by law enforcement officers to motorists like Plaintiff. Particularly, Mr. Nobel will testify how Defendant Kelly and the other involved officers in the traffic stop of Plaintiff adhered to these standards, duties and practices, including:

1) Sergeant Kelly's failure to use de-escalation techniques was inconsistent with generally accepted police practices.

2) Sergeant Kelly's use of pepper spray on Mr. Assiff was objectively unreasonable, excessive and inconsistent with generally accepted police practices.

3) Sergeant Kelly's use of a punch to the face in these circumstances was excessive, objective unreasonable and inconsistent with generally accepted police practices.

4) Deputy Clark's use of a neck hold in these circumstances was excessive, objective unreasonable and inconsistent with generally accepted police practices.

DATED: July 5th, 2023     The Law Office Of Thomas M. Ferlauto, APC

By: _____
Thomas M. Ferlauto
Attorney For:  Plaintiff, JOSHUA ASSIFF