UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:22-cv-05367-RGK-MAAx | Date | July 10, 2023 |
|---|---|---|---|
| Title | Joshua Assiff v. County of Los Angeles, et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. District Judge |
|---|---|
| Joseph Remigio | Katherine Stride |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Thomas Ferlauto/Philip Cohen | Molshree Gupta/Patrick Stockalper |

**Proceedings:** **PRETRIAL CONFERENCE** (held and completed)

The case is called and counsel make their appearance.

As more fully reflected on the record, Court and counsel confer re trial and procedural matters including voir dire.

Each day of trial, counsel shall informally provide the court with a list of witnesses to be called, in order that they will be called.

The Court informs counsel that it may impose time limits of 2-3 hours per side. The amount of time will be confirmed on the first day of trial.

As more fully reflected on the record, the Court gives its **tentative** rulings on the Motions in Limine as follows:
PMIL for Evidentiary Sanctions Defendants [70] - Denied
PMIL to Limit testimony of defense expert Michael Gray [71] - Granted
DMIL 1 to Exclude Prior Conduct [60] - Granted
DMIL 2 to Exclude CV15-03174 [61] - Denied as moot.
DMIL 3 to Exclude Publications re LASD [62] - Denied as moot.
DMIL 4 to Exclude Plnt's Expert Nobel [63] - Granted
DMIL 5 to Exclude Third Party Opinions [64] - Denied.
DMIL 6 to Exclude Damages Not Disclosed [65] - Denied.
DMIL 7 to Exclude Speculative Damages [66] - Denied.
DMIL 8 to Exclude Plaintiff's Age [67] - Denied.
DMIL 9 to Bifurcate Liability from Damages [68] - Ruling deferred.

The parties shall jointly file a short statement of the case, comprising no more than 2-3 sentences.

|  | : | 30 |
|---|---|---|
| Initials of Preparer | jre | |