PATRICK E. STOCKALPER, SBN 156954
MOLSHREE GUPTA, SBN 275101
KJAR, MCKENNA & STOCKALPER, LLP
841 Apollo Street, Suite 100
El Segundo, California 90245
Telephone (424) 217-3026
Facsimile (424) 367-0400
pstockalper@kmslegal.com
mgupta@kmslegal.com

Attorneys for Defendant,
**SERGEANT TRAVIS KELLY**
*(Defendants is exempt from filing fees pursuant to Government Code § 6103)*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSHUA ASSIFF,<br><br>     Plaintiffs,<br><br>     v.<br><br>COUNTY OF LOS ANGELES; SHERIFF DEPUTY BADGE NUMBER 404532; And DOES 1 through 10,<br><br>     Defendants. | **Case No.: 2:22-cv-05367 RGK(MAAx)**<br><br>**REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION IN LIMINE NO. 4**<br><br>Action Filed: August 3, 2022<br>Pretrial Conference: July 10, 2023<br>Trial Date: July 25, 2023<br><br>Assigned to:<br>Hon. R. Gary Klausner, District Judge<br>Courtroom 850<br><br>All Discovery Matters Referred to:<br>Hon. Maria A. Audero, District Judge |

Defendant, SERGEANT TRAVIS KELLY (hereinafter "Defendant") hereby respectfully submits the following reply memorandum of points and authorities in support of his motion in limine to limit evidence, references, argument and testimony from Plaintiff's police practices expert, Jeffrey Nobel.

1

## I. INTRODUCTION

The Court's tentative ruling on Plaintiff's motion in limine #2 (expert testimony) and Defendant's motion in limine #4 (expert testimony), the Court held that no expert from either side may testify as to conclusions of law or the ultimate facts to be determined by the jury. However, the Court noted that experts may testify as to hypotheticals; in addition, the Court stated that experts may testify as to whether purported conduct complied with industry standards (such as POST). Finally, the Court commented that, if Defendant maintains his qualified immunity defense at Trial, the experts may testify as to the constitutionality of the purported conduct, for the limited purpose of qualified immunity.

However, Plaintiff's expert, Jeffrey J Noble's opines on conclusions of law or the ultimate facts, follows:

   a) "Sergeant Kelly unnecessarily escalated the contact with Mr. Assiff creating the need to use force that would have likely not have been otherwise necessary." (See Expert report of Jeffrey J. Noble, included as **Exhibit B** to Declaration of Molshree Gupta in Support of Defendants' MIL No. 4, at p. 15, 33.)

   b) "Sergeant Kelly failed to take basic reasonable steps to de-escalate the situation before telling Mr. Assiff that he would be arrested and using force to gain compliance." (See Expert report of Jeffrey J. Noble, included as **Exhibit B** to Declaration of Molshree Gupta in Support of Defendants' MIL No. 4, at p. 36.)

   c) "Had Sergeant Kelly followed generally accepted police practices and his department policy and used de-escalation to gain voluntary compliance, it is likely that no force would have been necessary." (See Expert report of Jeffrey J. Noble, included as **Exhibit B** to Declaration of Molshree Gupta in Support of Defendants' MIL No. 4, at p. 15, 37.)

   d) "Sergeant Kelly's Use of Pepper Spray on Mr. Assiff was Objectively

Unreasonable, Excessive …" (See Expert report of Jeffrey J. Noble, included as **Exhibit B** to Declaration of Molshree Gupta in Support of Defendants' MIL No. 4, at p. 15.)

e) "While Mr. Assif was not complying with Sergeant Kelly's commands he was not actively resisting, but merely passively resisting." (See Expert report of Jeffrey J. Noble, included as **Exhibit B** to Declaration of Molshree Gupta in Support of Defendants' MIL No. 4, at p. 18, 44.)

f) "The use of a punch to the face in these circumstances was excessive, objective unreasonable …." (See Expert report of Jeffrey J. Noble, included as **Exhibit B** to Declaration of Molshree Gupta in Support of Defendants' MIL No. 4, at p. 19, 46(c).)

Such expert testimony by Plaintiff's expert should be excluded.

Dated: July 14, 2023

KJAR, MCKENNA & STOCKALPER, LLP

By: _____
PATRICK E. STOCKALPER
MOLSHREE GUPTA
Attorneys for Defendants,
COUNTY OF LOS ANGELES and SERGEANT TRAVIS KELLY

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 841 Apollo Street, Suite 100, El Segundo, California 90245.

On July 14, 2023, I served the foregoing document described as **REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION IN LIMINE NO. 4** on all interested parties in this action by placing a true copy thereof in a sealed envelope addressed as follows:

## SEE ATTACHED SERVICE LIST

**By Mail** I caused such envelope(s) to be deposited in the mail at El Segundo, California. The envelope was mailed with postage thereon fully prepaid and addressed to the parties listed on the Service List. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

XX **By Email** Based upon a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the persons at the electronic service addresses listed in the Service List. My email address is mnixon@kmslegal.com.

**By Personal Service** I caused such document to be Personally Served on the parties listed in the Service List.

XX **State** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 14, 2023, at El Segundo, California.

_____
Maria Nixon

# SERVICE LIST

**Assiff, Joshua vs. County of Los Angeles, et al.**
Central District- Case No.: 2:22-cv-05367 RGK(MAAx)

| | |
|---|---|
| Thomas M. Ferlauto, Esq.<br>Law Office of Thomas M. Ferlauto, APC<br>25201 Paseo de Alicia, Ste. 270<br>Laguna Hills, CA 92653<br>EM: tmf@lawofficetmf.com | Attorney for Plaintiff,<br>**JOSHUA ASSIFF** |
| Philip Cohen, Esq.<br>Law Offices of Philip Kent Cohen, APC<br>100 Wilshire Boulevard, Suite 1300<br>Santa Monica, CA  90401<br>Telephone:  310/451-9111<br>Facsimile:   310/451-9119<br>EM:  pcohen@pcohenlaw.com | Co-Attorney for Plaintiff.<br>**JOSHUA ASSIFF** |