UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSHUA ASSIFF,**<br><br>      **Plaintiff,**<br><br>      v.<br><br>**COUNTY OF LOS ANGELES;**<br>**SHERIFF DEPUTY BADGE**<br>**NUMBER 404532;**<br>**And DOES 1 through 10,**<br><br>      **Defendants.** | Case No. 2:22-cv-05367 RGK (MAAx)<br><br>**PLAINTIFF'S PROPOSED VERDICT FORM**<br><br>Action Filed: August 3, 2022<br>Pretrial Conference: July 10, 2023<br>Trial Date: July 25, 2023<br><br>Assigned to: Hon. R. Gary Klausner, District Judge, Courtroom 850 |

     PLEASE TAKE NOTICE THAT Plaintiff, JOSHUA ASSIFF (hereinafter "Plaintiff") hereby provides this proposed verdict form.

///
///
///
///
///
///
///

# PLAINTIFF'S PROPOSED VERDICT FORM FOR PHASE I

We, the jury, answer the questions submitted to us as follows:

1. Did Defendant Travis Kelly have probable cause to arrest Plaintiff Joshua Assiff?

   Yes \_\_\_\_ No \_\_\_\_

Proceed to question 2.

2. In effectuating Plaintiff Joshua Assiff's arrest, Did Defendant Travis Kelly employ excessive force?

   Yes \_\_\_\_ No \_\_\_\_

If your answer to question 1 is "no," then proceed to answer question 3. If your answer to question 2 is "yes" then proceed to answer question 3. If you answered both "yes" to question 1 and "no" to question 2, stop here, answer no further questions, and have the presiding juror sign and date this form.

3. Was Defendant Travis Kelly's violation of Plaintiff Joshua Assiff's rights a substantial factor in causing harm to Plaintiff Joshua Assiff?

   Yes \_\_\_\_ No \_\_\_\_

If your answer to question 3 is "yes," then proceed to answer question 4. If you answered "no" to question 3, stop here, answer no further questions, and have the presiding juror sign and date this form.

4. What are Plaintiff Joshua Assiff's damages?

Past economic loss (medical, towing, bail, etc.)     $_____

Future economic loss     $_____

Past noneconomic loss, including physical pain/mental suffering:

$_____

Future noneconomic loss, including physical pain/mental suffering:

$_____

TOTAL     $_____

You have answered the final question. Please have the presiding juror sign and date this form.

Signed: _____
Presiding Juror

Dated: _____

After [this verdict form has been signed, notify the [clerk/bailiff/court attendant] that you are ready to present your verdict in the courtroom.

# **PLAINTIFF'S PROPOSED VERDICT FORM FOR PHASE I**

We, the jury, answer the questions submitted to us as follows:

5. Did Defendant Travis Kelly act maliciously, oppressively, or in reckless disregard of Plaintiff Joshua Assiff's rights?

    Yes \_\_\_\_ No \_\_\_\_

If your answer to question 5 is "yes," then answer question 6. If you answered "no," stop here, answer no further questions, and have the presiding juror sign and date this form.

6. Do you award punitive damages against Defendant Travis Kelly?

    Yes \_\_\_\_ No \_\_\_\_

    If yes, in what amount? _____

You have answered the final question. Please have the presiding juror sign and date this form.

Signed: _____
Presiding Juror

Dated: _____

After [this verdict form has been signed, notify the [clerk/bailiff/court attendant] that you are ready to present your verdict in the courtroom.

Submitted By:

DATED: June 28, 2022        The Law Office Of Thomas M. Ferlauto, APC

                            By: _____/s/ Thomas M. Ferlauto_____
                                Thomas M. Ferlauto
                                Attorney For: Plaintiff, JOSHUA ASSIFF