THOMAS M. FERLAUTO (SBN 155503)
LAW OFFICE OF THOMAS M. FERLAUTO, APC
25201 Paseo de Alicia, Suite 270
Laguna Hills, California 92653
Telephone: 949-334-8650
Fax: 949-334-8691
Email: TMF@lawofficeTMF.com

Attorney for Plaintiff, JOSHUA ASSIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSHUA ASSIFF,**<br><br>**Plaintiff,**<br><br>v.<br><br>**COUNTY OF LOS ANGELES; SHERIFF DEPUTY BADGE NUMBER 404532; And DOES 1 through 10,**<br><br>**Defendants.** | **Case No. 2:22-cv-05367 RGK (MAAx)**<br><br>**OBJECTIONS TO DEFENDANT'S PROPOSED VERDICT FORM**<br><br>Action Filed: August 3, 2022<br>Pretrial Conference: July 10, 2023<br>Trial Date: July 25, 2023<br><br>Assigned to: Hon. R. Gary Klausner, District Judge, Courtroom 850 |

Plaintiff, JOSHUA ASSIFF (hereinafter "Plaintiff") hereby respectfully submits the following objections to defendant's proposed verdict form.

**Questions 1-7 and 9**: The burden of proof is adequately explained to the jury in the jury instructions. The burden of proof need not be repeated in each and every question.

1

OBJECTIONS TO DEFENDANT'S PROPOSED VERDICT FORM

**Questions 1-3**:   These purported threshold questions are unnecessary, confusing, and not proper statements of the law.  The ultimate question are: 1) whether Defendant arrested Plaintiff without probable cause, and 2) whether Defendant used excessive force in arresting Plaintiff.  According to this verdict form, Defendant could arrest Plaintiff – even with excessive force – if Plaintiff merely attempted to deter Defendant from performing his duty.  That is not the law.  Even if Defendant had probable cause to arrest Plaintiff, which is the ultimate issue to which these questions seem to relate, Defendant still may only use reasonable force to effectual the arrest.

**Question 5**:  This question is unnecessary and confusing.  If Defendant arrested Plaintiff without probable cause or with excessive force, Defendant violated Plaintiff's Constitutional rights.  A separate question whether this conduct that is by definition a Constitutional violation is in fact a Constitutional violation is unnecessary and will only confuse the jury.

**Question 7**: This question is unnecessary.  The question of Qualified Immunity is for the Court, not for the jury.  This question will just confuse the jury.

Plaintiff recommends use of Plaintiff's Proposed Verdict Form

DATED: July 23rd, 2023		The Law Office Of Thomas M. Ferlauto, APC

By: _____
     Thomas M. Ferlauto
     Attorney For:  Plaintiff, JOSHUA ASSIFF