UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:22-cv-05367-RGK-MAAx | Date | July 25, 2023 |
|---|---|---|---|
| Title | Joshua Assiff v. County of Los Angeles et al | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. District Judge |
|---|---|
| Joseph Remigio | Myra Ponce |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Thomas Ferlauto | Molshree Gupta / Patrick Stockalper |

**Proceedings:** **STATUS CONFERENCE RE: SETTLEMENT**

The case is called and counsel make their appearances.

As more fully reflected on the record, the Court and counsel confer regarding settlement of the action.

The case is dismissed and the Court shall retain jurisdiction over the settlement. All pending dates are vacated. Counsel to submit a proposed document of dismissal for the Court's review and signature forthwith.

SO ORDERED.

: **06**

Initials of Preparer   jre