# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA ASSIFF, | Case No.: 2:22-cv-05367 RGK(MAAx) |
| Plaintiffs, | **[PROPOSED] ORDER DISMISSING CASE** |
| v. | |
| COUNTY OF LOS ANGELES; SHERIFF DEPUTY BADGE NUMBER 404532; And DOES 1 through 10, | Action Filed: August 3, 2022<br>Pretrial Conference: July 10, 2023<br>Trial Date: July 25, 2023 |
| Defendants. | Assigned to:<br>Hon. R. Gary Klausner, District Judge<br>Courtroom 850 |
| | All Discovery Matters Referred to:<br>Hon. Maria A. Audero, District Judge |

**TO ALL PARTIES HEREIN AND THEIR ATTORNEY OF RECORD:**

This matter is hereby dismissed with the court retaining jurisdiction with respect to any settlement.

A conditional settlement has been reached between the parties subject to the approval of the Los Angeles County Contract Cities Claims Board and the County of Los Angeles Board of Supervisors.

1

[PROPOSED] ORDER GRANTING DEFENDANTS, COUNTY OF LOS ANGELES AND SERGEANT TRAVIS KELLY'S APPLICATION TO CONTINUE TRIAL AND PRETRIAL DEADLINES

**IT IS SO ORDERED**

Dated: _____           _____
                                   JUDGE OF THE UNITED STATES
                                   DISTRICT COURT, CENTRAL
                                   DISTRICT OF CALIFORNIA

2

[PROPOSED] ORDER GRANTING DEFENDANTS, COUNTY OF LOS ANGELES AND SERGEANT TRAVIS KELLY'S APPLICATION TO CONTINUE TRIAL AND PRETRIAL DEADLINES

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 841 Apollo Street, Suite 100, El Segundo, California 90245.

On July 28, 2023, I served the foregoing document described as **[PROPOSED] ORDER DISMISSING CASE** on all interested parties in this action by placing a true copy thereof in a sealed envelope addressed as follows:

## SEE ATTACHED SERVICE LIST

**By Mail** I caused such envelope(s) to be deposited in the mail at El Segundo, California. The envelope was mailed with postage thereon fully prepaid and addressed to the parties listed on the Service List. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

XX **By Email** Based upon a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the persons at the electronic service addresses listed in the Service List. My email address is mnixon@kmslegal.com.

**By Personal Service** I caused such document to be Personally Served on the parties listed in the Service List.

XX **State** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 28, 2023, at El Segundo, California.

_Maria Nixon_
Maria Nixon

# SERVICE LIST

**Assiff, Joshua vs. County of Los Angeles, et al.**
Central District- Case No.: 2:22-cv-05367 RGK(MAAx)

| | |
|---|---|
| Thomas M. Ferlauto, Esq.<br>Law Office of Thomas M. Ferlauto, APC<br>25201 Paseo de Alicia, Ste. 270<br>Laguna Hills, CA 92653<br>EM: tmf@lawofficetmf.com | Attorney for Plaintiff,<br>**JOSHUA ASSIFF** |

4

[PROPOSED] ORDER GRANTING DEFENDANTS, COUNTY OF LOS ANGELES AND SERGEANT TRAVIS KELLY'S APPLICATION TO CONTINUE TRIAL AND PRETRIAL DEADLINES