# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| JOSHUA ASSIFF | 2:22−cv−05367−RGK−MAA |
| Plaintiff(s), | |
| v. | |
| COUNTY OF LOS ANGELES, et al. | **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |
| Defendant(s). | |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   7/28/2023

Document No.:   107

Title of Document:   Request to Dismiss Case

**ERROR(S) WITH DOCUMENT:**

Incorrect document is attached to the docket entry.

Proposed document was not submitted or was not submitted as a separate attachment.

This document tendered for the judge's approval should have been submitted as a separate PDF attachment to the "Request" and e−mailed to Judge Birotte generic email addresses Microsoft Word version of the document

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: July 31, 2023         By:  /s/ *Jenny Lam  Jenny_Lam@cacd.uscourts.gov*
                                         Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G−112A(08/22) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS