JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA ASSIFF,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES; SHERIFF DEPUTY BADGE NUMBER 404532; And DOES 1 through 10,<br><br>　　　　Defendants. | Case No.: 2:22-cv-05367 RGK(MAAx)<br><br>[PROPOSED] ORDER DISMISSING CASE  [107]<br><br>Action Filed: August 3, 2022<br>Pretrial Conference: July 10, 2023<br>Trial Date: July 25, 2023<br><br>Assigned to:<br>Hon. R. Gary Klausner, District Judge<br>Courtroom 850<br><br>All Discovery Matters Referred to:<br>Hon. Maria A. Audero, District Judge |

**TO ALL PARTIES HEREIN AND THEIR ATTORNEY OF RECORD:**

　　This matter is hereby dismissed with the court retaining jurisdiction with respect to any settlement.

　　A conditional settlement has been reached between the parties subject to the approval of the Los Angeles County Contract Cities Claims Board and the County of Los Angeles Board of Supervisors.

　　**IT IS SO ORDERED**

Dated:  7/28/2023

_____
HON. R. GARY KLAUSNER
U.S. DISTRICT JUDGE