# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JOSHUA ASSIFF | CASE NUMBER: |
| PLAINTIFF(S) | 2:22–cv–05367–RGK–MAA |
| v. |  |
| COUNTY OF LOS ANGELES , et al. |  |
| DEFENDANT(S). | **ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)** |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

  10/28/2024     /     113       /     Opposition to Motion to Enforce Settlement  
*Date Filed*          *Doc. No.*          *Title of Document*

__          /     __          /     __
*Date Filed*          *Doc. No.*          *Title of Document*

Other:
Document lacks word count certification in violation of L.R. 11–6.2. Counsel shall file a corrected document within 1 day from the date of this order.

Dated:  October 29, 2024          By:  /s/ *R. Gary Klausner*  
                                   U.S. District Judge

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**