# EXHIBIT A

**Maria L. Nixon**

| | |
|---|---|
| **From:** | Patrick Stockalper |
| **Sent:** | Wednesday, February 21, 2024 4:39 PM |
| **To:** | Thomas Ferlauto |
| **Cc:** | Molshree Gupta; Arlene King; Philip Cohen; Barbara Ezra; Maria L. Nixon |
| **Subject:** | RE: (610-2)  Assif, Joshua v. County of Los Angeles / Request for W-9s |

Tom:

We have been advised by County Counsel that LASD Risk Management anticipates having their internal required documentation completed in March.  It then will need to be sent out for signatures, then placed on the Contract Cities Claims Board Agenda for approval (their Board meets once a month – second Wednesday of the month).  Once the Contract Cities Claims Board approves, the settlement will need to be placed on the Board of Supervisors Agenda for their final approval.

**From:** Thomas Ferlauto <tmf@lawofficetmf.com>
**Sent:** Wednesday, February 21, 2024 10:57 AM
**To:** Patrick Stockalper <pstockalper@kmslegal.com>
**Cc:** Molshree Gupta <mgupta@kmslegal.com>; Arlene King <aking@kmslegal.com>; Philip Cohen <pcohen@pcohenlaw.com>; Barbara Ezra <bezra@kmslegal.com>; Maria L. Nixon <mnixon@kmslegal.com>
**Subject:** Re: (610-2) Assif, Joshua v. County of Los Angeles / Request for W-9s

Can I get the courtesy of a response please?

_____

LAW OFFICE OF
THOMAS M. FERLAUTO
**A Professional Law Corporation**

**Direct Dial 310-849-7554**

**25201 Paseo de Alicia, Suite 270**
**Laguna Hills, CA  92653**
**Phone: 949-334-8650**
**Facsimile: 949-334-8691**

Email: **TMF@lawofficeTMF.com**
Website:  **www.lawofficeTMF.com**

The information contained in this e-mail message is information protected by attorney-client and/or the attorney/work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by e-mail. If the person actually receiving this e-mail or any other reader of the e-mail is not the name recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, please delete it immediately.

> On Feb 14, 2024, at 9:08 AM, Thomas Ferlauto <tmf@lawofficetmf.com> wrote:
>
> Counsel:
>
> It has now been six months, and more than 180 days, since the fully executed settlement agreement was delivered to defendants.

1

Can we please be provided with an update on the efforts to complete this settlement and when Plaintiff can expect performance?

Thank you,

Thomas M. Ferlauto

_____

LAW OFFICE OF
THOMAS M. FERLAUTO
**A Professional Law Corporation**

**Direct Dial 310-849-7554**

**25201 Paseo de Alicia, Suite 270**
**Laguna Hills, CA  92653**
**Phone: 949-334-8650**
**Facsimile: 949-334-8691**

**Email: TMF@lawofficeTMF.com**
**Website**:  **www.lawofficeTMF.com**

The information contained in this e-mail message is information protected by attorney-client and/or the attorney/work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by e-mail. If the person actually receiving this e-mail or any other reader of the e-mail is not the name recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, please delete it immediately.

> On Dec 20, 2023, at 9:57 AM, Patrick Stockalper <pstockalper@kmslegal.com> wrote:
>
> Agreed
>
> Get Outlook for iOS
>
> ---
>
> **From:** Molshree Gupta <mgupta@kmslegal.com>
> **Sent:** Wednesday, December 20, 2023 9:56:54 AM
> **To:** Thomas Ferlauto <tmf@lawofficetmf.com>
> **Cc:** Arlene King <aking@kmslegal.com>; Philip Cohen <pcohen@pcohenlaw.com>; Patrick Stockalper <pstockalper@kmslegal.com>; Barbara Ezra <bezra@kmslegal.com>; Maria L. Nixon <mnixon@kmslegal.com>
> **Subject:** RE: (610-2) Assif, Joshua v. County of Los Angeles / Request for W-9s
>
> Any assertion that the County is "sitting" on the settlement is speculative (and not true at all).  There is a consuming and comprehensive corrective action and internal review process, which is ongoing.
>
> <image001.jpg>
>
> Molshree Gupta
> Partner
> **KJAR, McKENNA & STOCKALPER, LLP**
>
> ---
>
> **From:** Thomas Ferlauto <tmf@lawofficetmf.com>
> **Sent:** Wednesday, December 20, 2023 9:45 AM
> **To:** Molshree Gupta <mgupta@kmslegal.com>

2

**Cc:** Arlene King <aking@kmslegal.com>; Philip Cohen <pcohen@pcohenlaw.com>; Patrick Stockalper <pstockalper@kmslegal.com>; Barbara Ezra <bezra@kmslegal.com>; Maria L. Nixon <mnixon@kmslegal.com>
**Subject:** Re: (610-2) Assif, Joshua v. County of Los Angeles / Request for W-9s

What has been done and when was it done?

That provision was not carte blanche to sit on the settlement for five months, which is what appears happened.

Thank you,

Tom

_____

LAW OFFICE OF
THOMAS M. FERLAUTO
**A Professional Law Corporation**

**Direct Dial 310-849-7554**

**25201 Paseo de Alicia, Suite 270**
**Laguna Hills, CA  92653**
**Phone: 949-334-8650**
**Facsimile: 949-334-8691**

Email: TMF@lawofficeTMF.com
Website: www.lawofficeTMF.com

The information contained in this e-mail message is information protected by attorney-client and/or the attorney/work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by e-mail. If the person actually receiving this e-mail or any other reader of the e-mail is not the name recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, please delete it immediately.

> On Dec 20, 2023, at 9:41 AM, Molshree Gupta <mgupta@kmslegal.com> wrote:
>
> Good morning, Counsel:
>
> As contemplated by the Settlement Agreement ("In order to comply with the Brown Act, it is understood and anticipated that this process will take a minimum of 180 days from the date that the executed copy of this release is provided to the County by the Plaintiff"), we anticipate this will be wrapped up by March/April 2024.
>
> We are still only 130 days past execution, well away from the minimum 180 days contemplated by the Agreement.
>
> Your patience and professionalism moving forward are appreciated.
>
> Thanks,
>
> <image001.jpg>
>
> Molshree Gupta

Partner
**KJAR, McKENNA & STOCKALPER, LLP**

---

**From:** Thomas Ferlauto <tmf@lawofficetmf.com>
**Sent:** Wednesday, December 20, 2023 9:20 AM
**To:** Arlene King <aking@kmslegal.com>
**Cc:** Philip Cohen <pcohen@pcohenlaw.com>; Patrick Stockalper <pstockalper@kmslegal.com>; Molshree Gupta <mgupta@kmslegal.com>; Barbara Ezra <bezra@kmslegal.com>; Maria L. Nixon <mnixon@kmslegal.com>
**Subject:** Re: (610-2) Assif, Joshua v. County of Los Angeles / Request for W-9s

WTF does that mean?  2024?  2025?

What exactly has been done over the past 5 months?

Any intentional delay would be a breach of the settlement.

Sincerely,

Tom

_____

LAW OFFICE OF
THOMAS M. FERLAUTO
**A Professional Law Corporation**

**Direct Dial 310-849-7554**

**25201 Paseo de Alicia, Suite 270**
**Laguna Hills, CA  92653**
**Phone: 949-334-8650**
**Facsimile: 949-334-8691**

**Email: TMF@lawofficeTMF.com**
**Website**:  www.lawofficeTMF.com

The information contained in this e-mail message is information protected by attorney-client and/or the attorney/work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by e-mail. If the person actually receiving this e-mail or any other reader of the e-mail is not the name recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, please delete it immediately.

> On Dec 20, 2023, at 9:12 AM, Arlene King <aking@kmslegal.com> wrote:
>
> Hi Mr. Ferlauto:
>
> We have been advised that the LASD continues to work on its internal review procedures which need to be completed before the matter can undergo further County review/approval for scheduling with the Claims Board, and then the Board of Supervisors.

4

We will be sure to forward any updates received from the County.

Thank you.

Arlene

---

**From:** Thomas Ferlauto <tmf@lawofficetmf.com>
**Sent:** Friday, December 8, 2023 4:40 PM
**To:** Arlene King <aking@kmslegal.com>
**Cc:** Philip Cohen <pcohen@pcohenlaw.com>; Patrick Stockalper <pstockalper@kmslegal.com>; Molshree Gupta <mgupta@kmslegal.com>; Barbara Ezra <bezra@kmslegal.com>; Maria L. Nixon <mnixon@kmslegal.com>
**Subject:** Re: (610-2) Assif, Joshua v. County of Los Angeles / Request for W-9s

Just following up again.

Any update as to when we can expect the settlement to be fulfilled?

Thanks,

Tom

_____

LAW OFFICE OF
THOMAS M. FERLAUTO
**A Professional Law Corporation**

**Direct Dial 310-849-7554**

**25201 Paseo de Alicia, Suite 270**
**Laguna Hills, CA  92653**
**Phone: 949-334-8650**
**Facsimile: 949-334-8691**

**Email: TMF@lawofficeTMF.com**
**Website**:  **www.lawofficeTMF.com**

The information contained in this e-mail message is information protected by attorney-client and/or the attorney/work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by e-mail. If the person actually receiving this e-mail or any other reader of the e-mail is not the name recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, please delete it immediately.

> On Nov 13, 2023, at 11:17 AM, Arlene King <aking@kmslegal.com> wrote:

5

Hi Mr. Ferlauto:

We are checking and will let you know when we receive an update.

Thank you.

Arlene

---

**From:** Thomas Ferlauto <tmf@lawofficetmf.com>
**Sent:** Monday, November 13, 2023 10:22 AM
**To:** Arlene King <aking@kmslegal.com>
**Cc:** Philip Cohen <pcohen@pcohenlaw.com>; Patrick Stockalper <pstockalper@kmslegal.com>; Molshree Gupta <mgupta@kmslegal.com>; Barbara Ezra <bezra@kmslegal.com>; Maria L. Nixon <mnixon@kmslegal.com>
**Subject:** Re: (610-2) Assif, Joshua v. County of Los Angeles / Request for W-9s

Following up again.  Please let us know where we are on this settlement.  Any estimate as to when the check will be processed?

Thanks,

Tom


_____
_____

LAW OFFICE OF
THOMAS M. FERLAUTO
**A Professional Law Corporation**

**Direct Dial 310-849-7554**

**25201 Paseo de Alicia, Suite 270**
**Laguna Hills, CA  92653**
**Phone: 949-334-8650**
**Facsimile: 949-334-8691**

**Email: TMF@lawofficeTMF.com**
**Website**:  **www.lawofficeTMF.com**

The information contained in this e-mail message is information protected by attorney-client and/or the attorney/work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by e-mail. If the person actually receiving this e-mail or any other reader of the e-mail is not the name recipient or the

6

employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, please delete it immediately.

On Oct 27, 2023, at 11:05 AM, Thomas Ferlauto <tmf@lawofficetmf.com> wrote:

Arlene:

You should have Mr. Cohen's W-9 by now. Let me know if you need anything else. Also, please provide us with an updated estimate as to when the check will be processed.

Thank you,

Tom

_____
_____
_____

LAW OFFICE OF
THOMAS M. FERLAUTO
**A Professional Law Corporation**

**Direct Dial 310-849-7554**

**25201 Paseo de Alicia, Suite 270
Laguna Hills, CA  92653
Phone: 949-334-8650
Facsimile: 949-334-8691**

**Email: TMF@lawofficeTMF.com
Website**:  **www.lawofficeTMF.com**

The information contained in this e-mail message is information protected by attorney-client and/or the attorney/work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by e-mail. If the person actually receiving this e-mail or any other reader of the e-mail is not the name recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination,

7

distribution or copying of the communication is strictly prohibited. If you have received this communication in error, please delete it immediately.

On Oct 23, 2023, at 2:48 PM, Arlene King <[aking@kmslegal.com](mailto:aking@kmslegal.com)> wrote:

Following up again. Mr. Cohen, can you please forward your W-9 so we can provide for check processing? Thank you.

Arlene

---

**From:** Arlene King
**Sent:** Tuesday, October 17, 2023 8:47 AM

**To:** Thomas Ferlauto <tmf@lawofficetmf.com>
**Cc:** Philip Cohen <pcohen@pcohenlaw.com>; Patrick Stockalper <pstockalper@kmslegal.com>; Molshree Gupta <mgupta@kmslegal.com>; Barbara Ezra <bezra@kmslegal.com>; Maria L. Nixon <mnixon@kmslegal.com>
**Subject:** RE: (610-2) Assif, Joshua v. County of Los Angeles /

9

Request for W-9s

Thank you, Mr. Ferlauto. We still need Mr. Cohen's W-9. When we have both W-9s, we will forward on for further processing and check if there is any update at this time.

Thanks.

Arlene

---

**From:** Thomas Ferlauto <tmf@lawofficetmf.com>
**Sent:** Tuesday, October 17, 2023 8:33 AM
**To:** Arle

ne King <aking@kmslegal.com>
**Cc:** Philip Cohen <pcohen@pcohenlaw.com>; Patrick Stockalper <pstockalper@kmslegal.com>; Molshree Gupta <mgupta@kmslegal.com>; Barbara Ezra <bezra@kmslegal.com>; Maria L. Nixon <mnixon@kmslegal.com>
**Subject:** Re: (610-2) Assif, Joshua v. County of Los Angeles / Request for W-9s

11

Here is the W-9 for my firm.

What is the current estimate for completion of this settlement.

Thank you,

Thomas M. Ferlauto

—————————————————

LAW OFFICE OF THOMAS M. FERLAUTO
A Professional Law Corporation

**Direct Dial 310-849-7554**

**25201 Paseo de Alicia, Suite 270**

12

Laguna Hills, CA 92653
Phone: 949-334-8650
Facsimile: 949-334-8691

Email: TMF@lawofficeTMF.com
Website: www.lawofficeTMF.com

The information contained in this e-mail message is information protected by attorney-client and/or the attorney/work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by e-mail. If the person actually receiving this e-mail or any other reader of the e-mail is not the name recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution or copying of the communication is

13